UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**         :

**v.**                                :        **Criminal No: 3:02CR81 (JBA)**

**PATRICK TRIUMPH**                  :

**SUPPLEMENTAL SCHEDULING ORDER**

A pretrial conference will be held in Courtroom Two following the sentencing of the defendant on November 29, 2004 at 4:30 p.m., at which time a schedule for the commence of evidence will be set.

IT IS SO ORDERED.

____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut November 1, 2004.