UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>VS.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | CASE NO. 3:02CR81(JBA)<br><br>MOTION OF NOTICE OF APPEAL ON RULING OF DEFENDANT'S MOTION FOR RELEASE PENDING SENTENCING. |

THE DEFENDANT, PATRICK A. TRIUMPH, PRO SE, RESPECTFULLY FILES THIS MOTION OF NOTICE OF APPEAL ON THE RULING OF DENIAL ON DEFENDANT'S MOTION FOR RELEASE PENDING SENTENCE, PURSUANT TO RULES 4(b) AND 9 OF THE FEDERAL RULES OF APPELLATE PROCEDURE, TO BE FILED IN FORMA PAUPERIS.

THE DEFENDANT CONTENDS THAT HIS INCARCERATION IS UNLAWFUL AND UNCONSTITUTIONAL. HE IS HELD AGAINST HIS WILL IN TOTAL DEPRIVATION OF HIS PERSONAL LIBERTY AND RIGHTS OF DUE PROCESS AND EQUAL PROTECTION GUARANTEED BY THE

-1-

Fifth, Sixth and Eight Amendment of the United States Constitution.

The defendant request that due to the onerous and draconian conditions of incarceration, that this motion of notice of appeal be filed on an interlocutory basis in accordance to the "Collateral order doctrine" see e.g. Stack v. Boyle, 342 U.S. 1 (1951); United States v. Hemsley, 864 F.2d 266, 268 (2d Cir. 1988), cert denied, 490 U.S. 1065, 104 L.Ed. 2d 628, 109 S.Ct. 2063 (1989).

The defendant contends that his rights to due process to a detention hearing pursuant to the Bail Reform Act of 1984 was violated when the District Court rule on his motion for release after 30 days of filing the motion. He was denied his right to due process without being afforded the opportunity to testify, to present witnesses on his own behalf, to cross-examine witnesses who appear at the hearing, and to present information by proffer or other.

-2-

The Defendant contends that the denial of his motion was very prejudicial and bias. The information contained in the Ruling is material inaccurate, and a manifestation of the integrity of the judicial process which has been substantially harmed through an unconscionable scheme which is designed to improperly influence the Court and subject the defendant to the vindictive and invidious practices of the prosecutorial recalcitrance, and continued subjection to the unlawful imprisonment. Moreso, the defendant is incarcerated in a state facility under "cruel and unusual" conditions in violation of his Eight Amendment Constitutional Right. The District Court has violated the Defendant's Rights to due process by failing to rule on the pending motion requesting federal mandated conditions for federal pre-trial inmates. The Defendant is subjected to conditions of 23½ hrs Lock Down, restricted non-contact visits, two legal phone calls per month. Very Draconian Subjection of Indignation.

-3-

The defendant is enclosing a copy of Grand Jury witness, Angella C. Thompson which attest to the fraudulent scheme that is perpetrated by officers of the court. Fraud on the court occurs when the misconduct harms the integrity of the judicial process, regardless of whether the opposing party is prejudiced. There can be no question here but that the actions of the prosecution amounted to a fraud in holding the defendant "hostage" with a fraudulent Indictment. "A conviction under an unconstitutional law is ... illegal and void and cannot be a legal cause of imprisonment; the courts must liberate a person imprisoned under it. (16 Am Jur. Sec 150).

Decency, security, and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizens." <u>Olmstead v. United States</u>, 277 U.S. 438, 485; 48 S. CT L. Ed 944 (1928). Moreso, "Prosecutor does not represent an entity whose interests include winning at all costs;

-4-

prosecutor's client is society, which seeks justice not victory."

WHEREFORE, the defendant seeks this court to file a notice of interlocutory appeal to the denial of the motion for release pending sentence, and for a stay on all further proceedings pursuant to Rule 38 of the Federal Rule of Criminal Procedure, and for any other appropriate relief that may be just and proper in *Sub Judice*.

Respectfully Submitted.

11/1/04

Dated: October 30, 2004

PATRICK A. TRIUMPH.
DEFENDANT, Pro SE.

Gary Credit  11-1-04

GARY CREDIT
NOTARY PUBLIC
COMMISSION EXPIRES 08/31/2006

-5-

Angella C. Thompson
Affidavit of Witness

October 11, 2004

This Affidavit is made in reference to my Grand jury Testimony in the case of United States vs. Patrick Triumph, CRNO.3:02CR81(JBA).

- My name is Angella C. Thompson
- My date of birth is July 7, 1974
- I reside at 12 Kent Lane Bloomfield CT 06002, and 436 Jefferson Avenue Brooklyn, NY 11221, I have dual residency.
- I was the owner and accountant of Tri Tax Professionals for the period of January 1998 to March 2002.
- I have worked in association with Patrick Triumph of Tri Tax Accounting services during the period of April 1997, to March 2002.
- I was also the Business owner of the Wharf Management Group for the period of November 2001 to April 2003.
- I was subpoena as a witness to testify to a Grand Jury proceeding in the indictment of Patrick A. Triumph
- The date of my testimony was not March 19th, 2002.
- I do recall the date of my Grand jury testimony to have been on or about the date of March 26th, 2002
- The date of my recollection was a day that I have associated with my best friend Carl Craig's birthday which is March 26th.
- The date of my recollection was also approximately 3 weeks after my Electronic Filing capacities were interrupted, on March 2, 2002.
- I do state that I would not have testified on March 19, 2002.

The statements made in this affidavit are made willingly and voluntary without any promises or threats. I swear under penalty of perjury under the United States Laws that my statements are true and correct. (28U.S.C.Section1746; 18U.S.C. Section 1621)

Signed,

*[signature]*

Angella C. Thompson

*[signature]*
Oct 13, 04

NELLIE MICKAILOVA
Notary Public, State of New York
No. 07MI5029636
Qualified in Kings County
My Commission Expires 06/27/200_

## CERTIFICATION OF SERVICE

This is to certify that the Motion of Notice on Ruling of Defendant's Motion for Release Pending Sentence, was served upon the following:

> David A. Ring
> Assistant United States Attorney
> U.S. Attorney's Office — HFD
> 450 Main St. Room 328
> Hartford, CT 06103.

by placing a copy of same in the United States Mail with proper postage affixed to ensure delivery.

Dated: this 30th day of October, 2004

Respectfully Submitted.

_____
Patrick A. Triumph
Defendant, pro se.