UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>VS.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT, | CASE NO. 3:02CR81 (JBA)<br>MOTION FOR RECONSIDERATION OF MOTION FOR DISCLOSURE OF MATTERS OCCURING BEFORE THE GRAND JURY |

The defendant, Patrick A. Triumph, PRO SE, pursuant to Rule 6 of the Federal Rules of Criminal Procedure moves this Court for an order disclosing to the defendant the following information pertaining to the Grand Jury, N-01-3 which returned this Indictment as it relates to this case:

1. The number of witnesses presented to the Grand Jury by the Government.
2. The number of witnesses by the Grand Jury or by any of its members.
3. The number of witnesses actually summoned upon request of the Grand Jury or any of its members.
4. The number of Grand Jurors requesting witnesses in addition to those originally presented to

-1-

the Government.

5. The number of grand jurors concurring in each count of the Indictment.

6. Whether any counts of the Indictment were not presented to, or were not voted upon, by the Grand Jury.

7. The length of time the Grand Jury spent hearing evidence in this case.

8. The identity of any agents appointed by the Grand Jury and by whom, at whose request and under what authority such appointment was made, as well as what disclosures were made to such persons and by what authority and procedure.

9. The length of time spent deliberating on the case.

10. The name and addresses, including but not limited to, street address and building, apartment, room or like number, of each witness appearing before the Grand Jury.

11. The transcripts, and if none were made, then the substance of the testimony of each witness who appeared before the Grand Jury.

12. A list and copy and description of all exhibits, tangible evidence,

- 2 -

and physical objects presented to or to which reference was made by witnesses appearing before the said grand jury.

13. The names, address, including but not limited to, street address and building, apartment, room or like number of all person appearing before the grand jury in any capacity other than as a witness.

14. The identity of each grand juror who is, or was, connected with any state or federal law enforcement agency.

15. A verbatim copy of the charge given by the court to the grand jurors upon their initially convened, and at time they were reconvened for this case, or at anytime prior thereto.

As grounds for the foregoing, defendant states the following:

A. He now stands indicted and convicted by the grand jury in question.

b. The defendant is entitled to due process of law which includes the right to a proper indictment properly obtained.

-3-

c. That without the above requested information to which he is entitled, Defendant will be unable to protect his constitutional rights to due process, equal protection of the law, and such other rights as obtained.

d. The affidavit produced by Grand Jury witness, Angella C. Thompson reveals conflicting dates of Grand Occurrences. [AFFIDAVIT ENCLOSED].

(e) The defendant is incarcerated for 18 months and deprived of his liberty in total violation of his due process rights.

(f) The information may be introduced as evidence in the due process of law to determine the validity of the indictment, and the constitutionality of the defendant's incarceration.

WHEREFORE, the defendant requests this Court to grant this motion and such other relief as may be deemed just and proper in sub judice.

Respectfully submitted.

DATED: October, 31, 2004

PATRICK A. TRIUMPH
DEFENDANT, PRO SE

-5-

## CERTIFICATION OF SERVICE

This is to certify that the Motion for Reconsideration of Motion for Disclosure of Matters Occuring before the Grand Jury, was served upon the following:

> David A. Ring
> U.S. Attorney's Office - HFD
> 450 Main St. Room 328
> Hartford, CT 06103.

by placing a copy of same in the United States mail with proper postage affixed to ensure delivery.

Dated this 30th day of October, 2004

Respectfully Submitted.

Patrick A. Triumph.
Defendant, Pro Se.