```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**UNITED STATES OF AMERICA**      :
     :
**v.**      : **NO. 3:02cr81 (JBA)**
     :
**PATRICK TRIUMPH**      :

## ENDORSEMENT ORDER [DOC. #288]

Defendant's Motion to Defer Sentencing Date Due to Noncompliance with Court Order [doc. #288] is GRANTED, inasmuch as defendant did not receive the Presentence Report until November 3, 2004.  Fed. R. Crim. P. 32(e)(2) provides that "[t]he probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period."  The time limits prescribed in Rule 32 are intended to aid the "fair and orderly process of imposing sentence" and are "mandatory," absent waiver by the defendant.  United States v. Lopez-Lopez, 295 F.3d 165, 169 (1st Cir. 2002).  See also United States v. Jacques, 345 F.3d 960, 963 (7th Cir. 2003).  Accordingly, sentencing is rescheduled for **Wednesday, December 15, 2004 at 2:30 PM**, to provide the parties with the requisite 35-day time period for review of the presentence report.

1

The government and defendant shall file and serve their memoranda in aid of sentencing on or before 11/23/04. Any reply memoranda shall be filed no later than 12/7/04.

IT IS SO ORDERED.

____/s/_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **November 8, 2004**