UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **CASE NO. 3:02cr 81 (JBA)** |
| **PATRICK TRIUMPH** : | |

### ORDER

Jury Selection is rescheduled to December 20, 2004, at 9:00 a.m., in Courtroom Two, New Haven, Connecticut.

The parties' voir dire and preliminary request to charge shall be filed no later than November 30, 2004.

IT IS SO ORDERED.

\_\_\_\_\_/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on November 9, 2004.