<u>UNITED STATES DISTRICT COURT</u>

<u>DISTRICT OF CONNECTICUT</u>

FILED
2004 NOV -9 P 3:50
US DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA
PLAINTIFF

VS.

PATRICK A. TRIUMPH
DEFENDANT

CASE NO. 3:02-CR-81 (JBA)

EMERGENCY MOTION OF <u>SUBPOENA DUCES TECUM</u> OF DEBORAH M. MURPHY, SPECIAL AGENT

The Defendant, Patrick A. Triumph, Pro Se, respectfully moves this Honorable Court to grant this EMERGENCY MOTION OF <u>Subpoena duces Tecum</u> pursuant to Rule 17(b) and 17(c) of the Federal Rules of Criminal Procedure, commanding, Deborah M. Murphy, Special Agent, Internal Revenue Service to appear in Court to give testimony, and bring all subpoenas that were issued in relation to the testimonies of Grand Jury witnesses, Pekah Wallace and Angella C. Thompson in Grand Jury Proceedings, N-01-3.

The Defendant states that he his entitled to due process of law which includes the right to a proper indictment properly obtained, and that without the issuance

-1-

of the Subpoena duces Tecum he will be unable to protect his Constitutional Rights to due process, Equal Protection of the law, and such other Rights of personal liberty, Life and Family guaranteed by the Fifth Amendment of the United States Constitution.

The Defendant states that the Affidavit of Grand Jury witness, Angella C. Thompson, as well as the Appointment Date of the United States Attorney, David X Sullivan of March 21st 2002, and the many inconsistent testimonies and perjury of Grand Jury witness Pekah Wallace in sub judice warrants this Subpoena duces tecum an mandates an immediate evidentiary Hearing de jure.

The record for the address of David X Sullivan is as follow:

Deborah M. Murphy
Special Agent
Internal Revenue Service
135 High Street
Hartford, CT 06103.

Wherefore, the defendant request that this Honorable court grant this Motion of Subpoena duces tecum Accordingly.

Dated: Nov 5, 2004

Patrick Trump
Defendant, pro se