UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA
PLAINTIFF

vs.

PATRICK A. TRIUMPH
DEFENDANT

CASE NO. 3:02CR81(JBA)

U.S. DISTRICT COURT
NEW HAVEN, CT

EMERGENCY MOTION OF SUBPOENA duces TECUM ON DAVID X SULLIVAN, ASSISTANT UNITED STATES ATTORNEY

The DEFENDANT, PATRICK A. TRIUMPH, PRO SE, Respectfully moves this Honorable Court to Grant this Emergency motion of Subpoena duces Tecum pursuant to Rule 17(b) and 17(c) of the Federal Rules of Criminal Procedure, commanding, DAVID X SULLIVAN, ASSISTANT UNITED STATES ATTORNEY to appear in court to give testimony, and bring all subpoenas and documents, in relation to the testimonies of Grand Jury witnesses, Pekah Wallace and Angella C. Thompson on the date of March 19, 2002 in Grand Jury Proceedings, N-01-03.

The Defendant states that he his entitled to due process of law which includes the right to a proper indictment properly obtained, and that without the

-1-

Subpoena duces Tecum he will be unable to protect his constitutional rights to due process, equal protection of the law, and such other rights of double jeopardy protection guaranteed by the Fifth Amendment of the United States Constitution.

The defendant states that the affidavit of Grand Jury witness, Angella C. Thompson, as well as the appointment date of the Assistant United States Attorney, David X Sullivan of March 21st 2002, and the many inconsistent testimonies of Grand Jury witness, Pekah Wallace in Sub Judice warrants this Subpoena duces Tecum and an immediate evidentiary hearing de jure.

The record for the address of David X Sullivan is as follow:

David X Sullivan
U.S. Attorney's Office – NH
157 Church St, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Wherefore, the defendant request that this Honorable Court grant this Motion of Subpoena duces Tecum accordingly.

Respectfully Submitted.

Dated: Nov. 5, 2004

Patrick A. Triumph
Defendant, pro se

-2-