UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 NOV -9 P 3:51
U.S. DISTRICT COURT
NEW HAVEN, CT

| UNITED STATES OF AMERICA | Case No. 3:02-cr-00081(JBA) |
|---|---|
| PLAINTIFF | |
| | EMERGENCY MOTION |
| vs. | TO ENFORCE SUBPOENA |
| | ON EX-DEFENSE COUNSEL |
| PATRICK A. TRIUMPH | ROBERT J. PERCY. |
| DEFENDANT | |

The Defendant, Patrick A. Triumph, PRO SE, respectfully moves this Honorable Court to grant this Emergency Subpoena pursuant to Rule 17(b) and 17(c), command the United States Marshall to enforce the Subpoena granted by the Court, commanding Attorney, Robert J. Percy of the Law Firm of Siegel, O'Connor, Zangari, O'Donnell & Beck, to produce all documents, notes, files, and related material in the above-captioned Indictment.

The Defendant states that he has retained defense counsel as legal representative in this case from the period of June 1997 to the date of termination ~~February~~ on January 7th 2004; and the Information

-1-

in the possession of Attorney Robert Percy or the Designated Associate of the Law Firm of Siegel, O'Connor, Zangari, O'Donnell & Beck is of evidentiary significance in the validation of the testimonies of the witnesses Angella C. Thompson and Pekah Wallace to the Grand Jury, N-01-3 on March 19, 2002.

The Defendant states that he is entitled to due process of law which includes the right to a proper Indictment properly obtained, and that without the enforcement of the subpoena, that has already been granted by the Court, he will be unable to protect his Constitutional Rights to Due Process, Equal Protection of the Law, and to safeguard against continued deprivation of his personal Liberty, Life and Family guaranteed by the Constitution of the United States.

The Defendant states that the Affidavit of Grand Jury Witness, Angella C. Thompson, as well as the verified appointment date of Assistant United States Attorney, David X Sullivan of March 21, 2002, and the several inconsistent and perjured testimonies of Grand Jury Witness, Pekah Wallace in Sub Judice warrant this enforcement of the subpoena and an immediate evidentiary hearing de jure.

-2-

The Record of Addresses of Attorney Robert J. Percy are as follows:

Robert J. Percy
Siegel, O'Connor, Zangari, O'Donnell & Beck
150 Trumbull St.
Hartford, CT 06103
Tel (860) 727-8900

Robert J. Percy
Commicer of Percy
41 Hebron Ave.
Glastonbury, CT 06033
(860) 657-9040
(860) 657-9039 (Fax)

Wherefore, the Defendant Request that this Honorable Court issue an order commanding the United States Marshals Service to enforce the Subpoena on Robert J. Percy Accordingly:

Respectfully Submitted,

Dated: November 4, 2004

Patrick A. Trumph
Defendant, Pro Se

-3-