UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 NOV -9 P 3:51
U.S. DISTRICT COURT
NEW HAVEN, CT

| UNITED STATES OF AMERICA | Case No. 3:02cr81(JBA) |
| PLAINTIFF | |
| | EMERGENCY MOTION OF |
| vs. | SUBPOENA DUCES TECUM |
| | ON GRAND JURY WITNESS |
| PATRICK A. TRIUMPH | PEKAH WALLACE |
| DEFENDANT | |

The Defendant, Patrick A. Triumph, PRO SE, respectfully moves this Honorable Court to grant this Emergency Motion of Subpoena duces Tecum pursuant to Rules 17(b) and 17(c) of the Federal Rules of Criminal Procedure, commanding Grand Jury witness, Pekah Wallace to appear in Court to give testimony, and to bring all documents, with relation to the date of March 19, 2002 when she appeared to have testified as a witness in RE: Grand Jury Proceedings N-01-3.

The Defendant states that he his entitled to due process of law which includes the right to a proper indictment properly obtained, and that without the Subpoena duces Tecum he will be unable

-1-

to protect his Constitutional Rights to due Process, Equal Protection of the Law, and such other rights of Double Jeopardy guaranteed by the Fifth Amendment of the United States Constitutions.

The Defendant states that the Affidavit of Grand Jury Witness, Angella C. Thompson, as well as the Appointment of the Assistant United States Attorney, David X. Sullivan on March 21st 2002 to this case, warrants this Subpoena duces Tecum and an immediate Evidentiary Hearing.

The Defendant provides the last known address and related information for the Expediency of the Subpoena Duces Tecum, to be served as follows:

Pekah Wallace
14 Rundorlane
Bloomfield, CT 06002
Tel # (860) 243-9017
D.O.B: 11.12.1952

Wherefore, the Defendant request that this motion be granted accordingly.

Respectfully Submitted

Dated: Nov. 4th 2004

Patrick A. Triumph.
Defendant, Pro Se

-2-