UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>VS.<br><br>PATRICK A. TRIUMPH.<br>DEFENDANT | CASE NO. 3:02 CR81(JBA)<br><br>FILED<br>2004 NOV -9 P 3:51<br>U.S. DISTRICT COURT<br>NEW HAVEN, CT<br><br>EMERGENCY MOTION of<br>SUBPOENA duces TECUM<br>ON GRAND JURY WITNESS,<br>ANGELLA C. THOMPSON |

THE DEFENDANT, PATRICK A. TRIUMPH, PRO SE, RESPECTFULLY MOVES THIS HONORABLE COURT TO GRANT THIS EMERGENCY MOTION OF SUBPOENA duses TECUM PURSUANT TO RULES 17(b) AND 17(c) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE, COMMANDING GRAND JURY WITNESS, Angella C. Thompson TO APPEAR IN COURT TO GIVE TESTIMONY, AND TO BRING ALL DOCUMENTS, WITH RELATION TO THE DATE OF YOUR GRAND JURY TESTIMONY AS ATTESTED IN THE AFFIDAVIT DATED OCTOBER 11, 2004.

THE DEFENDANT CONTENDS THAT THE STATEMENT IN THE GRAND JURY AFFIDAVIT REVEALS A PATTERN OF PROSECUTORIAL DECEPTION AND CONTINUED COVER-UP THAT SHOCKS THE UNIVERSAL SENSE OF JUSTICE AND MANDATES

-1-

AN EVIDENTIARY HEARING.

The following represents the last known addresses:

    Angella C. Thompson
    12 Kent Lane
    Bloomfield, CT 06002

    And

    Angella C. Thompson
    436 Jefferson Ave.
    Brooklyn N.Y 11221.

WHEREFORE, the Defendant request that this Honorable Court grant this Subpoena duces tecum accordingly.

Respectfully Submitted.

Dated: Nov 4, 2004

Patrick A. Triumph.
Defendant, Pro Se.