UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV -5 A 10: 52
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES of AMERICA
PLAINTIFF

vs.

PATRICK A. TRIUMPH,
DEFENDANT.

CASE: 3:02CR81(JBA)

MOTION TO SUBPOENA DUCES TECUM, PATRICK LEAHY, SPECIAL AGENT, IRS.

The Defendant, Patrick A. Triumph, Pro Se, respectfully moves this Honorable Court for a Subpoena Duces Tecum pursuant to Rule 17(b) and 17(c) of the Federal Rules of Procedure, commanding, Patrick Laahy, Special Agent, Internal Revenue Service, to produce all document, notes and writings in his possession, which were presented to the Grand Jury, N-01-3, during his testimony on March 21, 2002.

The Defendant lack access to these items from any other source,

-1-

And contends that these items are necessary to facilitate the introduction of material and relevant evidence for the Defendant in Sub Judice.

The Defendant provides the business address as follows:

I.R.S.
Patrick Leahy
135 High Street
Hartford, CT, 06103.

The Defendant request this Court to expedite the issuance of this Subpoena Duces Tecum, and for any other appropriate remedy in this cause.

Respectfully Submitted.

Dated: Oct 30, 2004

Patrick A. Triumph.
Defendant, Pro Se.

—2—