UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

2004 NOV -5  A 10: 52

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA
  PLAINTIFF

CASE NO. 3:02CR0081 (JBA)

VS.

PATRICK A. TRIUMPH
  DEFENDANT

MOTION TO SUBPOENA
LICENSED SHORTHAND
REPORTER, CINDY J.
CASTALdo, 383

THE DEFENDANT, PATRICK A. TRIUMPH, PRO SE, RESPECTFULLY MOVES THIS COURT FOR A SUBPOENA DUCES TECUM PURSUANT TO 17(b) AND 17(c) OF THE RULES OF CRIMINAL PROCEDURE, COMMANDING, LICENSED SHORTHAND REPORTER, CINDY J. CASTALdo, 383, OF FALZANO COURT REPORTERS, 117 NORTH SADDLE RIDGE, WEST SIMSBURY, CT 06092, TO APPEAR IN COURT TO GIVE TESTIMONY ON THE DATES OF THE TESTIMONY OF ANGELLA THOMPSON AND PEKAH WALLACE IN RE. GRAND JURY N-01-3, IN NEW HEAVEN, CONNECTICUT.

ADDITIONALLY, THE DEFENDANT SEEKS THAT THE LICENSED SHORTHAND REPORTER, CINDY J. CASTALdo, 383, PRODUCE

ALL documents, DIARIES, WORK ASSIGNMENTS And OTHER COLLATERAL INFORMATION TO CERTIFY THE CONFIRMATION OF THE DATE OF THE GRAND JURY TESTIMONIES OF WITNESSES Angella C. Thompson And PEKAH WALLACE, AS WELL AS ANY OTHER TRANSCRIPTION OF ALL, OR ANY OTHER WITNESSES IN THE GRAND JURY N-01-3.

THE DEFENDANT ASSERTS THAT THIS INFORMATION IS OF CRITICAL MATERIAL CONSEQUENCES, And Absolutely ESSENTIAL TO THE VALIDITY OF THE INDICTABLE OFFENSES THAT HE HAS BEEN CONTINUED INCARCERATION FOR OVER 18 MONTHS TO DATE.

THE DEFENDANT PROVIDES THE GIVEN Address AS FOLLOWS:

Cindy J. CASTALdo, 383
Licensed Shorthand REPORTER
FALZARANO COURT REPORTERS
117 North SAddLE RidgE
WEST SIMSBURY, CT 06092
TEL: (860) 651-0258.

Accordingly, THE DEFENDANT REQUEST This COURT TO EXPEDITE THE SUBPOENA.

Respectfully Submitted
11/1/04

DATED OCT 30, 2004

Gary Credit

GARY CREDIT
NOTARY PUBLIC
COMMISSION EXPIRES 03/31

PATRICK TRIUMPH.
DEFENDANT, PRO SE.