# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2004 NOV -5 A 10: 52
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA
PLAINTIFF

CASE NO. 3:02CR81 (JBA)

VS.

PATRICK A. TRIUMPH
DEFENDANT

MOTION TO SUBPOENA DUCES TECUM ASSISTANT FEDERAL DEFENDER Thomas P. Belsky

The Defendant, Patrick A. Triumph, PRO SE, respectfully moves this Court for a Subpoena Duces Tecum pursuant to Rule 17(b) and 17(c) of the Federal Rules of Criminal Procedure, commanding, Assistant Federal Defender, Thomas P. Belsky to produce all documents, notes and writings in his possession, which were given to him from Robert J. Percy, Esq., representation of the defendant, which are, or may be evidentiary to this case in general, and the investigation in particular.

The defendant lack access to these items from attorney Robert J. Percy, and any other source, and contends

1

That these items are necessary to facilitate the introduction of material and relevant evidence for the defendant in *Sub Judice*.

The defendant provides the last known address for Assistant Federal Defender, Thomas P. Belsky as follows:

> Thomas P. Belsky
> Assistant Federal Defender
> Federal Public Defender's Office
> 2 Whitney Ave. Ste 300
> New Haven, CT 06510

The defendant request this court to expedite the issuance of this Subpoena *Duces Tecum*, and for any other appropriate remedy in this cause.

Respectfully Submitted

Dated: October 30, 2004

Patrick A. Triumph
Defendant, Pro Se

11/1/04

GARY CREDIT
NOTARY PUBLIC
COMMISSION EXPIRES 09/31/2009

Gary Credit  11-1-04