UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
PLAINTIFF

vs.

PATRICK A. TRIUMPH
DEFENDANT

FILED
2004 NOV -5  A 10: 52
U.S. DISTRICT COURT
NEW HAVEN, CT

CASE NO. 3:02-CR-81(JBA)

MOTION TO SUBPOENA DUCES TECUM, KEVIN F. ROWE, U.S. DISTRICT COURTS.

The Defendant, Patrick A. Triumph, PRO SE, respectfully moves this Court for a Subpoena Duces Tecum pursuant to Rule 17(b) and 17(c) of the Federal Rules of Procedure, commanding, Kevin F. Rowe, Clerk, United States District Court, District of Connecticut to a Certify Indictment, Certifify Superseding Indictment, Information pursuant to 18 U.S.C. Section 3146(a)(1) (Failure to Appear); Certify Criminal Docket for Case # 3:02-CR-0081-JBA-ALL; And any documents, notes, etc, which are, or may be evidentiary to this case in general, and the Grand

-1-

jury in particular.

The defendant lacks access to these items from any other sources, and contends that these items are necessary to facilitate the introduction of material and relevant evidence for the defendant in *Sub judice*.

The defendant respectfully request this Court to expedite the issuance of this Subpoena Duces Tecum, and for any other appropriate relief that may be just and proper in this cause.

Respectfully Submitted

Dated: Oct 31, 2004

Patrick A. Triumph.
Defendant, pro se.

P.S.   Address for Subpoena.

   Kevin F. Rowe
   Clerk
   United States District Court
   District of Connecticut
   United States Court House
   141 Church Street.
   New Haven, CT 06510.

—2—