United States District Court
District of Connecticut
FILED AT NEW HAVEN

11/12 20 04
Kevin F. Rowe, Clerk
By M. Ruocco
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
PLAINTIFF

vs.

PATRICK A. TRIUMPH.
DEFENDANT

CASE NO. 3:02CR81(JBA)

NOTICE OF MOTION OF APPEAL OF DENIAL OF MOTION TO SET ASIDE FORFEITURE OF BAIL IN THE AMOUNT OF $75000.

The Defendant, Patrick A. Triumph, pro se, respectfully file this Notice of Motion to Appeal the denial of Motion to Set Aside Forfeiture of the Bail in the Amount of $75,000, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure to be filed with this Court, in Forma Pauperis.

The Defendant request that the Date of Filing this Notice be docketed pursuant to Rule 4(c) of the Federal Rules of Appellate Procedure.

AFFIDAVIT

The following affidavit is made in support of motion.

"I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post

- 1 -

post a Bond for them. I believe I am entitled to Redress. I swear or affirm under Penalty of perjury under United States Laws that my Answers on this Form are True and correct. 28 U.S.C. Section 1746; 18 U.S.C. Section 1621.)".

The Defendant states that he has been incarcerated for over a period of 18 months to the date of this Notice of Appeal, and he has no income or no assets.

Accordingly, the Defendant request that due to his poverty that all fees and cost related to this Appeal be waived.

Wherefore the Defendant urges this Court that this Notice of Appeal be filed in accordance to the provisions of Rule 4(d)(i) and the Criminal Justice Act, 18 U.S.C. Section 3006A.

Respectfully Submitted.

Dated: Oct 31, 2004

Patrick A. Triumph.
Defendant, Pro Se-