UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 NOV 15  P 2:02
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA
PLAINTIFF

vs.                         CASE NO. 3:02CR81(JBA)

PATRICK A. TRIUMPH
DEFENDANT

MOTION OF SUBPOENA
duces TECUM OF
SHARON MONTINI,
OFFICIAL COURT REPORTER

The DEFENDANT, PATRICK A. TRIUMPH, PRO SE, moves this HONORABLE COURT TO ISSUE A Subpoena duces TECUM FOR SHARON MONTINI, OFFICIAL COURT REPORTER, TO APPEAR IN COURT TO give TESTIMONY IN RE GRAND JURY PROCEEDINGS N-03-1 AND TRIAL TRANSCRIPT, TRANSCRIPED IN THE TRIAL PROCEEDINGS BEFORE THE HONORABLE JANET BOND ARTERTON, U.S.D.J FOR THE PERIOD FEBRUARY 18, 2004 THROUGH FEBRUARY 25, 2004.

The DEFENDANT STATES THAT THE TESTIMONY OF SHARON MONTINI, OFFICIAL COURT REPORTER, IS OF MATERIAL AND EVIDENTIARY SIGNIFICANCE IN THE REVELATION OF A NUMBER OF IMPROPRIETIES THAT HAVE REPORTED IN THE TRIAL PROCEEDINGS,

1

And amounted to an unconscionable scheme which has harm the integrity of the judicial process.

WHEREFORE, the Defendant urges this Court to issue this Subpoena duces tecum, and for an order for an evidentiary hearing as a result of the prima facie case of prosecutorial misconduct and improprieties.

Respectfully Submitted.

Dated: November, 5 2004.

Patrick A. Triumph.
Defendant, Pro Se