UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 NOV 15 P 2:02
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>vs.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | Case No. 3:02CR81(JBA)<br><br>MOTION OF SUBPOENA<br>DUCES TECUM OF<br>NORMAN A. PATTIS<br>ATTORNEY-AT-LAW<br>WILLIAMS AND PATTIS, LLC. |

The defendant, Patrick A. Triumph, Pro Se, moves this Honorable Court to issue a Subpoena duces Tecum for Norman A. Pattis, Attorney-at-Law, Williams and Pattis, LLC, to appear in court to give testimony, in Re. Redirect Examination of Witness Pekah Wallace by Mr Pattis on February 23, 2004. [See Trial Transcript Volume IV, Pg 935 of Trial Proceedings held before Hon. Janet Bond-Arterton.]

The defendant question the transcript of February 23, 2004, when de facto Attorney Pattis was appointed on March 5, 2004 in this criminal case. Moreso, the defendant contends that Attorney Norman A. Pattis's deceptive practices and cover-up of

- 1 -

Prosecutorial Abuses and Improprieties which warrants this Subpoena duces Tecum, and for his immediate withdrawal as Standby Counsel and Appellate Counsel in Sub judice.

The defendant contends that this revelation has harmed the integrity of the judicial process and has substantial prejudice his defense throughout the entire trial proceedings.

Wherefore the Defendant urges that this Honorable Court issue this Subpoena duces Tecum, and the defendant has intelligently and knowingly waive the Attorney-Client Priviliges Accordingly,

Respectfully Submitted.

Nov. 5, 2004

Patrick A. Triumph.
Defendant pro se.