<u>United States District Court</u>

<u>District of Connecticut</u>

United States of America
Plaintiff

vs.

Patrick A. Triumph
Defendant

Case 3:02CR81(JBA)

<u>Emergency Motion for Complete and Certified Trial Transcript of the Second Trial Proceedings.</u>

The Defendant, Patrick A. Triumph, <u>Pro Se</u>, respectfully moves this Honorable Court to issue an order, pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A; Fed. R. Crim. P. 16; <u>Brady v. Maryland</u> 373 U.S 83 (1963); 18 U.S.C. Section 3500 (the "Jencks Act") and the Freedom of Information Act 5 U.S.C. Section 552, granting the Motion for Complete and Certified Trial Transcript of the Second Trial Proceedings.

The Defendant affirms that the transcript requested is necessary for adequate representation, and denial of the complete and certified transcript of the Second Trial Proceedings would arbitrarily deprive the Defendant of a

fair trial and his liberty without due process of law contrary to the due process and fair trial provisions of the Fifth and Sixth Amendments of the Constitutions, and because due and timely inspection are necessary in the due process of law guaranteed by the Sixth Amendment of the United States Constitution.

The Defendant states that this Request is made in _Forma Pauperis_, and all expenses in obtaining the expedited transcript be waived pursuant to the Criminal Justice Act.

Further, the Defendant states that he has made three prior request in obtaining the transcript from the Court Reporter, Sharron Montini, but has not yet receive any transcript for the Second Trial Proceedings.

Wherefore, the Defendant urges this Court to grant this order, and for any other relief that may be just and proper in _Sub Judice_.

Respectfully Submitted.

November 5, 2004

Patrick A. Trumph.
Defendant, Pro Se.

## CERTIFICATION OF SERVICE

This is to certify that the Emergency Motion for Complete and Certified Trial Transcript of the Second Trial Proceedings, was served upon the following:

David A. Ring
Assistant United States Attorney
U.S. Attorney's Office - HFD
450 Main St. Room 328
Hartford, CT 06103

by placing a copy of same in the United States Mail with proper postage affixed to ensure delivery.

Dated this 5th day of November, 2004

Respectfully Submitted.

Patrick A. Triumph.
Defendant, Pro Se.