<u>United States District Court</u>
<u>District of Connecticut</u>

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>vs.<br><br>Patrick A. Triumph<br>Defendant | Case No. 3:02CR81(JBA)<br><br><u>Emergency Motion</u><br><u>For Ruling on Motion</u><br><u>To Meet with Witnesses</u><br><u>while in Custody to</u><br><u>Prepare for Trial Proceeding</u> |

The Defendant, Patrick A. Triumph, <u>Pro Se</u> Request that this Court conduct an evidentiary hearing for the ruling on the motion to meet with his witness who will testify on the Defendant's behalf in the pending Count 40, Failure to Appear, 18 U.S.C. Section 3146(a)(1) to effectuate a defense in the schedule trial proceedings.

The Defendant contends that the Sixth Amendment in the context of <u>Faretta v. California</u>, 422 U.S. 806, 95 S. Ct. 2525, 45 L.Ed.2d 562 (1975), held that a criminal defendant has a constitutional right to conduct his own defense at trial when he voluntarily and intelligently elects to proceed without counsel.

Also so, the Defendant contends that

-1-

He is currently incarcerated at the Corrigan-Radgowski Correctional Center where the conditions of incarceration are draconian and inhumane. He has been the subject of "cruel and unusual" punishment in violation of the Eight Amendment of the United States Constitution. The defendant has filed a separate motion to command federal mandated conditions of incarceration in this court, however, the court has not ruled on this motion after 30 days.

Accordingly, the defendant contends that the court's failing to conduct an emerging ruling on this motion, and continued denial to meet with his witnesses would violate his rights of due process of law, contrary to Due Process Provisions of the Fair Trial Act and Self-Representation.

Wherefore, the defendant respectfully request that the Honorable Court issue an order for the defendant to meet with his potential witnesses, and for any other remedy that may be just and proper in this cause.

Respectfully submitted.

DATED: Nov 9, 2004

Patrick A. Trumpl.
Defendant, Pro Se.

## CERTIFICATE OF SERVICE.

This is to certify that the emergency motion for Ruling on Motion to meet witnesses while in Custody to Prepare for Trial Proceedings, was Served upon the following:

David A. Ring.
Assistant United States Attorney
U.S. Attorney's Office - H.F.D.
450 Main Street. Room 328.
Hartford, CT 06103.

by placing a copy of same in the United States Mail with proper postage affixed to ensure delivery.

Dated this 9th day of November, 2004

Respectfully Submitted.

Patrick A. Triumph.
Defendant, pro se.