United States District Court

District of Connecticut

United States of America
Plaintiff

vs.

Patrick A. Triumph
Defendant

Case No. 3:02CR81 (JBA)

Emergency Supplemental Motion to Command Federal Mandated Conditions of Incarceration of Defendant -

The Defendant, Patrick A. Triumph, Pro Se, respectfully request this Honorable Court de jure, to mandate the United States Marshals Service to provide the requisite custodian conditions of incarceration of the Defendant in Pre-Trial Custody in accordance to the Fifth, Sixth and Eight Amendment of the United States Constitution.

The Defendant contends that his due process of Pre-Trial Detention is blatantly disregarded by his incarceration in the State and County jails that have failed to adhere to Federal Mandated Conditions, and Protection of Inmates from the abuses of Guards and State Inmates.

The Defendant is now incarcerated at the Corrigan-Radgowski Correctional Center

-1-

in Uncasville, Connecticut, where the following conditions exists.

1. 22 hrs Lockdown daily.
2. Restricted Visitation and Telephone.
3. Overcrowding of Prison with hundred of Inmates sleeping on the floor.
4. No Access to Law Library.
5. No Legal Assistance
6. Restricted Mailing Service.
7. Limited Access to Personal Legal Material
8. Abuses Prison Guard.
9. Inter-Housing of Sentence and Pre-Trial Inmates.

The Defendant contends that the onerous and Draconian subjection of Incarceration as a Pre-Trial Federal detainee bespeaks the Vindictive, Invidious and Deviltry nature which Ab inito eviscerated his Rights of Equal Protection and due Process of Law guaranteed by the Fifth, Sixth and Eight Amendment of the United States Constitution.

Moreso, the Defendant contends that this Motion of Commanding Federal Mandate Conditions of Incarceration was filed over 30 days with no Ruling on the Motion, while the Conditions of Incarceration have been horrendously onerous and Draconian.

Wherefore, the Defendant pray,

2

That this Honorable Court command the United State Marshals Service to Protect his Constitutional Rights of the Defendant in Pre-Trial Detention, and for any other Relief that may be just, humane and proper in Sub Judice.

Dated: Nov 9, 2004

Respectfully Submitted.

PATRICK A. TRIUMPH.
Defendant, Pro Se.

## CERTIFICATION OF SERVICE

This is to certify that the Emergency Supplemental Motion to Command Federal Mandated Conditions of Incarceration of Defendant, was served upon the following:

    David A. Ring
    Assistant United States Attorney
    U.S. Attorney's Office - HFD.
    450 Main Street, Room 328.
    Hartford, CT 06103.

by placing a copy of same in the United States Mail with proper postage affixed to ensure delivery.

Dated: Nov 9, 2004.  Respectfully Submitted.

    Patrick A. Triumph,
    Defendant, Pro Se.