UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>vs.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | CASE NO. 3:02-CR-81(JBA)<br><br>MOTION FOR withdrawal<br>of STandby counsel,<br>NORMAN A. PATTIS due<br>TO Subpoena duces Tecum |

FILED
2004 NOV 16 — 3:05
U.S. DISTRICT COURT
NEW HAVEN, CT

The DEFENDANT, PATRICK A. TRIUMPH, PRO SE, RESPECTFULLY REQUEST this HONORABLE COURT TO ISSUE AN ORDER FOR the withdrawal of STandby COUNSEL, NORMAN A. PATTIS due TO THE MOTION FOR **Subpoena duces Tecum**, commanding, STandby counsel, NORMAN A. PATTIS TO APPEAR IN COURT TO give TESTIMONY ON THE "Redirect" EXAMINATION of GOVERNMENT WITNESS PEKAH WALLACE ON FEBRUARY 23, 2004.

The DEFENDANT contends That there is A clear discrepancy in The DATE of the Appointment March 5, 2004 when ATTORNEY PATTIS was Appointed AS C.J.A. ATTORNEY IN This CASE, And The DATE that he Conducted the "Redirect" on February 23, 2004 IN THE Testimony of The GOVERNMENT WITNESS PEKAH WALLACE AT THE FIRST TRIAL

-1-

Proceedings. (SEE TRIAL TRANSCRIPT Vol IV, P 935).

The Defendant contends that these discrepancies, INTER ALIA, supports his PRIMA FACIE case of the Standby Attorney Deceptive Practices and Conflict in Representation, by the covering-up of the Prosecutorial Abuses and Improprieties which have the judicial process throughout the entire trial proceedings.

The Defendant contends that for this reason, it is the solemn duty of a Judge before whom a defendant appears to make a thorough inquiry and to take all steps necessary to insure the fullest protection of this Constitutional Right at every stage of the proceedings.

Further the Defendant contends the Trial Judge's failure to inquire into a potential conflict of interest and Attorney's Improprieties when the judge knew, or should have known, of the conflict, mandates automatic reversal of a conviction. See. e.g Cuyler v. Sullivan, 446 U.S. 335, 100 S.Ct 1708, 64 L.Ed.2d 333 (1980)

Wherefore, the Defendant requests that this Court issue an order for the withdrawal of Standby Counsel, Norman A. Pattis, and for any other order that may be just and proper in Sub judice

2

Respectfully Submitted

DATED: Nov. 5, 2004

*[signature]*

Patrick A. Triumph.
Defendant, Pro Se.