UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| | : | CRIMINAL NO. 3:02CR81(JBA) |
| | : | |
| v. | : | |
| | : | |
| PATRICK A. TRIUMPH | : | |
| | : | NOVEMBER 19, 2004 |

**THE UNITED STATES' MOTION FOR EXTENSION OF TIME
TO FILE SENTENCING MEMORANDUM**

The United States hereby moves for a one (1) week extension of time until November 30, 2004 to file its sentencing memorandum in the above-captioned matter. In motions already filed with the Court, the defendant has raised many issues pertaining to his sentencing, including several claimed bases for downward departure, and while the undersigned has made progress in researching the issues raised, additional time is required to complete the sentencing memorandum. The undersigned is also in the process of preparing replies to a multitude of post-trial motions that defendant has filed in the past several weeks. This Court is scheduled to sentence defendant December 15, 2004 and the extension sought will not create any delay in the sentencing. The United States will file any reply to the defendant's sentencing brief by December 7 as originally contemplated by the Court. The undersigned has been unable to ascertain the defendant's position with respect to this motion. To the extent that defendant might need additional time for a reply, the United States certainly has no

objection to a reasonable extension.  This is the first such request with respect to this deadline.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        S. DAVE VATTI
        ASSISTANT UNITED STATES ATTORNEY
        Fed. Bar No. ct11957
        450 Main Street, Room 328
        Hartford, CT 06103
        860-947-1101

<u>CERTIFICATION</u>

  This is to certify that a true copy of the foregoing has been sent via United States mail, first class, postage pre-paid on the 19th day of November 2004 to:

Mr. Patrick A. Triumph
Reg. No. 14622-014
State ID 313641
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

Norman A. Pattis, Esq.
Williams & Pattis
59 Elm Street
New Haven, CT 06510

               _____
               S. Dave Vatti
               Assistant United States Attorney