**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02cr 81 (JBA) |
| **PATRICK TRIUMPH** | : |

### ENDORSEMENT ORDER [#315]

Government's motion for extension of time to file sentencing memorandum is GRANTED until 11/30/04.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on November 22, 2004.