Patrick A. Triumph
Reg No. 14622-014
State I.D 313041
Corrigan-Radgowski C.C.
986 Norwich-New London Tpke
Uncasville, CT 06382.

FILED

2004 NOV 22 A 10:48

U.S. DISTRICT COURT
NEW HAVEN, CT

Nov 16, 2004

Hon. Judge Arterton
U.S. District Court
U.S. Courthouse
141 Church St.
New Haven, CT 06510.

Re: U.S. v. Triumph, CR NO. 3:02CR81(JBA).

Dear Judge Arterton.

I respectfully write this letter to request a ruling on my emergency motion to dismiss the indictment and set aside judgement due to prosecutorial misconduct in Grand Jury and improprieties of defenseless magnitude.

I appeal to you in the interest of fair justice. I appeal to you as a human being with a soul. My teenage daughter is now suffering

-I-

From depression syndrome that warrants profession therapy. I am now imprisoned for 19 months. I exist under these conditions by the grace of God. I appeal to you to make a ruling. The Constitution supports a ruling. You have the Constitutional Authority.

I have amassed direct evidence which I have presented to you. I now have 52 acts of prosecutorial improprieties and abuses. How much more? When would this end?

I will not write beyond this point.

Respectfully,

Patrick A. Triumph.

Defendant, Prose.

P.S.   Exhibit 1-A through 22-A. For Hon. Judge Arterton Determination.

Angella C. Thompson
Affidavit of Witness

October 11, 2004

This Affidavit is made in reference to my Grand jury Testimony in the case of United States vs. Patrick Triumph, CRNO.3:02CR81(JBA).

- My name is Angella C. Thompson
- My date of birth is July 7, 1974
- I reside at 12 Kent Lane Bloomfield CT 06002, and 436 Jefferson Avenue Brooklyn, NY 11221, I have dual residency.
- I was the owner and accountant of Tri Tax Professionals for the period of January 1998 to March 2002.
- I have worked in association with Patrick Triumph of Tri Tax Accounting services during the period of April 1997, to March 2002.
- I was also the Business owner of the Wharf Management Group for the period of November 2001 to April 2003.
- I was subpoena as a witness to testify to a Grand Jury proceeding in the indictment of Patrick A. Triumph
- The date of my testimony was not March 19th, 2002.
- I do recall the date of my Grand jury testimony to have been on or about the date of March 26th, 2002
- The date of my recollection was a day that I have associated with my best friend Carl Craig's birthday which is March 26th.
- The date of my recollection was also approximately 3 weeks after my Electronic Filing capacities were interrupted, on March 2, 2002.
- I do state that I would not have testified on March 19, 2002.

The statements made in this affidavit are made willingly and voluntary without any promises or threats. I swear under penalty of perjury under the United States Laws that my statements are true and correct. (28 U.S.C. Section 1746; 18 U.S.C. Section 1621)

Signed,

*[signature]*

Angella C. Thompson

*[signature]*
Oct 13, 04

NELLIE MICKAILOVA
Notary Public, State of New York
No. 07MI5029636
Qualified in Kings County
My Commission Expires 06/27/200 6

THOMPSON

1

```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT

  IN RE:                    )
                            )
     GRAND JURY PROCEEDINGS )      N-01-3
                            )
                            )


                              Federal Building
                              141 Church Street
                              New Haven, Connecticut



                              March 19, 2002
                              11:08 o'clock a.m.


              TESTIMONY OF ANGELLA THOMPSON


  APPEARANCES:

          For the Government:

          OFFICE OF THE UNITED STATES ATTORNEY
          157 Church Street
          New Haven, Connecticut  06510
              By: DAVID X. SULLIVAN, ESQ.
                  Assistant U.S. Attorney




                    Falzarano Court Reporters
                     117 North Saddle Ridge
                    West Simsbury, CT  06092
                         860.651.0258
```

## CERTIFICATE

I hereby certify that the foregoing 37 pages are a complete and accurate computer-aided transcription of my original stenotype notes taken of the Testimony of PEKAH WALLACE, which was held in re: Grand Jury N-01-3, in New Haven, Connecticut, on March 19, 2002.

