UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| Plaintiff | : 3:02CR81(JBA) |
| | : |
| **VS.** | : |
| | : |
| **PATRICK TRIUMPH,** | : |
| Defendant | : NOVEMBER 24, 2004 |

## MOTION FOR RELIEF FROM APPOINTMENT

The undersigned requests that he be relieved from his role as standby counsel in the instant case as the defendant has announced his intention to call the undersigned as a witness. In support hereof, the undersigned represents as follows:

1. I was asked by this Court to defend Mr. Triumph in this case after his first trial ended in a mistrial upon a judicial finding that Mr. Triumph was incompetent to stand trial.

2. After Mr. Triumph was restored to competency, Mr. Triumph elected to represent himself at trial, and the undersigned was appointed standby counsel.

3. Mr. Triumph currently faces trial on a severed count of failure to appear, and the undersigned remains his standby counsel.

4. The undersigned has received electronic notice of filing in Mr. Triumph's case and has learned that Mr. Triumph is seeking a subpoena for the undersigned.

5. Upon information and belief, Mr. Triumph believes the undersigned has evidence material and relevant to a proposed insanity defense of his

failure to appear charge.

6. While the undersigned does not believe he possesses any relevant or material question about the defendant's sanity at the time he fled to Canada, no Court has yet to make that determination.

7. In order to make a determination of whether the undersigned possesses relevant or material information, the trial court would be required either to hear a proffer from Mr. Triumph or testimonial evidence from the undersigned. In either case, Mr. Triumph would be required to waive the attorney-client privilege.

8. Such a waiver would undermine the relationship between Mr. Triumph and the undersigned in such a way as to diminish the undersigned's use as standby counsel and undermine Mr. Triumph's right to fair trial.

WHEREFORE, the undersigned requests that he be relieved as standby counsel in this case.

By_____
NORMAN A. PATTIS
51 Elm St., Suite 409
New Haven, CT 06510
Fed. Bar No. ct13120
203.562.9931
203.776.9494 (fax)

**CERTIFICATE OF SERVICE**

      This is to certify that the forgoing Appearance was mailed on this date to the following:

David Ring
Office of the United States Attorney
157 Church Street, 23rd Street
New Haven, CT 06510

Patrick Triumph
Inmate Number 313041
Corrigan Correctional Institute
982 Norwich-New London
Uncasville, CT 06382

_____
NORMAN A. PATTIS