UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 NOV 30 P 3:13
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>vs.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | CASE NO. 3'02CR81(JBA)<br><br>MOTION TO DEMAND FOR SPEEDY TRIAL ON COUNT 1s, 3s-4s, 9s, 12s-15s, 18s-19s, 21s-31s, 33s-38s, 39s, 40s. |

Now comes Patrick A. Triumph, defendant, PRO SE, in the above captioned matter, and files this, his demand for Speedy Trial pursuant to the Speedy Trial Act of 1974; 18 U.S.C. Section 3161(e) and the Sixth Amendment of the United States of America.

18 U.S.C. Section 3161(e), States "If the defendant is to be tried again following a declaration by the trial judge for a new trial, the trial shall commence within seventy days from the date the action occasioning the retrial become final.

Moreso, the Sixth Amendment states "In all criminal prosecutions, the accused shall enjoy the right to a Speedy and public trial, by an impartial jury.

-1-

Accordingly, the Defendant states "That with the discharged of the jury on September 21st, 2004, a court declared mistrial was ordered. Hence the 70 day period for retrial will be before December 1st 2004, in order to be in compliance with the Speedy Trial Act.

Accordingly, the Defendant is Ready to proceed to trial at this time.

Respectfully Submitted.

Dated: Nov. 20. 2004

Patrick A. Triumph.
Defendant, Pro Se.

CERTIFICATE OF SERVICE.

This is to certify that the Motion to Demand for Speedy Trial on Count 1s, 3s-4s, 9s, 12s-15s, 18s-19s, 21s-31s, 33s-38s, 39s, 40s., was served on the following:

David A. Ring
Assistant U.S. Attorney - N.H
157 Church Street, 23rd Floor.
New Haven, CT 06510.

by placing a copy of same in the United States mail with proper postage affixed to ensure delivery.

Dated this 20th November, 2004.

Respectfully Submitted.

Patrick A. Triumph.
Defendant, Pro Se.