UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 NOV 30 P 3:13
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>vs.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | CASE NO. 3:02-CR-0081 (JBA)<br><br>MOTION TO CORRECT THE DATE OF DECLARATION OF MISTRIAL FROM 10/12/04 TO 9/21/04 IN DOCKET NUMBER 257 |

THE DEFENDANT, PATRICK A. TRIUMPH, PRO SE, RESPECTFULLY MOVES THIS COURT TO AMEND THE CRIMINAL DOCKET FOR THE CASE NO. 3:02-CR-0081-JBA, DOCKET ENTRY NO. 257, by MOTION TO CORRECT THE DATE OF DECLARATION OF MISTRIAL FROM OCTOBER 12TH, 2004 TO SEPTEMBER 21ST, 2004 WHEN THE JURY WAS DISCHARGED BY HONORABLE JUDGE JANET BOND ARTERTON, PURSUANT TO THE FREEDOM OF INFORMATION ACT 5 U.S.C. SECTION 552; THE PRIVACY ACT 5 U.S.C. SECTION 552(a); FED. RULES. CR. PROC. RULE 16 & RULE 52(b), 18 U.S.C.A.

THE DEFENDANT CONTENDS THAT THE TRIAL TRANSCRIPT OF THE PROCEEDINGS ON 9/21/04, THE DAY AFTER THE JURY VERDICT OF 9/20/2004, OF GUILTY ON COUNTS $5_s - 8_s$, $10_s - 11_s$, $16_s - 17_s$ $20_s$ $32_s$ WERE RETURNED IN OPEN COURT

1

by the twelve jurors.

The defendant claims that the District Court's failure to amend this docketed entry No. 257 would constitute a plain error, and seriously harm the fairness, integrity and public reputation of the judicial proceedings, and would arbitrary deprive the defendant of a fair trial and his liberty without due process of law contrary to the due process and fair trial provisions of the Fifth and Sixth Amendment of the Constitution, and because due and timely amendment are necessary to prevent noncompliance of the constitutional right to a speedy and public trial and fundamental fairness of the criminal justice system.

Wherefore, the defendant demand that this Docket No. 257 be amended accordingly.

Respectfully Submitted.

Dated: November 30, 2004

Patrick R. Triumph
Defendants, Pro Se

## Certificate of Service

This is to certify that the Motion to Correct the Date of Declaration of Mistrial from 10/12/04 to 9/21/04 in Docket Number 257, was served upon the following:

David A. Ring
Assistant U.S. Attorney
U.S. Attorney's Office — N.H.
157 Church St., 23rd Floor
New Haven, CT 06510.

by placing a copy of same in the United States Mail with proper postage affixed to ensure delivery.

Dated this 20th November, 2004.

Respectfully Submitted.

Patrick A. Triumph.
Defendant, Pro Se.