<u>UNITED STATES DISTRICT COURT</u>

<u>DISTRICT OF CONNECTICUT</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>vs.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | CASE NO. 3:02CR81(JBA)<br><br>MOTION TO ISSUE A<br>SUBPOENA DUCES TECUM<br>FOR DONALD P. EDDY,<br>FOREPERSON, GRAND<br>JURY H-04-1 |

The Defendant, Patrick A. Triumph, <u>PRO SE</u>, respectfully moves this Court to issue a subpoena duces tecum pursuant to Sections 17(b) and 17(c) of the Federal Rules of Criminal Procedure, commanding Donald P. Eddy, Foreperson, Grand Jury Proceeding H-04-1 conducted at the Federal Building, 450 Main Street, Hartford, Connecticut, to appear in court to give testimony, and to bring all document, notes and writings pertaining to the Grand Jury proceedings in the above-captioned superseding Indictment.

The Defendant lack access to this information and items from any other source, and that an order directing production of

-1-

of these items prior to trial and sentencing will expedite the trial and sentencing proceedings of this cause and facilitate the introduction of material and relevant evidence during the course thereof.

Respectfully Submitted.

DATED: Nov. 24. 2004

PATRICK A. TRIUMPH, Pro Se.
DEFENDANT