UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>VS.<br><br>PATRICK A. TRIUMPH.<br>DEFENDANT. | CASE NO. 02CR81(JBA)<br><br>MOTION TO ISSUE<br>SUBPOENA DUCES TECUM<br>FOR ELLEN SZAMIER,<br>LSR #162, FALZARANO<br>COURT REPORTERS. |

FILED 2004 NOV 30 P — U.S. DISTRICT COURT NEW HAVEN

The DEFENDANT, PATRICK A. TRIUMPH, PRO SE, RESPECTFULLY MOVES THIS COURT TO ISSUE A SUBPOENA DUCES TECUM PURSUANT TO SECTIONS 17(b) AND 17(c) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE, COMMANDING ELLEN SZAMIER, LICENSED SHORTHAND REPORT #162, FALZARANO COURT REPORTERS, 117 North SADDLE RIDGE, WEST SIMSBURY, CT 06092, TO APPEAR IN COURT TO GIVE TESTIMONY PERTAINING TO GRAND JURY INVESTIGATION N-01-03 CONDUCTED ON MARCH 21, 2002 IN THE FEDERAL BUILDING, 141 CHURCH STREET, NEW HAVEN, CONNECTICUT.

The DEFENDANT LACKS ACCESS TO THIS INFORMATION AND ITEMS FROM ANY OTHER SOURCE,

-1-

And that an order directing production of these items prior to trial and sentencing will expedite the trial and sentencing proceedings of this cause and facilitate the introduction of material and relevant evidence during the course thereof.

Respectfully Submitted.

DATED: November 24, 2004

Patrick A. Triumph,
Defendant, Pro Se.