<u>United States District Court</u>

<u>District of Connecticut</u>

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>vs.<br><br>Patrick A. Triumph<br>Defendant | Case No. 3:02CR81(JBA)<br><br>Motion for<br>Subpoena duces tecum<br>For Psychiatrist<br>Dr. Patricia Kelly. |

The Defendant, Patrick A. Triumph, <u>Pro Se</u>, respectfully submits to this Honorable Court a Subpoena <u>duces tecum</u> pursuant to Court Order (Doc. #230), granting Defendant's Motion for Subpoena of Expert witness Dr. Patricia Kelly; and Section 17(c) of the Federal Rules of Criminal Procedure, commanding Dr Patricia Kelly to produce all documents, notes and writings in her possession, which are, or may be evidentiary to this case; and which constituted the findings of Mr Triumph's "delusional" regarding the dates for the Indictment and Information who was present at the Grand Jury.

Specifically, the Defendant request

-1-

The Following:

1. The name of the previous attorney who corroborated the information of the indictment dates and information regarding who was present at the Grand Jury, including dates they were present.

2. The date that the Grand Jury witness, Angella C. Thompson was present at the Grand Jury proceedings that was discussed during the interview and competency evaluation of Mr. Triumph on February 24, 2004.

3. All tests and assessment conducted in the competency evaluation that rendered Mr. Triumph incompetent to stand trial that are in accordance to the mandates of 18 U.S.C. Section 4241(d), as well as the diagnostic provision of mental disorders by the American Psychiatric Association.

4. The copy of the court order mandating the competency evaluation conducted on Mr. Triumph on February 23, 2004.

5. Copy of the handwritten notes compiled during the interview with

-2-

Mr Triumph on February 24, 2004.

6. All collateral information, reports, interviews used in the formulation of the "delusional" and disorganized thought patterns which validates your opinion that the defendant was incompetent to stand trial pursuant to 18, 4241(d), and therefore be committed for hospitalization and treated.

The defendant lack access for these items from any other source, and that an order commanding production of these items immediately will expedite the hearing of this cause and facilitate the introduction of material and relevant evidence during the course thereof.

For the purpose of expediency, the mailing address for Dr. Patricia Kelly is:

Dr Patricia Kelly
Law and Psychiatry Division
Department of Psychiatry
Yale University School of Medicine
34 Park Street
New Haven, CT 06519-1187

Respectfully Submitted.

Dated: November 26, 2004

Patrick A. Triumph
Defendant, Pro Se

-3-