<u>United States District Court</u>

<u>District of Connecticut</u>

United States of America
  Plaintiff

vs.

Patrick A. Triumph
  Defendant

Case No: 3:02CR81(JBA)

<u>Motion For Subpoena</u>
<u>duces tecum for</u>
<u>A. F. Beeler, Warden</u>
<u>Federal Medical Center.</u>

The Defendant, Patrick A. Triumph, <u>Pro Se</u>, Respectfully submits to this Honorable Court a Supoena <u>duces tecum</u> pursuant to Court Order (Doc #236), Granting Defendant's Motion for Subpoena of A.F. Beeler, warden, Federal Medical Center; and Section 17(C) of the Federal Rules of Criminal Procedure, commanding A.F. Beeler, Warden, Federal Medical Center, Butner, North Carolina to Produce All documents, Reports, Court Orders and writings in the Possession of the Federal Medical Center, which are, or may be Evidentiary in this Case.

Specifically, the Defendant Request the Following:

1. Reports of All the Test and

-1-

Assessments conducted in the period the Mr Triumph was hospitalized and treated at the Butner Medical Center.

2. Reports of Interview conducted with all Psychiatrist or Psychologist, or any Psychiatrist or Psychologist, or any other person(s), including Attorneys which constituted the Restoration of Competency of the Defendant.

3. All Treatment, or any Treatment of all Mental defects or disease used to treat the Defendant in the Restoration of Competency pursuant to 18 U.S.C. section 4241(d).

4. The dates the Forensic Evaluation and Hospitalization started, the date the Forensic Evaluation Completed, the date the Defendant was Restored to "Competency to Stand Trial, the date the Report of the Competency and Hospitalisation was mailed out of your Medical Center.

5. All Reasons for any and all delays over 10 days of the Completion of the Evaluation to the Discharged of Mr Triumph.

6. All Reasons for any and all

-2-

delays from the completion of the forensic evaluation to the date of mailing the certificate of restoration to the District Court.

The Defendant lacks access of these items from any other source, and that an order commanding production of this information immediately will expedite the hearing of this cause and facilitate the introduction of material and relevant evidence during the course thereof:

For the purpose of expediency, the mailing address is as follows:

    A. F. Beeler
    Warden
    Federal Medical Center
    P.O. Box 1500
    Butner, N.C. 27509

Respectfully Submitted.

Dated: Nov 26, 2004

Patrick A. Triumph.
Defendant, Pro Se.