UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC -3 P 1:54
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA
PLAINTIFF

vs.

PATRICK A. TRIUMPH
DEFENDANT

CASE NO. 3:02-CR-81 (JBA)

MOTION FOR DISCLOSURE OF INFORMATION IN THE PRESENTENCE REPORT

Now comes the defendant, PATRICK A. TRIUMPH, PRO SE, pursuant to Rules 16 and 32 of the Federal Rules of Criminal Procedure moves this court for entry of an order disclosing to the defendant the following information pertaining to the presentence report as it relates to this case.

1. The copy of the "DETAINER ORDER" issued by the Department of Homeland Security, Bureau of Immigration & Customs Enforcement, including the date and the statutory provision mandating the detainer.

2. All information and evidence, including names, address, name of bank,

-I-

and any other records which indicate that Mr. Triumph was attempting to open a bank account using fictitious information.

3. Copies of all the records of criminal convictions, including the date of arrest, the offense charged, date of disposition, and any other information that have been used to compute the defendant's criminal history.

4. Copies of all transcript and probation reports, or other information that have been used to calculate the defendant's criminal history category, including the reliability, accuracy and veracity of the source of information.

5. All information, affidavits, copies of checks, forged signatures, names of clients which constituted the pending state charges in the P.S.R.

6. All information pertaining to Mr. Triumph's residency in Florida, as reported in the P.S.R. (Paragraph 49).

7. All records and information from the Mohegan Sun Casino, Uncasville, Connecticut with regards to the frequency, wagers, and gambling patterns of Mr. Triumph, including report loss amounts, and credit application at the casino.

-2-

8. Information, contracts, Loan application or any other document attesting to the accuracy of the amount of indebtness of $175,227 reported by the Indianapolis Life Financial Services.

9. Copies and information on all civil judgments against the defendant, including
   (i) Connecticut Children's Medical
   (ii) Burlington Coat Factor.
   (iii) Sage Allen, Inc.
   (iv) Saint Francis Hospital
   (v) Bloomfield Fuel Oil Company
   (vi) Thrifty Oil
   (vii) Bechers Jewelers.
   And any contracts or documents to validate the accuracy of this Report.

10. All Tax Returns, Form W-2, Form 1099 and any other information to valid the federal tax liability in the amount of $17,878, including Audit Reports and Notices of deficiency appertaining to outstanding Federal Tax Liability as reported in the P.S.R. (Paragraph 80).

Wherefore, defendant request this Court Grant this Motion and such other relief as may be deem just.

Dated: Nov. 28, 2004

Respectfully Submitted.
Patrick A. Triumph
Defendant, Pro Se

-3-