<u>UNITED STATES DISTRICT COURT</u>

<u>DISTRICT OF CONNECTICUT</u>

| | |
|---|---|
| UNITED STATES of AMERICA<br>PLAINTIFF<br><br>vs.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | CASE NO. 3:02CR8B(JBA)<br><br><u>NOTICE OF APPEAL ON</u><br><u>DENIAL of DEFENDANT'S</u><br><u>MOTION TO SET ASIDE</u><br><u>DEFAULT JUDGEMENT.</u> |

FILED 2004 DEC 3 P 1:54 U.S. DISTRICT COURT NEW HAVEN CT

The DEFENDANT, PATRICK A. TRIUMPH, <u>PRO SE</u>, RESPECTFULLY FILES This NOTICE of APPEAL ON The DENIAL of DEFENDANT'S MOTION TO SET ASIDE DEFAULT Judgement of The FORFEITURE of BOND IN THE AMOUNT of $75,000.00, PURSUANT TO RULE (a)(1)(A) of The Federal Rules of APPELLATE PROCEDURE, TO be FILED IN this COURT IN <u>FORMA PAUPERIS</u>.

PURSUANT TO RULE 4(c) of The Federal Rule of APPELLATE PROCEDURE, pLEASE NOTE THE DATE AND TIME WHEN THE NOTICE OF APPEAL WAS DOCKETED IN THE OFFICE of the Clerk of COURT.

ALSO, PLEASE NOTE that This NOTICE of APPEAL is FILED IN FORMA PAUPERIS. Accordingly THE DEFENDANT REQUEST THAT ALL DOCKET FEES, AND ANY COST IN REGARDS TO

-1-

THE PROCESSING OF THIS NOTICE OF APPEAL BE WAIVED.

### AFFIDAVIT IN SUPPORT OF MOTION

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT, BECAUSE OF MY POVERTY, I CANNOT PREPAY THE DOCKET FEES OF MY APPEAL OR POST A BOND FOR THEM. I BELIEVE I AM ENTITLED TO REDRESS. I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY UNDER UNITED STATES LAWS THAT MY ANSWERS ON THIS FORM ARE TRUE AND CORRECT.

DATED: NOV 26, 2004

Respectfully Submitted.

*/s/ Patrick Triumph*

PATRICK TRIUMPH
DEFENDANT-APPELLANT, PRO SE