UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 DEC

| UNITED STATES OF AMERICA | CASE NO. 3:02CR81(JBA) |
| PLAINTIFF | |
| vs. | MOTION TO SUBPOENA BOB PELIGRINO, EXECUTIVE VICE PRESIDENT, MOHEGAN SUNS CASINO |
| PATRICK A. Triumph | |
| DEFENDANT | |

THE DEFENDANT, PATRICK A. Triumph, PRO SE, RESPECTFULLY MOVES THIS COURT FOR A SUBPOENA PURSUANT TO SECTION 17(c) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE, COMMANDING BOB PELIGRINO, EXECUTIVE VICE PRESIDENT AND PERSONAL CASINO HOST, MOHEGAN SUNS CASINO TO APPEAR IN COURT TO GIVE TESTIMONY, AND TO PRODUCE ALL DOCUMENTS AND RECORDS, WHICH ARE, OR MAY BE EVIDENTIARY TO THE GAMBLING ACTIVITIES OF THE DEFENDANT PURSUANT TO THE MOTION FOR DOWNWARD DEPARTURE BASE ON THE DEFENDANT'S PATHOLOGICAL GAMBLING ADDICTION.

THE TIME PERIOD COVERED BY THE SUBPOENA RELATE TO THE TIME DURING WHICH THE DEFENDANT

-1-

is alleged to have engaged in the scheme of Fraudulent tax preparation from December 1996 to Present.

The Defendant lack access to these Reports and items from any other source, and that an order directing production of these items prior to sentencing will expedite the Sentence of this cause and facilitate the Introduction of material and relevant evidence during the course thereof.

Respectfully Submitted.

Dated: Dec 2nd 2004.

_____
Patrick A Triumph
Defendant, Pro Se.