# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
PLAINTIFF

Vs.

PATRICK A. TRIUMPH
DEFENDANT

CASE NO. 3:02CR81(JBA)

FILED
2004 DEC 14
U.S. DISTRICT COURT
NEW HAVEN, CT

EMERGENCY MOTION TO AMEND NOTICE OF APPEAL TO SET ASIDE DEFAULT JUDGEMENT TO PRO SE COUNSEL FOR APPELLANT

The Defendant-Appellant, Pro Se, respectfully files this emergency motion for the amendment of the Notice of Appeal on denial of Defendant's motion to set aside default judgement of the forfeiture of bond in the amount of $75,000, pursuant to Rule (9)(1)(A) of the Federal Rules of Appellate Procedure and the Sixth Amendment provision for self-representation.

Accordingly, the Defendant-Appellant requests that the Notice of Appeal be reflected to indicate his waiver of counsel, and to proceed in self-representation under Faretta v. California, 422 U.S. 806, 807 (1975). The Defendant-Appellant request that the notice of appeal be amended to state his Pro Se representation. Moreso, the waiver of counsel is done knowingly, intelligently and voluntarily in accordance to the Sixth Amendment rights to self-representation.

Please process accordingly

Respectfully Submitted

Dated: Dec 9, 2004

Patrick A. Triumph
Defendant-Appellant, Pro Se