UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 DEC 14 P 1:
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>VS.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | CASE NO. 3:02CR81(JBA)<br><br>Motion To Amend<br>Docket Text 1 And<br>Docket #316 |

The Defendant, Patrick A. Triumph, *Pro Se*, respectfully request that the following amendment be made:

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2002 | | Arrest of Patrick Triumph (Blug, A.) (Entered 04/02/2002).<br><br>To be Amended "To Read"<br>SELF-SURRENDER of Patrick Triumph |
| 01/22/2004 | 316 | Order Granting 315 Motion To Extend As To Patrick Triumph Until 11/30/04 To File Sentencing Memorandum (s). Signed by Judge Janet Bond Arterton on 1/22/04 (Trading, B)(Entered: 1/22/04).<br><br>To be Amended "To Read"<br>Order Granting 315 Motion To Extend As To U.S.A Until 11/30/04, To File |

-1-

Sentencing Memorandum (). Signed by Judge Janet Bond Arterton on 11/22/04, (Torday, B.) Centered: 11/22/04.)

Please amend accordingly.

Dated: December 9, 2004

Respectfully Submitted.

Patrick A. Triumph
Defendant Pro Se

-2-