<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF CONNECTICUT</u>

FILED
2004 DEC 14 P 1:20
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF | CASE NO. 3:02CR81(JBA) |
| vs. | <u>MOTION TO RENEW</u><br><u>MOTION FOR PAYMENT</u><br><u>OF EXPERT WITNESS</u><br><u>CLYDE V. TRIUMPH,</u><br><u>CERTIFIED PUBLIC</u><br><u>ACCOUNTANT</u> |
| PATRICK A. TRIUMPH,<br>DEFENDANT | |

The Defendant, Patrick A. Triumph, <u>PRO SE</u>, respectfully moves this Honorable Court pursuant to the authority of the Criminal Justice Act, 18 U.S.C. Section 3006A(e)(2)(B) for the payment of Defendant's Expert Witness Clyde V. Triumph, Certified Public Accountant for services rendered during the trial proceedings in the above-captioned case.

The Criminal Justice Act, 18 U.S.C. Sections 3006 A(e)(2)(B), authorize the Court, or the United States Magistrate (if the services were rendered in a case disposed of entirely before the United States Magistrate), may in the interest of justice, and upon the finding that timely procurement of necessary services could not await prior authorization

-1-