United States District Court
District of Connecticut

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>vs.<br><br>Patrick A. Triumph<br>Defendant | Case No. 3:02-CR81(JBA)<br><br>Defendant's Motion<br>For Jury<br>Questionnaire on<br>Count 40; Failure To<br>Appear. |

The Defendant, Patrick A. Triumph, pro se, respectfully moves this Honorable Court for the Jury Questionnaire on the Trial of Count 40; Failure To Appear; 18 U.S.C Section 3146(a)(1), in the Superceding Indictment.

The Defendant contends that a defendant must be permitted sufficient inquiry into the backgrounds and attitudes of prospective jurors so that he may exercise his peremptory challenges in an intelligent manner. See e.g. United States v. Harris, 542 F. 2d 1283 (7th Cir. 1976). A right to challenge prospective jurors is worthless unless the challenges have meaning. "Peremptory challenges are worthless if the Defendant (Trial Counsel) is not afforded an opportunity to gain the necessary

-1-

information upon which to strike." United States v. Lodge, 549 F.2d 990 (1977). Challenges can only have meaning if the attorneys have information which enables them to discern differences among the prospective jurors.

Accordingly, due to the nature of the issues in this case and the danger of juror bias, the defendant requests that this Court allow a written questionnaire to be completed by the prospective jurors in order to allow the defendant (counsel) to make more informed challenges for cause and peremptory challenges.

Respectfully Submitted.

December 8, 2004

Patrick A. Trewmph

-2-

## Certification of Service

This is to certify that the Defendant's Motion For Jury Questionnaire on Count 40, Failure To Appear, was served upon the following:

David A. Ring
Assistant United States Attorney
U.S. Attorney's Office — N.H.
157 Church St., 23rd Floor
New Haven, CT 06510

by placing a copy of same in the United States Mail with proper postage affixed to ensure delivery.

Dated: This 8th day of December, 2004.

Respectfully Submitted,

Patrick A. Triumph
Defendant, Pro Se