UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:02CR81(JBA) |
| v. | |
| PATRICK A. TRIUMPH | December 16, 2004 |

**UNITED STATES' MOTION TO DISMISS**

The United States hereby moves to dismiss Counts 1, 2, 3, 4, 9, 12, 13, 14, 15, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 33, 34, 35, 36, 37, 38, and 39 of the superseding indictment.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


DAVID A. RING
ASSISTANT U. S. ATTORNEY
157 Church Street
P.O. Box 1824
New Haven, Connecticut  06510
(203) 821-3700
Federal Bar No. CT14362

DAVE VATTI
ASSISTANT U. S. ATTORNEY
Fed. Bar No. ct11957

## CERTIFICATION OF SERVICE

      This is to certify that a true copy of the foregoing has been sent via first class mail on the _____ day of December 2004 to:

Mr. Patrick A. Triumph
Reg. No. 14622-014
State ID 313641
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

Norman A. Pattis, Esq.
Williams & Pattis
59 Elm Street
New Haven, CT 06510

 

_____
DAVID A. RING
ASSISTANT UNITED STATES ATTORNEY