UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V | : | Criminal No: 3:02CR 81 JBA |
| PATRICK TRIUMPH | : | |

SUPPLEMENTAL SCHEDULING ORDER:

At the conclusion of sentencing on December 16, 2004, a pretrial conference was held with counsel and pro se defendant. Pursuant to Fed.R.Crim.P. 17.1, the following shall constitute a summary of the schedule ordered:

1. Defendant's pretrial motions shall be filed on or before January 14, 2005.

2. Government's reply shall be filed on or before January 21, 2005.

3. Proposed Request to Charge shall be filed by January 25, 2005.

4. Jury Selection shall be held on February 2, 2005, at 9:00 a.m., in Courtroom Two, New Haven, Connecticut.

IT IS SO ORDERED:


____/s/_____
Janet Bond Arterton
United States District Judge


Dated at New Haven, Connecticut: December   22,   2004