# United States District Court

DISTRICT OF _____

USA v. Triumph

**EXHIBIT AND WITNESS LIST**

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Ring-Vatti | Pattis / Triumph |
| **TRIAL DATE(S)** | **COURT REPEATER** | **COURTROOM DEPUTY** |
| 12/15/4 | Montini | Torday |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | ✓ | | | P. Triumph "BOP" |
| | | ✓ | | | Wilbern Austin  E. Htfd, Ct |
| | | ✓ | | | Clyde Triumph  Bloomfield, Ct |
| | | ✓ | | | Cheryl Gomes  " |
| | | ✓ | | | Christopher Vialva  Perrine, Az |
| | | ✓ | | | Susan P  Bloomfield, Ct |
| | | ✓ | | | Christine Triumph  W. Htfd, Ct |
| | | ✓ | | | |
| | | 12/16/4 | | | Thomas Hamm  New Haven, Ct |