**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **CASE NO. 3:02cr 81 (JBA)** |
| **PATRICK TRIUMPH** : | |

### ENDORSEMENT ORDER [#356]

Government's motion to dismiss Counts 1,2,3,4,9,12, 13,14,15,18,19,21,22,23,24,25,26,27,28,29,30,31,33,34,35,36,37, 38, and 39 of the superseding indictment is GRANTED.

IT IS SO ORDERED.

____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 22, 2004.