UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2004 DEC 16 P 3:03

U.S. DISTRICT COURT
NEW HAVEN CT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>vs.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | CASE NO. 3:02CR81 JBA<br><br>MOTION OF NOTICE<br>OF APPEAL TO<br>CONVICTION AND<br>SENTENCE. |

THE DEFENDANT, PATRICK A. TRIUMPH, PRO SE, FILES THIS TIMELY NOTICE OF APPEAL TO THE CONVICTION AND SENTENCE ENTERED BY THIS COURT IN THE ABOVE-CAPTIONED CASE, PURSUANT TO RULE 4, OF THE FEDERAL RULES OF APPELLATE PROCEDURE.

THIS NOTICE OF APPEAL IS FILED IN FORMA PAUPERIS. THE DEFENDANT RESPECTFULLY REQUEST THAT ALL FEES RELATED TO THE FILING OF THIS NOTICE OF APPEAL BE WAIVED ACCORDINGLY.

THE DEFENDANT STIPULATES THAT HE WAIVES HIS RIGHT TO COUNSEL, AND CHOOSES TO PROCEED IN SELF REPRESENTATION IN THE APPELLATE PROCESS.

THE DEFENDANT REQUEST THAT THIS COURT RECOGNISED THE DEFENDANT AS FILING THIS MOTION TO PROCEED IN SELF-REPRESENTATION IN THE

-1-

Appellate Process of the Conviction and Sentencing of the Court, in the above-captioned case.

Respectfully Submitted.

Dated: December 16, 2004

Patrick A. Triumph

Defendant, Pro Se.

- 2 -