UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA** :

v. : Criminal No: 3:02CR81 (JBA)

**PATRICK TRIUMPH** :

### O R D E R

As set forth in open court on 12/16/04, defendant's oral motion for a mental examination for use under Fed.R.Crim.P. 12.2 to establish insanity defense or evidence relating to mental disease or defect bearing on the issue of guilt is GRANTED.

The Court hereby approves the cost of such an examination up to $3,500.00 which shall be paid by the Criminal Justice Act ("CJA") funds. Reports of defendant's medical expert examination shall be filed with the Court, and disclosed to the Government, no later than January 14, 2005.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 22, 2004