UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>vs.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | CASE NO. 3:02CR81(JBA)<br><br>U.S. DISTRICT COURT<br><br>MOTION FOR REQUEST<br>FOR TRANSCRIPTS OF<br>TRIAL AND SENTENCE |

The Defendant-Appellant, Patrick A. Triumph, Pro Se, moves this Honorable Court pursuant to Rule 10(b) of the Federal Rule of Appellate Procedure for copies of transcripts of the trial and sentencing proceedings in the above-captioned case, United States v. Triumph, Cr. No. 3:02CR81(JBA).

The Defendant-Appellant affirms that the transcript requested is necessary for adequate representation and appellate review of the conviction and sentence of the 10 counts of guilty in the Superseded Indictment.

The Defendant files this motion in Forma Pauperis, and respectfully request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. [See Also, Doc. #231; Defendant's motion for transcript of trial proceedings in superseding indictment is granted and the transcript will be prepared and sent to the defendant when completed for use in his appeal.]

-1-

A timely filing of the Notice of Appeal with the District Clerk pursuant to FRAP 4(b)(1)(A), and pursuant to FRAP is required to be provided immediately with a copy of the transcripts. [See Rule 10]

WHEREFORE, the Defendant-Appellant respectfully request that this Honorable Court complies with Rule 10 of the F.R.A.P. and order the release of the transcript in the trial and sentencing proceedings and for any other consideration that may be just and proper in this cause.

Respectfully Submitted,

Dated: December 19, 2004

Patrick A. Triumph,
Defendant-Appellant, pro se

- 2 -