UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>vs.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT | CASE NO. 3:02CR81(JBA)<br><br>MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION TO PROVIDE RIGHT OF ACCESS TO LAW LIBRARY |

The Defendant-Appellant, Patrick A. Triumph, pro se, respectfully moves this Honorable Court for Reconsideration of Defendant's Motion to Provide Right of Access to Law Library [Doc. #234] pursuant to the Sixth Amendment of the United States Constitution.

The Defendant contends that a defendant in a criminal case has both a statutory and a constitutional right to proceed without the assistance of counsel. See 28 U.S.C. Section 1654; Faretta vs. California, 422 U.S. 806 (1975); See also Moore vs. Calderon, 108 F.3d 261 (9th Cir. 1997)

The Defendant has knowingly, willingly and intelligently waived his rights to counsel in the trial and appellate proceedings in the above-captioned case, and an improper denial of the defendant's request for reconsideration of the denial of Defendant's Motion to Provide Right of Access to Law Library will violate the Defendant's rights of due process to

-1-

A FAIR AND JUST APPELLATE REVIEW GUARANTEED BY THE SIXTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

The Defendant-Appellant has filed a Notice of Appeal pursuant to Rule 4 of the Federal Rules of Appellate Procedure, and elected to proceed in Self-Representation in the Appellate proceedings.

Wherefore, the Defendant-Appellant respectfully request that this Honorable Court grant this motion, and for any other consideration that may be just and proper in sub judice.

Dated: December 17, 2004

Respectfully Submitted.

PATRICK A. TRIUMPH
Defendant-Appellant, Pro Se