UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:02CR81(JBA) |
| v. | |
| PATRICK A. TRIUMPH | January 4, 2005 |

### UNITED STATES' MOTION TO DISMISS COUNT FORTY

On December 16, 2004, the Court sentenced the defendant to 33 months imprisonment. At the time of sentencing, the United States stated its intent to pursue trial against the defendant in regard to Count Forty of the superseding indictment, which charges him with failure to appear.

Because of the extraordinary drain of time and resources that has been caused by the defendant's self-representation, and because it may be expected that the defendant will continue to pursue tactics that will result in prolonged delays and a great expenditure of the Court's and the Government's resources, the United States hereby moves the Court to dismiss Count Forty of the superseding indictment, without prejudice.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DAVID A. RING
ASSISTANT U. S. ATTORNEY
157 Church Street
P.O. Box 1824
New Haven, Connecticut  06510
(203) 821-3700
Federal Bar No. CT14362

The United States' Motion to Dismiss Count Forty without prejudice is hereby GRANTED/DENIED

_____
Hon. Janet Bond Arterton
United States District Judge

**CERTIFICATION OF SERVICE**

      This is to certify that a true copy of the foregoing has been sent via first class mail on the _____ day of January 2005 to:

Mr. Patrick A. Triumph
Reg. No. 14622-014
State ID 313641
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

Norman A. Pattis, Esq.
Williams & Pattis
59 Elm Street
New Haven, CT 06510

                                                _____
                                                DAVID A. RING
                                                ASSISTANT UNITED STATES ATTORNEY