**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **CASE NO. 3:02cr 81 (JBA)** |
| **PATRICK TRIUMPH** : | |

### ENDORSEMENT ORDER [#374]

Government's motion to dismiss count forty of the superseding indictment is GRANTED.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 5, 2005