UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
PLAINTIFF

vs.

PATRICK A. TRIUMPH
DEFENDANT

CASE NO. 3:02CR81(JBA)

MOTION TO EXAMINE RECORDS FOR JURY POOL SELECTION IN COUNT 40, FAILURE TO APPEAR.

Comes now, the Defendant, Patrick Triumph, Pro Se, respectfully moves this Honorable Court for the records of the local district the show the manner which the jury pool was selected in the criminal trial proceedings of Count 40, Failure to Appear in the Superceded Indictment.

The Defendant contends that "the selection of a petit jury from a representative cross section of the community is an essential component of the Sixth Amendment right to a jury trial." Taylor v. Louisianna, 419 U.S. 522 528 (1975). See United States v. Austin, 231 F.3d 1278 (10th Cir. 2000), pursuant to Sixth Amendment, jury in criminal trial must be drawn from a fair cross section of the community.

-1-

Moreso, the right to a trial by a jury of one's peers contemplates that an impartial jury will be drawn from a fair cross section of the community. Thiel v. Southern Pac. Co., 328 US. 217, 220 (1946). Hence, a trial by a jury selected in an arbitrary and discriminatory manner violates the Due Process Clause and the Sixth Amendment. See Peters v. Kiff, 407 US. 493, 502-04 (1972); Williams v. Florida, 399 U.S. 78 (1970); Further, the absence of individuals from racial or other cognizable groups violates the Equal Protection Clause of the Constitution only "if it results from purposeful discrimination." See Castaneda v. Partida, 430 U.S. 482, 493 (1977).

The Supreme Court in Batson v. Kentucky, 476 US 79, 90 LEd2d 69, 106 S Ct 1712 (1986), determined that the fundamental premise of Batson and its progeny is that criminal defendants and excluded jurors alike are denied equal protection of laws when the trial jury is construed in racially discriminatory manner. The Jury Selection and Service Act of 1968 entitles a federal criminal defendant to a jury selected at random from a fair cross section of the community, free from discrimination

-2-

on the basis of race, color, religion, sex, national origin, or economic status. 28 U.S.C. Sections 1861, 1862. See also 18 U.S.C. Section 243.

A defendant has an absolute right to the records of the local district that shows the manner in which the jury pool was created if he is considering a challenge to the composition of the pool. The Act entitles a defendant to inspect old records from the master list. 18 U.S.C. Section 1868. Section 1867(f) entitles a defendant to the contents of records or papers used by the jury commissioner or clerk in connection with the jury selection process. The defendant is entitled to examine the records before filing a motion challenging the jury. Test v. United States, 420 U.S 28 (1975). To view these records the defendant need only allege that a motion challenging jury selection will be prepared. United States v. Alden, 776 F.2d 771 (8th Cir. 1985)

Wherefore the defendant request that this Honorable Court makes available the records of the local district that shows the manner which the jury pool will be selected, and for any

-3-

consideration that may be just and proper in this cause.

Dated Dec 31, 2004

Respectfully Submitted.

_____
Patrick A. Triumph
Defendant, Pro Se.