UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

2005 JAN -5 P 2:02

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA,    CASE NO. 3:02 CR81(JBA)
PLAINTIFF

VS.

PATRICK A. Triumph
DEFENDANT

NOTICE OF INTENT
TO RELY ON INSANITY
DEFENSE IN COUNT 40,
FAILURE TO APPEAR.

THE DEFENDANT, PATRICK A. Triumph, PRO SE, PURSUANT TO RULE 12.2, OF THE FEDERAL RULES OF CRIMINAL PROCEDURE, hereby provides NOTICE OF AN INSANITY DEFENSE IN COUNT 40, FAILURE TO APPEAR PURSUANT TO 18 U.S.C. SECTION 3146(a)(1).

THE Fed. R. App. P. 12.2(a), STATES THAT A DEFENDANT WHO INTENDS TO ASSERT A DEFENSE OF INSANITY AT THE TIME OF THE ALLEGED OFFENSE MUST NOTIFY AN ATTORNEY FOR THE GOVERNMENT IN WRITING WITHIN THE TIME PROVIDED FOR FILING A PRETRIAL MOTION, OR AT ANY LATER TIME THE COURT SETS, AND FILE A COPY OF THE NOTICE WITH THE CLERK. A DEFENDANT WHO FAILS TO DO SO CANNOT RELY ON AN INSANITY DEFENSE. THE COURT MAY, FOR GOOD CAUSE, ALLOW THE DEFENDANT TO FILE THE NOTICE LATE, GRANT ADDITIONAL TRIAL-PREPARATION TIME, OR MAKE OTHER APPROPRIATE ORDERS.

-1-

More, Fed. R. App. P. 12.2.(b), states if a defendant intends to introduce expert evidence relating to a mental disease or defect or any other mental conditions of the defendant bearing on either (1) the issue of guilt or (2) the issue of punishment in a capital case, the defendant must - with the time provided for filing a pretrial motion or at any later time the court sets - notify an attorney for the government in writing of this intention and file a copy of the notice with the clerk. The court may, for good cause, allow the defendant to file the notice late, grant the parties additional trial -preparation time, or make other appropriate orders.

Additionally, Fed. R. App. P. 12.2(c)(i)(A), provides that the court may order the defendant to a competency examination under 18 USC section 4241. Fed. R. App. P 12.2(c)(i)(B), provides that if the defendant provides notice under Rule 12.2(a), the court must, upon the government's motion, order the defendant to be examined under 18 U.S.C. section 4242. If the defendant provides notice under Rule 12.2(b) the court may, upon the government's motion order the defendant to be examined under the procedures ordered by the court.

Finally, the defendant contends that Fed. R. App. P. 12.2(e), states that evidence of an intention as to which notice was given

-2-

Under Rule 12.2(a) or (b), later withdrawn, is not in any civil or criminal proceeding, admissible against the person who gave notice of the intention.

Accordingly, the defendant provides this notice in Count 40, Failure to Appear pursuant to 18 USC. Section 3146(a)(1) of the superseding Indictment.

Dated: December 27, 2004

Respectfully Submitted.

Patrick A. Triumph
Defendant, Pro Se.

-3-