Patrick A. Triumph
Reg No. 14622-014
State I.D 313041
Corrigan-Radgowski C.C.
986 Norwich-New London Tpke
Uncasville, CT 06382

December 26, 2004

The Court Reporting Services
Falzarano Court Reporters
117 North Saddle Ridge
West Simsbury, CT 06092

RE: United States v. Triumph, CR No: 3.02CR81 JBA
    For Transcript Services

Dear Falzarano Court Reporters:

Pursuant to the Federal Rules of Appellate Procedure, Rule 10(b), and the Criminal Justice Act, 18 U.S.C. Section 3006A, I hereby request transcript of all the proceedings transcribed by Falzarano Court Reporters in reference to the above criminal case, United States v. Triumph, CR No. 3.02CR81 (JBA).

For this I do attest that this request for expedited transcript is necessary for adequate appellate review of the criminal case, at the expense of the United States...

to the Criminal Justice Act.

Please direct all Transcript to the above-address of:

Patrick A. Trumph
Reg No. 14622-014
State I.D 313041
Corrigan-Radgowski C.C.
986 Norwich-New London Tpke
Uncasville, CT 06382.

Please be advised that I am Pro SE in this criminal case and therefore all communications must be addressed accordingly.

Thank you for you speedy attention in Re. this. Important Matter.

Respectfully,

Patrick A. Trumph.
Defendant-Appellant, pro se.

<u>CERTIFICATION OF SERVICE</u>

This is to certify that this request for transcript services, was served upon the following:

    The Court Reporting Services
    Falzarano Court Reporters
    117 North Saddle Ridge
    West Simsbury, CT 06092

by placing a copy of same in the United States mail with proper postage affixed to ensure delivery.

Dated this 26th day of December, 2004

Respectfully Submitted

_____
Patrick J. Trionfi
Defendant Appellant Pro Se