Patrick A. Triumph
Reg No. 14622-014
State ID 313041
Corrigan-Radgowski CC
986 Norwich-New London Tpke
Uncasville, CT 06382

2005 JAN -6 P 2:36

U.S. DISTRICT COURT

Jan 1, 2004

The Clerk
Clerk of the Courts
United States Courthouse
141 Church Street
New Haven CT 06510

RE: United States v. Triumph, CR NO 3:02CR81 (JBA)

Dear Clerk;

This letter represents an expedited request for the following items to be some of the issues of my appellate review. Please certify that each item is correct in accordance to rules of procedure in the Record of Appeal. Please provide me with immediate copies for the compilation of the Record of Appeal. The items are as follows.

1.) Notice of Appeal
2.) Notice of Appeal Cover Memo
3.) Indictment of March 21, 2002
4.) Superseded Indictment July 13, 2004
5.) Dates that Assistant United States Attorney David X. Sullivan was added/assigned to the case United States v. Triumph, CR NO. 3:02CR81
6.) Motion to Dismiss Indictment. Dock #76
7.) Ruling Denying #76 Motion to Dismiss Indictment
8.) Motion for Thomas Bilsky to Withdraw as Attorney Docket #86
9.) Order Granting 86 Motion to Withdraw as Attorney.
10.) Certify copy of Testimony of Angella C. Thompson to the Grand Jury proceedings on March 19, 2002 [N-01-3]
11.) Certify copy of Testimony of Pokah Wallace to the Grand Jury proceedings on March 19, 2002 [N-01-3]
12.) Certify copy of Testimony of Deborah Mury to the Grand Jury on 7/13/04 [H-04-17]
13. Certify copy of Testimony of Patrick Lenny to the Grand Jury on 3/21/02.

P.T.O. Cont'd.

14.) Letter Dated 7/13/04  Doc # 104
15.) Letter Dated 7/12/04  Doc # 105
16.) Order Denying re 104.  Doc # 107
17). Transcript of Proceedings on 7/30/04. Doc # 110
18). Motion For Reconsideration re 79. Order of Motion to Dismiss Indictment  Docket # 111
19.) Motion For Disclosure of Matters occurring before Grand Jury. Doc # 112.
20.) Motion For Inspection. Doc # 113.
21.) Motion To Dismiss Indictment Doc 115.
22). Memorandum in opposition by USA in Re. 115 (Doc # 116)
23). Motion To Dismiss Indictment due to Statute of Limitation (Doc # 120)
24.) Motion To Dismiss Indictment due to Prosecutorial Vindictiveness (Doc #121).
25.). Supplemental Proposed Jury Instruction (Doc #126)
(26.) Memorandum in opposition by USA in RE. 114, 115, And, 118 (Doc # 127).
(27). Memorandum in opposition by USA in RE 121, 122 And 135 (Doc # 137)
(28). Motion To Suppress Attorney-Client Info (Doc # 143)
(29.) Motion For Order of Severance (Doc # 144)
(30.) Motion To Dismiss Indictment due to Racial discrimination And Selective Prosecution (Doc # 146)
(31.) Motion To Suppress Tax Chart, Tax Loss Amount and Expert Testimony (Doc # 149)
(32.) Memorandum in Support re 117 Motion to dismiss due to non-compliance of Speedy Trial Act.
(33). Motion To Dismiss Indictment due to Speedy trial (Doc # 157)
(34). Waiver of Speedy Trial (Doc # 9)
(35.) Waiver of Speedy Trial (Doc # 11)
(36.) Order Granting RE 11 (Doc #12).
(37). Trial Schedule Order (Doc # 14)
(38). Proposed Voir Dire (#16)
(36). Proposed Jury Instruction (Doc # 17)
(37.) Proposed Voir Dire Questions by USA. (Doc # 18)
(38.) Proposed Voir Dire Questions by USA. Doc # 10).
(39.) Waiver of Speedy Trial (Doc # 41)
(40.) Waiver of Speedy Trial (Doc # 45).
(41.) Waiver of Speedy Trial (Doc # 48)
(42.) Endorsement order to Continue (Doc # 50).
(43.) 01/07/2004/ Attorney update in Case (Doc # 59).

