Case 3:02-cr-00081-JBA    Document 387    Filed 01/07/2005    Page 1 of 1

**MANDATE**

02-cr-00081
Arterton, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 22nd day of December, two thousand and four,

Present:
    Hon. Rosemary S. Pooler,
    Hon. Robert A. Katzmann,
    Hon. Reena Raggi,
        *Circuit Judges.*



In re: Patrick Triumph,
        Petitioner.

04-4478-op

---

Petitioner, *pro se*, petitions for a writ of prohibition and moves for an "Emergency Motion to Supplement Writ of Prohibition," an "Emergency Motion For Relief From Judgment Pursuant to Civil Rights Act 1871[,] 42 U.S.C. § 1983," a motion to expedite appellate review, *in forma pauperis* status, appointment of counsel, and a "Motion to Proceed in Self-Representation (Pro Se) and Withdrawal of Motion for Assignment of Pro Bono Counsel." Upon due consideration, it is ORDERED that the motion for *in forma pauperis* status is granted for the limited purpose of allowing the petition to be filed. In addition, it is ORDERED that the motion to supplement the petition for writ of prohibition is granted. It is further ORDERED that the petition and the "Emergency Motion For Relief From Judgment" and motion to expedite appellate review are denied because petitioner fails to demonstrate a "clear abuse of discretion" by the district court that would warrant the requested extraordinary relief, *Mallard v. United States Dist. Ct.*, 490 U.S. 296, 309 (1989), or that an alternative means of obtaining relief, *e.g.*, an appeal from a final judgment, is not available or would not be effective, *id.* The motion for appointment of counsel and the "Motion to Proceed in Self-Representation (Pro Se) and Withdrawal of Motion for Assignment of Pro Bono Counsel" are denied as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature] Lucille Carr*

DEC 22 2004

USCA SAG-FM.
A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

ISSUED AS MANDATE: DEC 22 2004