```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**United States**                  :
                                   :
**v.**                             :     No. 3:02cr81(JBA)
                                   :
**Patrick Triumph**                :

                              **ORDER**

In light of this Court's order granting the Government's Motion to Dismiss Count 40 [Doc. # 381], defendant's Motion for Jury Questionaire on Count 40 [Doc. # 353]; Motion for Discovery on Count 40, Failure to Appear [Doc. # 369]; Emergency Motion to Dismiss Count 40, Failure to Appear Due to Non-Compliance of Speedy Trial [Doc. # 370]; Motion to Dismiss Count 40, Failure to Appear Due to Vindictive Prosecution [Doc. # 371]; Motion to Dismiss Count 40, Failure to Appear Due to Double Jeopardy [Doc. # 372]; Motion to Dismiss Count 40, Failure to Appear Due to Prosecutorial Fraud and Improprieties in the Indictment Process [Doc. # 376]; Motion to Dismiss Count 40, Failure to Appear Due to Violation of the Privilege Against Self-Incrimination [Doc. # 377]; Motion to Dismiss Count 40, Failure to Appear due to Sixth Amendment Violation of Attorney-Client Privilege [Doc. # 378]; Motion to Defer Appeal of Denial of Motion to Set Aside Forfeiture until Final Judgment of Failure to Appear [Doc. # 379]; and Motion to Examine Records for Jury Pool Selection in Count 40, Failure to Appear [Doc. # 382] are DENIED as moot. There being no further proceedings before this court, defendant's

Motion for Reconsideration of Defendant's Motion to Provide Right of Access to Law library [Doc. # 366] is denied as moot.

Defendant's Motion for the Exclusion of the Special Finding: Obstruction/Impeding the Administration of Justice [Doc. # 250], Motion to Preclude Tax Loss Amount in Sentencing [Doc. # 283], Motion to Preclude Relevant Conduct in Sentencing Determination Due to Fifth and Sixth Amendment [Doc. # 274], Motion for Applicable Ruling in the Supreme Court's Case Blakely v. Washington in the Determination of Sentence [Doc. # 256], and are DENIED, for the reasons set forth on the record of December 15, 2004. Defendant's Motion for Disclosure of All Outstanding Taxes, Interest and Penalties to Pay the Internal Revenue Service [Doc. # 375] is DENIED, as the inclusion of the requirement that defendant cooperate with the Internal Revenue Service to pay all outstanding taxes, interest, and penalties, as condition of supervised release, does not presuppose the existence of any tax liability or restrict the ordinary procedures for assessing tax liability.

Defendant's Motion for Meeting to Discuss Unresolved Factual and Legal Issues in Presentence Report [Doc.# 339] is DENIED as moot.

Defendant's Motion to Amend Docket Text 1 and Docket # 316 [Doc. # 351] is DENIED.

Defendant's Motion for Request for Transcripts of Trial and Sentence [Doc. # 365] is DENIED as moot. Transcripts of the

trial and sentencing proceedings have been completed and sent to defendant.

Defendant's Motion to Expedite the Record on Appeal of Conviction and Sentence [Doc. # 380] is denied. The Clerk's Office shall prepare the record on appeal in accordance with its standard procedure for pro se defendants and the requirements of the Second Circuit. Defendant has failed to demonstrate why this procedure is inadequate.

Defendant's Motion to Subpoena Taxpayers [Doc. # 176] and Motion for Subpoena on defense Counsel Robert J. Percy [Doc. # 182] are DENIED as moot.

Defendant's Emergency Motion to Amend Notice of Appeal to Set Aside Default Judgment to Pro Se Counsel for Appellant [Doc. # 350] is DENIED. The record reflects defendant's waiver of his right to counsel and election to represent himself.

Defendant's Motion to Renew Motion for Payment of Expert Witness, Clyde V. Triumph, Certified Public Accountant [Doc. # 352] is DENIED. This Court's October 20, 2004 order [Doc. # 278] denied defendant's motion for payment, without prejudice to renew upon submission of an affidavit of Clyde Triumph of expenses incurred. Defendant has failed to include such an affidavit with his renewed motion.

IT IS SO ORDERED.

/s/
_____  _____
                             Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut, this 13th day of January, 2004.**