```
                UNITED STATES DISTRICT COURT

                  DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA        :

        v.                      :    CRIMINAL NO.3:02CR81(JBA)

PATRICK A. TRIUMPH              :
                                     JANUARY 13, 2005
```

## MOTION AND ORDER OF DISMISSAL

The United States Attorney for the District of Connecticut, by the undersigned Assistant United States Attorney, respectfully moves pursuant to Rule 48, Fed. R. Crim. P., for the dismissal of the original indictment against the defendant Patrick A. Triumph.

```
                        Respectfully submitted,

                        KEVIN J. O'CONNOR
                        UNITED STATES ATTORNEY



                        DAVID A. RING
                        ASSISTANT UNITED STATES ATTORNEY
                        Federal Bar No. CT14362
                        157 Church Street
                        New Haven, Connecticut  06510
                        (203) 821-3700
```

- 2 -

CERTIFICATE OF SERVICE

This is to certify that on January 13, 2005, a copy of the foregoing Motion has been sent via first class mail to:

Patrick A. Triumph
Reg. No. 14622-014
State ID 313641
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

Norman A. Pattis, Esq.
Law Offices of Norman A. Pattis
649 Amity Road
P.O. Box 280
Bethany, CT  06524

                                _____
                                DAVID A. RING
                                ASSISTANT UNITED STATES ATTORNEY