Mot to vac

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

2005 JAN -7 P 3: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States of America

v.

Case No. __05__ 3:05CV33(JBA)
(To be supplied by the Court)

PATRICK A. TRIUMPH, Movant,
Full Name and Prisoner Number  14632-014

Corrigan-Radgowski C.C.
Complete Prison Address (Place of Confinement)

986 Norwich-New London Tpke

Uncasville, CT 06382.

## CONVICTION UNDER ATTACK

(If movant is attacking a sentence based on a federal conviction to be served in the future, the motion should be filed in the federal court which entered the judgment.)

1) Name and location of the court which entered the judgment of conviction under attack: United States District Court, District of Connecticut, 141 Church Street, New Haven, CT 06510.

2) Date judgment of conviction was entered  December 16, 2004

3) Case number  CR NO. 3:02 CR 81 (JBA)

4) Length and term of sentence  33 Months

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion? Yes ___ No ✓

6) Name of judge who imposed sentence under attack in this motion _Janet Bond-Arterton_

7) Nature of the offense involved (all counts) _26 U.S.C. Section 7206(2)_
_Aiding and Abetting The Preparation of False Tax Returns._
_____
_____

8) What was your plea? (check one)
   Not guilty ✓   Guilty ___   Nolo Contendere ___

9) If you entered a guilty plea to one count or indictment, and a not guilty plea to another court or indictment, give details:
   _N/A._
   _____

10) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement _N/A._
    _____

11) Kind of trial (check one)   Jury ✓  Judge only ___

12) Did you testify at trial? Yes ___ No ✓

### DIRECT APPEAL

13) Did you appeal from the judgment of conviction?   Yes ✓ No ___

14) If you did appeal, answer the following questions:
    (a) Give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of the court's opinion or order): _2nd Circuit Court of Appeal._
    _Filed on December 16, 2004 in The District_
    _Clerk office of New Haven. Case No. Pending._

2

(b) State the issues raised: Indictment obtained Fraudolent. Fifth Amendment violation.

15) If you did not appeal, explain briefly why you did not: Pending. N/A

## POST-CONVICTION PROCEEDINGS

16) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?    Yes ✓ No __

17) If your answer to 16 was "Yes," give the following information:

  a) FIRST petition, application or motion.

   1. Name of court U.S. Federal Court, District of New Haven

   2. Nature of proceeding Motion To Dismiss Judgment due To Prosecutorial Fraud in Obtaining A Indictment.

   3. Claims raised Fifth Amendment Right To A Grand Jury Indictment.

   4. Did you receive an evidentiary hearing on your petition, application or motion? Yes __ No ✓

   5. Result Evidentiary Hearing Denied, As well as denial of Recusal of Sentencing Judge.

   6. Date of result 12.16.04

   7. Did you appeal the result to the federal appellate court having jurisdiction? Yes ✓ No __ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) Pending. Did not Receive A Certificate of Appeal.

3

8. If you did not appeal, briefly explain why you did not  N/A

b) As to any SECOND petition, application or motion, give the following information:

1. Name of court  N/A

2. Nature of proceeding _____

3. Claims raised _____

4. Did you receive an evidentiary hearing on your petition, application or motion?  Yes ___ No ___

5. Result _____

6. Date of result _____

7. Did you appeal the result to the federal appellate court having jurisdiction?  Yes ___ No ___  If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

8. If you did not appeal, briefly explain why you did not _____

c) As to any THIRD petition, application or motion, give the following information:

1. Name of court  N/A

4

<2. Nature of proceeding _____

_____

3. Claims raised _____

_____

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

5. Result _____

6. Date of result _____

7. Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

_____

_____

8. If you did not appeal, briefly explain why you did not _____

_____

## CLAIMS

18) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

**Claim One:** THE Indictment was Fraudulently Obtaining by THE Prosecutors, SEE THE Indictment Dated March 21, 2002.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

Affidavit of Grand Jury Witness which substanstiates that the Indictment was Fraudulent. Claimed that she did not Testify on March 19, 2002 which contradicts the date of the Grand Testimony. She Testify on March 26, 2002. The Indictment was Filed as a "True Bill" on March 21, 2002.

