UNITED STATES OF AMERICA
PLAINTIFF

vs.

PATRICK A. TRIUMPH
Defendant-Appellant

CASE NO. 3:02CR81(JBA)

MOTION FOR RECONSIDERATION OF RELEASE PENDING APPEAL.

Now comes the defendant, Patrick A. Triumph Pro Se, respectfully moves the court to issue an order for his immediate Release Pending Appeal due to the United States Supreme Court Ruling in the case of Blakely v. Washington 124 S.Ct 2531 (2004), held that all facts that increase the penalty for a crime beyond the prescribed statutory minimum must be submitted to a jury and proved beyond a reasonable doubt.

The Defendant contends that as a result of the Blakely case, the United States Supreme Court decided on January 12, 2005, that the United States Sentencing Guidelines applicable to the cases of United States v. Booker, 375 F.3d 508 (7th Cir. 2004), cert. granted, 2004 WL 1713655 (U.S. August 2, 2004) (No. 04-104) and United States v. Fanfan, 2004 WL 1723114 (D. ME. June 26, 2004) cert. granted, 2004 WL 1713655 (U.S. August, 2004)

-1-

(NO. 04-105) is unconstitutional as related to any enhancement that would increase the penalty of the offense, without being decided by the jury.

Accordingly, the Defendant contends that the Tax Loss Amount based on the "Relevant Conduct" enhancement is unconstitutional in the BLAKELY DECISION. Additionally, the Defendant contends that the application of the "Tax Loss" based on Relevant Conduct has increased his offense level from Level 9 to Level 12, thus increasing the corresponding penalty from 18-24 months to 27-33 months, of which he was sentenced to 33 months.

Further, the Defendant contends that based on the Bureau of Prison standard Credit Policy of 87% of the actual time served, he would have served the maximum penalty for this offense, i.e. 24 months of incarceration to date.

Wherefore, in the interest of justice, the Defendant prays that this Honorable Court that issue an order for his Immediate Release from custody Pending Appeal, and for any other Relief that may be just and proper in this cause.

Respectfully Submitted