UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **United States** | : | |
| | : | |
| v. | : | No. 3:02cr81(JBA) |
| | : | |
| **Patrick Triumph** | : | |

**ORDER**

1. Defendant's Supplemental Motion and Memorandum in Support of Motion to Defer Sentencing Until After Trial on Failure to Appear [Doc. # 318] is DENIED as moot. See October 20, 2004 Order [Doc. # 278] at ¶ 15; January 5, 2005 Order [Doc. # 381].

2. Defendant's Motion to Expedite Emergency Motion to Dismiss Indictment and Set Aside Judgement Due to Prosecutorial Misconduct in Grand Jury [Doc. # 319] is DENIED as moot. See Dec. 14, 2004 Order [Doc. # 355] at ¶ 6 (denying motion to set aside judgment).

3. Defendant's Motion to Subpoena Bob Peligrino [Doc. # 342] is DENIED as moot, in light of this Court's denial of defendant's motion for a downward departure based on a pathological gambling disorder, as set forth on the record of December 16, 2004.

4. Defendant's Motion for Transcripts of All Proceedings [Doc. # 384] is DENIED as moot. Transcripts of the trial and sentencing proceedings have been completed and sent to defendant.

5. Defendant's Expedited Request for Documents [Doc. # 385] is DENIED. This Court's January 13, 2005 order [Doc. # 388] directed the Clerk's office to prepare the record on appeal in accordance with its standard procedure for pro se defendants and the requirements of the Second Circuit. Defendant has received copies of all documents that have been filed in this case.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut, this 19th day of January, 2005.**