**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02cr 81 (JBA) |
| **PATRICK TRIUMPH** | : |

### ENDORSEMENT ORDER [#389]

Government's motion and order of dismissal of the original indictment is GRANTED.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on January 18, 2005.