UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JAN 24 P 4:40

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES OF AMERICA
PLAINTIFF

vs.

PATRICK A. TRIUMPH
DEFENDANT-APPELLANT

CASE NO. B:02CR81(JBA)
APPEAL NO. 04-6400-CR

NOTICE OF MOTION TO CORRECT TRANSCRIPT PURSUANT TO F.R.A.P. RULE 10(e)

The Defendant-Appellant, Patrick A. Triumph, pro se, provides Notice of Motion to Correct the Transcript pursuant to Rule 10(e) of the Rules of Appellate Procedure, due to certain differences as to the Transcript of the Testimony of Plaintiffs' expert witness, Deborah Murphy, given at the trial of this cause to be settled by the Court so that the record of appeal be made to conform to the truth.

The Defendant contends that the Special Agent Deborah Murphy testified positively about his selective prosecution, and that no such testimony appears in the transcripts. Additionally, the Defendant-Appellant contends that there exist a number of omissions and modifications of some key government witnesses.

The Defendant will filed this motion upon the complete certification of all transcript.

Respectfully Submitted.

Patrick A. Triumph, Pro Se