FILED
2005 JAN 26 P 2:02
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
PLAINTIFF

vs.

PATRICK A. TRIUMPH
DEFENDANT

CASE NO. 3:02CR81(JBA)

MOTION TO CORRECT
ILLEGAL SENTENCE

DATE: JAN 20, 2005

Now comes the defendant Patrick A. Triumph, PRO SE, and respectfully moves this Honorable Court to correct his sentence.

In support thereof, the defendant shows as follows:

1. On December 16, 2004, this Court entered its sentence and judgement that the defendant be committed to the custody of the Attorney General or his authorised representative for a period of 33 months.

2. Said sentence and judgement are illegal in that the maximum sentence for the offense and related enhancements of which the defendant was adjudged guilty is 18 – 24 months.

Wherefore, the defendant moves the Court that said sentence and

-1-

Judgement be corrected Nunc pro Tunc.

Respectfully Submitted

DATED: JAN 20, 2005

_____
PATRICK A. TRIUMPH
DEFENDANT, PRO SE

-2-

CERTIFICATION OF SERVICE

This is to certify that the motion to correct illegal sentence, was served upon the following

David A. Ring
Assistant United States Attorney
U.S. Attorney's Office – HFD
450 Main Street, Room 328
Hartford, CT 06103

by placing a copy of same in the United States Mail with proper postage affixed to ensure delivery.

Dated: This 20th day of January, 2005.

Respectfully Submitted

_____
Patrick A. Triumph
Defendant, Pro Se.