UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>vs.<br><br>PATRICK A. TRIUMPH<br>DEFENDANT-APPELLANT | CASE NO. 3:02 CR 81 (JBA)<br>Appeal NO. 04-6400-CR<br><br>MOTION FOR TRANSCRIPT OF GRAND JURY MINUTES TO ACCOMPANY RECORD OF APPEAL. |

NOW COMES THE DEFENDANT-APPELLANT, PATRICK A. TRIUMPH, PRO SE AND RESPECTFULLY MOVES THIS HONORABLE COURT TO HAVE THE TRANSCRIPT MADE OF THE HEARING BEFORE THE GRAND JURY FILED, SEALED AND TRANSFERRED with THE TRANSCRIPT, in this CAUSE TO THE COURT OF APPEALS.

THESE TRANSCRIPTS ARE TO INCLUDE THE FOLLOWING GRAND JURY WITNESSES.

(a) ANGELLA C. THOMPSON
(b) PEKAH WALLACE
(c) DEBORAH MURPHY
(d) PATRICK LEAHY

IN SUPPORT THEREOF, THE DEFENDANT-APPELLANT STATES AS FOLLOWS:

1. ONE OF THE PRINCIPAL QUESTIONS RAISED ON THE MOTION FOR DISMISSAL DUE TO PROSECUTORIAL MISCONDUCT AND ONE OF THE CONSTITUTIONAL ISSUE TO BE PRESENTED

-1-

to the Court of Appeals is based on the trial court's refusal to conduct a evidentiary hearing despite the inconsistencies of the testimony and the affidavit of the Grand jury witness Angella C. Thompson *inter alia*. numerous alleged acts of prosecutorial improprieties in violation to the due process clause to a proper indictment process. It is the understanding of the Defendant-Appellant that, it is proper under such conditions and circumstances to have the transcript of the testimony before the Grand jury sealed, filed with the Clerk and forwarded to the Clerk of the Court of Appeals in order that the Court of Appeals may, if it chooses, examine the transcript for the purpose of ascertaining its contents, while at the same time preserving its secrecy, if such secrecy has not been heretofore destroyed.

2. The transcript was, at the time of the trial, in the possession of the Assistant US Attorney, S David Vatti, and, to the best of the Defendant-Appellant's belief, is still in his possession and can be produced for filing as requested in this motion.

Respectfully Submitted.

Dated: Jan 31, 2005.

Patrick A. Triumph
Defendant-Appellant, *pro se*

-2-