<u>UNITED STATES DISTRICT COURT</u>

<u>DISTRICT</u> **FILED** <u>CONNECTICUT</u>

UNITED STATES OF AMERICA
PLAINTIFF

2005 FEB 17 P 2:45
U.S. DISTRICT COURT
NEW HAVEN, CT

CASE NO. CRNO. 3:02CR81(JBA)

APPEAL NO. 04-6400-CR

VS.

PATRICK A. TRIUMPH
DEFENDANT-APPELLANT

MOTION FOR ADDITIONAL TRANSCRIPT FOR RECORD ON APPEAL.

NOW COMES, THE DEFENDANT-APPELLANT, PATRICK A. TRIUMPH, <u>PRO SE</u> AND PURSUANT TO RULE 10(b) OF THE FEDERAL RULES OF APPELLATE PROCEDURE FILES THIS MOTION FOR ADDITIONAL TRANSCRIPT ON APRIL 1, 2002 AND JULY 30, 2004 (<u>PRELIMINARY HEARINGS</u>), AS WELL AS THE <u>VOIR DIRE HEARINGS</u> ON FEBRUARY 4, 2003 AND AUGUST 4, 2004, IN THE ABOVE-CAPTIONED CASE.

THE DEFENDANT-APPELLANT HAS CONTACTED THE COURT REPORTERS LISTED IN THE DOCKET ENTRIES IN THIS CASE WHO CONFIRMED THAT NO SUCH TRANSCRIPTS EXIST IN THEIR RECORDS. FURTHER, THE COURT REPORTER ADVISED ME TO MAKE THE RELATED REQUEST FOR TRANSCRIPT TO MS. LORI INFERERA OF THE U.S. DISTRICT COURT, FOR SUCH ACTION THROUGH THE

-1-

COURT PROCESS.

Accordingly, the Defendant-Appellant request the transcript at the expense of the United States pursuant to the Criminal Justice Act.

The Defendant-Appellant affirms that he has made all diligent efforts to obtain the necessary transcripts for the Appellant's brief and appendix, and further affirms that these transcripts are necessary given the complexity of the issues involved in the Appellate Review, and to be included in the Record on Appeal.

Wherefore, it is respectfully requested that the Court grant an order to expedite the request transcript of the Preliminary and Voir dine Hearing in both trial proceedings, and for such other and further relief as the Court may deem proper.

Respectfully Submitted.

Dated: January 31, 2005

Patrick A. Triumph
Defendant-Appellant, pro se