Patrick A. Triumph
Reg. No. 14622-014
FMC- Devens
P.O. Box 879
Ayer, MA 01432

**FILED**

2005 FEB 24 P 1: 53

U.S. DISTRICT COURT
NEW HAVEN, CT

February 15th, 2005

The Clerk
United States District Court
United States Courthouse
141 Church Street
New Haven, CT 06510

Re: <u>United States v. Triumph</u>, Case No. 3:02cr81(JBA)
                               Appeal No. 04-4478-op

Dear Clerk:

Pursuant to Rules 10 & 11 of the Rules of Appellate Procedure, I hereby object to the inadequate "Record on Appeal" in the above-entitled case, submitted to the United States Court of Appeal for the Appellate Review of the "Denial of Motion to Set Aside Default Judgement of Bail Forfeiture in the Amount of $75,000.

Henceforth, Rule 10(e) stipulates that if any difference arises as to whether the record truly discloses what occurred in the district court, the difference shall be submitted to an settled by that court and the record made to conform to the truth. If anything material to either party is omitted from the record by error or accident or is misstated therein, the parties by stipulation, or the district court either before or after the record is transmitted to the court of appeals, or the court of appeals, on proper suggestion or of its own initative, may direct that the omission or misstatement be corrected, and if necessary that a supplemental record be certified and transmitted.

Accordingly, it is absolutely imperative that the "Record on Appeal" be adequate and consistent with the issues that will be presented for appellate review. Please note that my request for the following information is still outstanding. (1). The copy of the Original and the Superseding Indictment; (2). The Transcript of the Preliminary and Detention Hearing of 4/1/02; (3).The Docket of the Civil Proceedings in the Forfeiture of the Property at 756 Park Ave, Bloomfield, Ct 06002; (4) All the lien owners and interested Parties in the Real Property at 756 Park Avenue, Bloomfield, CT 06002, at the time the Property was Forfietied; (5) All Court Orders served to all interested Parties, including Christine Triumph and Towne and Country Realty, and or any designated parties, Attorneys, Agents, etc., who may have acted on the owner's behalf.

Additional, the Appellant request the Psychiatric Report and the Transcript of the Testimony of Dr Patricia Kelly who testified in the first trial Proceedings in this case on 2/24/04.be part of the "Record on Appeal".

Upon receipt of the Following documents and information, I do request that the "Record on Appeal" be supplemented.

-1-

WHEREFORE, based on the foregoing, this Honorable Court is respectfully urged to provide the Appellant the opportunity to an adequate Record on Appeal in the interest of Justice.

                                              Respectfully,

                                              Patrick A. Triumph
                                              Appellant, pro se

cc: The Clerk
    United States Court of Appeals
    For the Second Circuit