D. Conn (New Haven)
02-cr-00081
Arterton, J.

**MANDATE**

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

FILED
2005 MAR -3 P 2: 39
U.S. DISTRICT COURT
NEW HAVEN, CT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 22nd day of December, two thousand and four,

Present:
    Hon. Rosemary S. Pooler,
    Hon. Robert A. Katzmann,
    Hon. Reena Raggi,
        *Circuit Judges.*



In re: Patrick Triumph,
    Petitioner.

04-6052-op

Petitioner, *pro se*, moves for *in forma pauperis* status and has petitioned for a writ of mandamus. Upon due consideration, it is ORDERED that the motion for *in forma pauperis* status is granted for the limited purpose of allowing the petition to be filed. It is further ORDERED that the petition is denied because petitioner fails to demonstrate a "clear abuse of discretion" by the district court that would warrant the requested extraordinary relief, *Mallard v. United States Dist. Ct.*, 490 U.S. 296, 309 (1989), or that an alternative means of obtaining relief, *e.g.*, an appeal from a final judgment, is not available or would not be effective, *id.*

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

        By: *Lucille Carr*

DEC 2 2 2004

        A TRUE COPY
        Roseann B. MacKechnie, CLERK
        by: _____
        DEPUTY CLERK

USCA SAO-FM.

—Issued as Mandate: FEB 2 4 2005—

02-cr-00081
Arterton, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 22nd day of December, two thousand and four,

Present:
    Hon. Rosemary S. Pooler,
    Hon. Robert A. Katzmann,
    Hon. Reena Raggi,
        *Circuit Judges.*



In re: Patrick Triumph,
        Petitioner.

04-6052-op

Petitioner, *pro se*, moves for *in forma pauperis* status and has petitioned for a writ of mandamus. Upon due consideration, it is ORDERED that the motion for *in forma pauperis* status is granted for the limited purpose of allowing the petition to be filed. It is further ORDERED that the petition is denied because petitioner fails to demonstrate a "clear abuse of discretion" by the district court that would warrant the requested extraordinary relief, *Mallard v. United States Dist. Ct.*, 490 U.S. 296, 309 (1989), or that an alternative means of obtaining relief, *e.g.*, an appeal from a final judgment, is not available or would not be effective, *id.*

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature]*

DEC 2 2 2004

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED.
( ) OPINION  ( ) STATEMENT OF COSTS
(X) ORDER

RECEIVED BY: _____ DATE: _____
RETURN TO CIVIL TEAM

USCA SAO-FM.