recid 1-10-05

FILED
3/8/2005
Kevin F. Rowe, Clerk
By: S. Jorle
Deputy Clerk

PATRICK A. TRIUMPH
REG NO. 14622-014
STATE I.D. 313041
NEW HAVEN CORRECTIONAL FACILITY
245 WHALLEY AVENUE
NEW HAVEN, CT 06510

JANUARY
~~DECEMBER~~ 10, 2005

DELORES A. FALZARANO
FALZARANO COURT REPORTERS
117 NORTH SADDLE RIDGE
WEST SIMSBURY, CT 06092

IN RE: TRANSCRIPT REQUEST (3:02CR81 JBA)

DEAR DELORES FALZARANO,

Thank you for your prompt and professional compliance with my request for transcript in the above captioned case, pursuant to the Freedom of Information Act 5 U.S.C. Section 552 and the Privacy Act 5 U.S.C. Section 552(a), Rule 16 of the Federal Rules of Criminal Procedure and Rule 10(b) of the Federal Rules of the Appellate Procedure.

Please provide a copy for the minute entry for proceedings held before Judge Joan G. Margolis on July 30, 2004, pursuant to the Criminal Justice Act. I affirm that this information is necessary for my appellate review and this request is made at the expense of the United States. (See enclosed Pat #110)

P.T.O                                                   mead

This Request is specific to Judge, Joan G. Margolis on July 30, 2004 in the Arraignment of Patrick Triumph.

I am a Pro-Se defendant Appellant in this case and do request that all correspondence be sent directly to my mailing address as "Privilege Legal Mail" as following:

    Patrick A. Triumph
    Reg No. 14622-014
    State I.D 313045
    New Haven Correctional Facility
    245 Whalley Ave.
    New Haven, CT 06511

* Please note a change of address from your letter dated January 4, 2005.

Upon receipt of your letter I will provide you with information which you will find useful in protecting you and your company from any civil and criminal consequences in accordance to the Court Reporter Act and the Freedom of Information. See Dept. of Air Force v. Rose 425 US 352, 08 L Ed 2d 11, 96 SCT 1592 (1976); "Disclosure, not secrecy, is the dominant objective of the act."

Your prompt response is highly appreciated.

I further sayeth naught

    Sincerely yours,
    Patrick A. Triumph
    Defendant-Appellant pro-se

P.S. All information remains confidential unless subpoena in any future litigation.

mead