UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02cr 81 (JBA) |
| **PATRICK TRIUMPH** | : |

### ORDER

Defendant's letter to Falzarano Court Reporters, is construed as a motion for transcripts of the July 30, 2004, proceeding in which defendant entered his plea of not guilty. Defendant fails to identify any issue on appeal bearing on this proceeding and accordingly, defendant's request is DENIED.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: March 29, 2005