FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 APR 11

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| United States of America,<br>Plaintiff-Appellee,<br><br>v.<br><br>Patrick A. Triumph,<br>Defendant-Appellant. | Case No. 3:02CR81(JBA)<br>Appeal No. 04-6400-CR<br><br>**MOTION TO EXPEDITE**<br>**RESENTENCING.** |

   NOW COMES the Defendant-Appellant, pro se, respectfully hereby moves this Honorable Court to hear arguments for his resentencing on an expedited basis in the light of the Second Circuit Court of Appeals order to the District Court for "Reconsideration for Resentencing" in the above-captioned case.

   The grounds for this motion are that unless the Reconsideration for Resentencing is decided on an expedited basis, by the time the Resentencing is decided, the Defendant-Appellant will have served the thirty-three-month (33) sentence he was given. It is respectfully argued that this sentence is in excess of that which would be allowable under the mandate of United States v, Booker, 125 S.Ct 738 (2005) which the Defendant-Appellant argues are applicable to his case.

   Further, the Defendant-Appellant would waive "appearance" if the Court would enter an order finding Remanded sentence to be "Time Served" with the release date being provided to the Federal Bureau of Prisons for immediate departure.

-1-

WHEREFORE, the Defendant-Appellant respectfully requests that this correction of his sentence be expedited, and specifically requests

    (a) That an order be issued for his immediate release from custody

    (b) That the "alleged" Detainer from the Department of Homeland Security, or any other "Detainer" as a result of this uncostitutional sentence be withdrawn.

    (c) That the Federal Habeas Motions as a result of of the 1990 State Conviction in Atlantic City, New Jersey, and the 1994 State Conviction in Hartford, Connecticut be expedited.

    (d) And any other relief that may be just and proper in Sub Judice.

Respectfully Submitted

_Patrick A. Triumph_
Defendant-Appellant, pro-se
Reg. No 14622-014
FMC-Devens
P.O. Box 879
42 Patton Road
Ayer, MA 01432

## CERTIFICATION OF SERVICE

I hereby certify that I have sent a copy of the foregoing to AUSA David A. Ring, 157 Church Street, New Haven, CT. 06510, on April 6th, 2005

Patrick A. Triumph
Defendant-Appellant, pro-se