**MANDATE**

CT/NCT
02-cr-81
Arterton, J.

FILED
2005 APR 25 P 2: 27
U.S. DISTRICT COURT
NEW HAVEN CT

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 25th day of March, two thousand and five,

Present:

    Hon. Jon O. Newman,
    Hon. Richard C. Wesley,
    Hon. Peter W. Hall,
        *Circuit Judges.*



| | | |
|---|---|---|
| United States of America, | | |
| | Plaintiff-Appellee, | 04-6400-cr (L) |
| | | 05-0077-cr (Con) |
| v. | | 04-4916-cr (L) |
| | | 04-4917-cr (Con) |
| | | 04-4919-cr (Con) |
| Patrick Triumph, | | 04-5663-cr (Con) |
| | | 05-0804-op |
| | Defendant-Appellant. | |

     The Appellant, *pro se*, moves for the consolidation of his open criminal docket numbers in this Court, expedition of his appeal, the production of district court transcripts, supplementation of the record on appeal and his application for release pending appeal, leave to file an "oversized brief," and a writ of mandamus. In addition, the Government moves for remand pursuant to *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005). The Appellant's motion to consolidate the appeals docketed under 04-4916, 04-4917, and 04-4919 is denied. Since the three appeals sought to be consolidated are all from non-appealable interlocutory orders, the appeals docketed under 04-4916, 04-4917, and 04-4919 are dismissed for lack of appellate jurisdiction. For the same reason, the appeal in 04-5663 is dismissed for lack of appellate jurisdiction. The appeals docketed under 04-6400 and 05-0077 remain pending and consolidated. In the appeal docketed under 05-0077, the Appellant may seek review of all of the rulings challenged in his attempted appeals docketed under 04-4916, 04-4917, 04-4919, and 04-5663.

     Furthermore, the Government's motion to remand is GRANTED, and, pursuant to *United States v. Crosby*, 397 F.3d 103, 118-20 (2d Cir. 2005), the case is REMANDED to the district court

MAR 25 2005

JUDGMENT MANDATE ISSUED: APR 13 2005

for the district court to consider *whether* to resentence the Appellant, after considering the currently applicable statutory requirements as explicated in *United States v. Booker*, __U.S.__, 125 S.Ct. 738, 764 (2005), and *Crosby*. Upon the district court's determination either that it has decided not to modify the Appellant's sentence or that it has decided to modify the Appellant's sentence and has resentenced him, the jurisdiction of this Court with respect to any appeal which the Appellant intends to pursue will be restored, without the need for the filing of a new notice of appeal, upon the Appellant's notice in writing to the Clerk of this Court given within ten days of entry of the district court's decision or amended judgment. In light of the remand, the Appellant's motion to expedite the appeal is denied as moot.

The Appellant's motion to supplement his application for release pending appeal is denied; the Appellant is free to raise before the district court the sentencing arguments contained in that motion and his request for release. Furthermore, the Appellant's motions for the production of transcripts and to supplement his record on appeal with transcripts are denied, because the district court, in an order dated January 19, 2005, stated that trial and sentencing transcripts had been sent to the appellant. In addition, the motion to file an oversized brief is denied without prejudice to renewal if the appeal is reinstated.

The mandamus petition is denied because the Appellant fails to demonstrate a "clear abuse of discretion" by the district court that would warrant the requested extraordinary relief, *see Mallard v. United States Dist. Ct.*, 490 U.S. 296, 309 (1989), or that an alternative means of obtaining relief, *e.g.*, an appeal from a final judgment, is not available or would not be effective, *see id.*

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature]*
Oliva M. George, Deputy Clerk

USCA SAO-FM.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *[signature]*
DEPUTY CLERK