*Cindy J. Castaldo*
Cindy J. Castaldo, 383
Licensed Shorthand Reporter

**Falzarano Court Reporters**

1       CERTIFICATE
2           I hereby certify that the foregoing 37 pages
3   are a complete and accurate computer-aided
4   transcription of my original stenotype notes taken of
5   the Testimony of ANGELLA THOMPSON, which was held in
6   re: Grand Jury N-01-3, in New Haven, Connecticut, on
7   March 19, 2002.
8
9           _____
10          Cindy J. Castaldo, 383
            Licensed Shorthand Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Internal Revenue Service
## Criminal Investigation Division

## Memorandum of Interview



| | | | |
|---|---|---|---|
| **In Re:** | Patrick A. Triumph | **Location:** | United States Attorney's Office |
| **Investigation #:** | 069730202 | | 157 Church St. |
| **Date:** | March 19 2002 | | New Haven, CT |
| **Time:** | Approximately 8:10 AM to Approximately 8:40 AM | | |
| **Participant(s):** | Pekah Wallace, Witness | | |
| | Bill Petzold, Witness's Attorney | | |
| | David X. Sullivan, Assistant United States Attorney | | |
| | Patrick J. Leahy, Special Agent | | |
| | Deborah N. Murphy, Special Agent | | |

1. At the start of the interview, Introductions were made and Pekah Wallace was advised of her rights by AUSA David X. Sullivan. Attorney Petzold reiterated the information he had provided in an earlier telephone conversation between AUSA David X. Sullivan, Special Agent Patrick J. Leahy, and myself, Special Agent Deborah N. Murphy (speakerphone). The information Petzold reiterated was that Wallace had not told the truth in earlier conversations with IRS representatives regarding the Triumph matter, but that she wanted to come forward at this time. There was a brief discussion regarding any possibility of the government prosecuting Wallace for making false statements. Pekah Wallace provided the following information:

2. Wallace stated that she misstated the truth in earlier conversations with IRS representatives. She said she felt bad about it at the time and now, but that Triumph had convinced her to not be truthful regarding his investigation.

3. Wallace stated that she has known Triumph since the early 1990's and he has been preparing her tax returns since then.

4. Wallace stated that although she and Triumph and not close friends that they have got to know one another well over the years and they both are involved in the community. Triumph has helped Wallace out by allowing her to use his office copier on occasion.

5. When Wallace was originally contacted by the IRS regarding the Triumph investigation, she contacted Triumph. Triumph met with her and told her the IRS was investigating him regarding his tax return preparation and that he needed her to help him out. He told her he needed her to tell the IRS that she had tutored or provided day care for certain children. He told her the names of the children that she was to tell the IRS that she tutored or provided day care for, if asked.

6. Wallace was very concerned about potentially not telling the truth to the IRS and conveyed her concerns to Triumph. Triumph set up a meeting between himself, Wallace and his attorney, Robert Percy. Attorney Percy would not agree to assist Wallace with the IRS, but told her that she could deal with the IRS and that she was a big girl, and knew what to say.

7. Wallace stated that she never tutored or provided day care to any Watson children, Shabazz children, or Downer children.

8. Wallace stated that once when she was making copies at Triumph's office, he took one of the copies of her letterhead for her tutoring concern, The Homework Club. She thought it was odd, as she didn't think he would need it for her taxes, but since he was letting her use his copier, she didn't say anything.

9. Wallace stated that the reason she did not tell me the truth when we met earlier was that Triumph was intimidating and seemed desperate.

10. Wallace stated that when she had received her Grand Jury Subpoena on March 5, 2002, she contacted Triumph and asked him why he hadn't taken care of this matter and asked him what had he done to her, by involving her? Triumph told her that the statute of limitations would be running out soon on this matter.