-2-

(44) Order Granting Psychiatric Exam as to Patrick Triumph (Doc #76).
(45). CJA 20 as to Patrick Triumph. (Doc 89)
(46) 07/14/2004 Summons Issued as to Patrick Triumph to appear on 7/20/04.
(47). Supplemental Proposed Jury Instruction (Doc #148).
(48.) Supplemental Memorandum in re. 146 (Doc # 153)
(49.) Doc # 155 et al;
(50) Doc # 162 et al;
(51.)) Ruling denying 115 Motion to dismiss due to Double Jeopardy (Doc #164).
(52). Motion for Reconsideration of Motion due to Speedy Trial R.C 117 (Doc # 115) (Doc # 156).
(53) Order Granting Severance to Count 40 (Doc # 158)
(54) Motion to Dismiss Counts 2, 32, 33, 34 and 35 (Doc #160).
(55) (Doc # 163)
(56) Motion for Transcript of Trial Proceeding (Doc #171)
(57). Motion to Compel Discovery (Doc #174)
(58). Memorandum in support of 144 (Doc #173)
(59) Motion to Dismiss counts 3, 4, 7, 8, 34, 35, 36 & 37 (Doc # 174).
(60.) Notice – Testimony of Expert witness Clyde V. Triumph. (Doc # 178)
(61.) Notice – Expert Witness Testimony of Tax Loss Determination (Doc #171).
(62.) (Doc # 175)
(63) Motion to Dismiss Indictment (Doc #186)
(64). Doc # 188    – Notice of Appeal
(65). Doc # 190.    – Notice of Appeal
(66.) Doc # 191    – Notice of Appeal
(67.) Doc # 195.    – Motion for leave
(68) Doc # 192.
(69). Proposed Supplemental Jury Instruction #(175)
(70). Motion For Reconsideration RC 124 (Doc # 201)
(71.)) Motion for Recusal of Judge (12/15/04).
(72.) Motion for Declaration of Mistrial (Doc # 211)
(73.) Supplemental Jury Instructions (Doc # 215)
(74.) Motion for the Exclusion of Tax Loss (Doc #208)
(75) Supplement to Motion. (Doc #210)
(76.) Doc # 216.
(77) Doc # 217.
(78) Doc # 218
(79) Doc # 219.

-3-    P.T.O

(80). Doc # 222 — Transcript of Trial Proceedings
(81). Doc # 223 — Transcript of Trial Proceedings
(82). Doc # 224 — Transcript of Trial Proceedings
(83). Doc # 226 — Minute entry
(84). Doc # 247 — Jury Verdict
(85). Doc # 227 — Court Exhibit List
(86). Doc # 228 — U.S.C.A. Scheduling Order
(87). Doc # 231 — Motion For Transcript
(88). Doc # 262 — Notice of Appeal
(89). Doc # 233 — Motion To Amend Transcript
(90). Doc # 263 — Motion To Amend Notice of Appeal
(91). Doc # 241 — Motion For Payment
(92). Doc # 243 — Motion To Dismiss
(93). Doc # 244 — Motion to Set Aside
(94). Doc # 245 — Motion For Downward Departure
(95). Doc # 246 — Sentencing Schedule
(96). Doc # 256 — Motion For Applicable Ruling
(97). Doc # 258 — Motion for Arrest of Judgement
(98). Doc # 250 — Motion For the Exclusions
(99). Doc # 251 — Motion To Defer Sentence
(100). Doc # 254 — Motion To Audit criminal docket
(101). Doc # 260 — Motion For Time in Foreign Custody
(102). Doc # 264 — Memorandum
(103). Doc # 274 — Motion To Preclude Relevant Conduct
(104). Doc # 265 — Supplemental Memorandum
(105). Doc # 266 — Memorandum in Opposition
(106). Doc # 273 — Consolidated Memorandum
(107). Doc # 277 — Corrected Ruling
(108). Doc # 278 —
(109). Doc # 283 — Motion To Preclude Tax Loss
(110). Doc # 288 — Motion To Continue
(111). Doc # 289 — Motion For Reconsideration
(112). Doc # 290 — Motion To Dismiss Indictment
(113). Doc # 291 — Acknowledge Receipt
(114). Doc # 303 — Motion For Evidentiary Hearing
(115). Doc # 304 — Notice of Motion of Appeal
(116). Doc # 305 — Motion To Dismiss
(117). Doc # 308 — Motion For Compute And Cost for Transcript
(118). Doc # 309 — Motion For Speedy Trial
(119). Doc # 318 — Supplemental Motion
(120). Doc # 319 — Motion To Expedite
(121). Doc # 320 — Memorandum

(123)  Doc # 334  Sentencing Memorandum
(124)  Doc # 335  Sentencing Memorandum by G.S.P.
(125)  Doc # 337  Motion for Hearing
(126)  Doc # 340  Notice of Appeal
(127)  Doc # 347  Memorandum to Supplement Motion For Applicable Ruling
(128)  Doc # 348  Motion For Downward Departure
(129)  Doc # 350  Emergency Motion to Amend
(130)  Doc # 352  Motion to Renew
(131)  Doc # 354  Supplemental Sentencing Memorandum
(132)  Doc # 355  Order
(133)  Doc # 360  Oral Order
(134)  Doc # 363  Notice of Appeal
(135)  Doc # 357  Acknowledge Receipt of NOA
(136)  Doc # 365  Motion For Production of Transcripts
(137)  Motion For Downward Departure Due To Extraordinary Family Circumstances.

Your timely response in providing these documents will expedite the Record of Appeal in this case. Please feel free to write for any clarification. This request is made in the interest of justice. I thank you for your prompt attention.

Respectfully,
Patrick Trionfo

(Pg-5)