**Claim Two:** No Person shall be hold to Answer for a Capital, or otherwise Infamous crime, unless on a presentment or Indictment by a Grand jury.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

The Date of the Appointment of the United States Attorney David X Sullivan was on March 21, 2002. How could he have conducted a Grand Jury proceedings on March 19, 2002, when he was appointed on March 21, 2002? By what Authority?

6

**Claim Three:** Change of Date of Grand Jury Transcripts. Fraud vitiates the most solemn contracts, documents and judgments.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

The date of the Indictment filed was March 21, 2002. The Government fraudulently changed the change to March 19, 2002 on the Grand jury Transcripts of witness Angella C. Thompson, and Pekah Wallace after I made this known to the Attorney Thomas Besky, Asst Federal Defender and the trial judge.

19) If any of the claims listed in 16 were not previously presented, state briefly what claims were not so presented, and give your reasons for not presenting them: N/A.

20) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack?
   Yes ✓ No __. If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding: Pending Appeal in the 2nd Circuit US Court of Appeal.

### SUCCESSIVE MOTIONS

21) If you have filed a prior motion and are raising in this motion a claim which you did not present in a prior motion, have you obtained an order from the United States Court of Appeals for the Second Circuit authorizing this district court to consider the motion.
Yes __ No ✓ Please attach a copy of the order.

7

## LEGAL REPRESENTATION

22) Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Thomas Bilsky, Asst. Federal Fedender.

(b) At arraignment and plea  Thomas Bilsky, Asst. Federal Fedender.

(c) At trial  Self-Representation  Pro Se

(d) At sentencing  Self-Representation  Pro Se

(e) On appeal  Self-Representation  Pro Se

(f) In any post-conviction proceeding  Self-Representation  Pro Se

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A.

## OTHER CONVICTIONS

23) Were you sentenced on more than one count of an indictment or on more than one indictment, in the same court and at the same time? Yes ✓ No __

24) Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes __ No ✓

(a) If so, give name and location of court which imposed sentence to be served in the future  Pending Failure to Appear offense related to Aiding and Abetting charges.

8

(b) and give date and length of service to be served in the future  N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?  Yes ___ No ___   N/A

Wherefore, movant prays that the Court grant him such relief to which he may be entitled in this proceeding.

_____N/A_____
Signature of Attorney (if any)

_____
Movant's Original Signature

Fed I.D # 14622-014
State ID # 313041
Movant's Inmate Number

_____
Attorney's Full Address and Telephone Number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the movant in this action, that he/she has read this motion and that the information contained in the motion is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Uncasville CT   on  1-5-05
              (Location)            (Date)

_____
Movant's Original Signature

9

Angella C. Thompson
Affidavit of Witness

October 11, 2004

This Affidavit is made in reference to my Grand jury Testimony in the case of United States vs. Patrick Triumph, CRNO.3:02CR81(JBA).

- My name is Angella C. Thompson
- My date of birth is July 7, 1974
- I reside at 12 Kent Lane Bloomfield CT 06002, and 436 Jefferson Avenue Brooklyn, NY 11221, I have dual residency.
- I was the owner and accountant of Tri Tax Professionals for the period of January 1998 to March 2002.
- I have worked in association with Patrick Triumph of Tri Tax Accounting services during the period of April 1997, to March 2002.
- I was also the Business owner of the Wharf Management Group for the period of November 2001 to April 2003.
- I was subpoena as a witness to testify to a Grand Jury proceeding in the indictment of Patrick A. Triumph
- The date of my testimony was not March 19th, 2002.
- I do recall the date of my Grand jury testimony to have been on or about the date of March 26th, 2002
- The date of my recollection was a day that I have associated with my best friend Carl Craig's birthday which is March 26th.
- The date of my recollection was also approximately 3 weeks after my Electronic Filing capacities were interrupted, on March 2, 2002.
- I do state that I would not have testified on March 19, 2002.

The statements made in this affidavit are made willingly and voluntary without any promises or threats. I swear under penalty of perjury under the United States Laws that my statements are true and correct. (28U.S.C.Section1746; 18U.S.C. Section 1621)

Signed,

*[signature]*

Angella C. Thompson

*[signature]*
Oct 13, 04

NELLIE MICKAILOVA
Notary Public, State of New York
No. 07MI5029636
Qualified in Kings County
My Commission Expires 06/27/200_