11. Wallace stated that she feels intimidated by Triumph and is worried about Triumph, and that he seems desperate.

12. Wallace was given my card with my cell phone number included on it and told to call anytime if she felt threatened or even if she was being bothered. She was told that she did not have to talk to anyone she didn't want to, but of course she was free to speak to anyone as long as it was what she wanted. The interview was then terminated.

13. This memorandum contains a summary of pertinent information discussed with Pekah Wallace on March 19, 2002. I prepared this memorandum on March 25 and April 1, 2002 from memory and notes made during and immediately after the interview with Pekah Wallace on March 19, 2002.

Deborah N. Murphy
Special Agent

14. I certify that this memorandum has recorded in it, a summary of all pertinent matters discussed with Pekah Wallace on March 19, 2002.

Patrick J. Leahy
Special Agent

Defense Exhibit 6A

| Filing Date | # | Docket Text |
|---|---|---|
| 03/21/2002 | 1 | SEALED INDICTMENT returned in New Haven before JGM as to Patrick A. Triumph (1) count(s) 1-38; assigned to Hartford rotation, bench warrant to issue (Ruocco, M.) (Entered: 03/21/2002) |
| 03/21/2002 | | Arrest WARRANT issued as to Patrick A. Triumph (Ruocco, M.) (Entered: 03/21/2002) |
| 03/21/2002 | * | **Added Government Attorney John A. Danaher III, James I. Glasser, David X. Sullivan (Ruocco, M.) (Entered: 03/21/2002) |
| 04/01/2002 | | ARREST of Patrick Triumph (Blue,A.) (Entered: 04/02/2002) |
| 04/01/2002 | 2 | Initial presentment held as to Patrick Triumph Defendant informed of rights. ( TPS) (Blue,A.) (Entered: 04/02/2002) |
| 04/01/2002 | 3 | SCHEDULING ORDER as to Patrick Triumph setting Substantive Motions due by 4/22/02 Government Response due by 4/29/02 Voir Dire Questions due by 4/24/02 Proposed Jury Instructions due by 4/24/02 Jury Selection for 9:00 5/1/02 for Patrick Triumph ( signed by Mag. Judge Thomas P. Smith ) (Blue,A.) (Entered: 04/02/2002) |
| 04/01/2002 | | MOTION in open court by USA as to Patrick Triumph to Unseal Indictment (Blue,A.) (Entered: 04/02/2002) |
| 04/01/2002 | | Minute entry as to Patrick Triumph : granting oral motion to Unseal Indictment as to Patrick Triumph (1) (Blue,A.) (Entered: 04/02/2002) |
| 04/01/2002 | | Indictment unsealed as to Patrick Triumph (Blue,A.) (Entered: 04/02/2002) |
| 04/02/2002 | 4 | Surety BOND dated 4/1/02 in the Amount of $ 75,000.00 as to Patrick Triumph (Blue,A.) (Entered: 04/02/2002) |
| 04/02/2002 | 5 | ORDER Setting Conditions of Release as to Patrick Triumph ( Signed by Mag. Judge Thomas P. Smith ). SEE Order for conditions of release (Blue,A.) (Entered: 04/02/2002) |
| 04/15/2002 | 6 | Arraignment held as to Patrick Triumph ( TPS) (Sunbury, B.) (Entered: 04/15/2002) |
| 04/15/2002 | | PLEA entered by Patrick Triumph . Not Guilty: Patrick Triumph (1) count(s) 1-38 Court accepts plea. ( TPS) (Sunbury, B.) (Entered: |

203-821-3700
Fax: 203-773-5378
Email: James.Glasser3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Danaher, III**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103
860-947-1101
Fax: 860-240-3291
Email: john.danaher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**S. Dave Vatti**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103
860-947-1101
Fax: 860-240-3291
Email: dave.vatti@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2002 | 1 | SEALED INDICTMENT returned in New Haven before JGM as to Patrick A. Triumph (1) count(s) 1-38; assigned to Hartford rotation, bench warrant to issue (Ruocco, M.) (Entered: 03/21/2002) |
| 03/21/2002 |  | Arrest WARRANT issued as to Patrick A. Triumph (Ruocco, M.) (Entered: 03/21/2002) |
| 04/01/2002 |  | ARREST of Patrick Triumph (Blue,A.) (Entered: 04/02/2002) |
| 04/01/2002 | 2 | Initial presentment held as to Patrick Triumph Defendant informed of rights. ( TPS) (Blue,A.) (Entered: 04/02/2002) |
| 04/01/2002 | 3 | SCHEDULING ORDER as to Patrick Triumph setting Substantive Motions due by 4/22/02 Government Response due by 4/29/02 Voir Dire Questions due by 4/24/02 Proposed Jury Instructions due by 4/24/02 Jury Selection for 9:00 5/1/02 for Patrick Triumph ( signed by Mag. Judge Thomas P. Smith ) (Blue,A.) (Entered: 04/02/2002) |
| 04/01/2002 |  | MOTION in open court by USA as to Patrick Triumph to Unseal |

*Handwritten annotations:* "Omnibus" (left margin); "No David Sullivan" (right margin)

DEFENSE EXHIBIT 8A

| COUNT | NAME | TAX YEAR | DATE - on or about tax return or amended tax return filed | FALSE AND FRAUDULENT ITEM |
|---|---|---|---|---|
| 35 | MARLENE DUNKLEY | 1996 original tax return | 4/15/97 | -claimed more itemized deductions than entitled |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

*Patricia E. Casey*
FOREPERSON

UNITED STATES OF AMERICA

*John A. Danaher III*
JOHN A. DANAHER III
UNITED STATES ATTORNEY

*James I. Glasser*
JAMES I. GLASSER
CHIEF, CRIMINAL DIVISION

*David X. Sullivan*
DAVID X. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY

10

Defense Exhibit 9A

| COUNT | NAME | TAX YEAR | DATE - on or about tax return or amended tax return filed | FALSE AND FRAUDULENT ITEM |
|---|---|---|---|---|
| 38 | MARLENE DUNKLEY | 1996 original tax return | 4/15/97 | -claimed more itemized deductions than entitled |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

*Patricia S. Carey*
FOREPERSON

UNITED STATES OF AMERICA

*John A. Danaher*
JOHN A. DANAHER III
UNITED STATES ATTORNEY

*James I. Glasser*
JAMES I. GLASSER
CHIEF, CRIMINAL DIVISION

*David X. Sullivan*
DAVID X. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY

P.S. Given by Ass Fed Defender.
Thomas Belsky.
[ Removal of Certify Stamp ].
Clerk on 2/20/24

10

1  the control tower at Loring Air Force Base; so
2  military training.
3      Q    Did you become involved in an investigation
4  relating to a Patrick A. Triumph?
5      A    I did.
6      Q    Can you describe for us who Patrick A.
7  Triumph is?
8      A    Patrick A. Triumph is a tax return preparer
9  out of the Bloomfield, Connecticut who has prepared
10 1040 tax returns and 1040X; 1040 being the individual
11 tax returns and 1040X being amended tax returns,
12 generally for individuals in the area. He's gone
13 outside the area a little bit as well. He's the
14 subject of the tax return preparer case that I worked
15 from the end of 1996 until it was complete.
16     Q    You've had a chance to review the proposed
17 superseding indictment in this case, correct?
18     A    Yes.
19     Q    You're aware there are 38 counts that relate
20 to aiding and abetting false tax returns, correct?
21     A    Correct.
22     Q    With respect to taxpayers that those 38
23 counts involve, are those all from the District of
24 Connecticut?
25     A    Yes, they are.

*[handwritten margin note: Did investigation begin December 96 or April 8 1997.]*

Falzarano Court Reporters  *[Official License Reporter]*