UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



| | |
|---|---|
| United States of America,<br>Plaintiff-Appellee<br><br>vs.<br><br>Patrick A. Triumph.<br>Defendant-Appellant. | Case No. CrNo. 3:02cr81 (JBA)<br><br>Appeal No. 04-6400-CR<br><br><br>**Defendant's Motion of Judicial Notice on the recent decision in <u>United States v. Quinones</u>, Dkt. No. 04-4825-cr (2d.Cir. 05/19/2005)** |

2005 JUN 15  P 4: 21

    The Defendant-Appellant Patrick A. Triumph, pro se, provides Judicial notice of the recent Second Circuit United States Court of Appeals determination in the case of <u>United States v. Quinones</u>, Appeal No. 04-4825-Cr (2d. Cir. 5/19/2005), whereby the case was **Remanded** with instructions to vacate the sentence and resentence in conformity with **Booker**.

    Defendant-appellant Tomas Espinal Quinones objected in the district Court, on the bases of <u>Blakely v. Washington</u>, 124 S.Ct 2531 (2004), to his receipt of a sixteen-level sentencing enhancement under U.S.S.G. Section 2L1.2(b)(1)(A)(i). The district court, acting pursuant to this court's instruction in <u>United States v. Mincey</u>, 380 F.3d 102 (2d Cir. 2004), disregarded that objection and sentenced Quinones as if the United States Sentencing Guidelines were compulsory. Because Quinones preserved his claim by objecting before the district court, he is entitled to resentencing in the light of <u>United States v. Booker</u>, 125 S.Ct 738 (2005). See <u>United States v. Fagans</u>, ___ F.3d ___, 2005 WL 957187, at *2n.1, 2005 U.S. App. LEXIS 7176, at *4-6 & n.1 (2d Cir. 2005).

-1-

Accordingly, this Judicial notice is respectfully submitted in further supplement to the memorandum of Laws and Authorities in establishing the basis for Resentencing in **United States v. Triumph**, CrNo. 3:02cr81(JBA).

                                            Respectfully Submitted,

Dated: June 12th, 2005

                                      Patrick A. Triumph
                                      Defendant-appellant, pro-se
                                      F.M.C. Devens
                                      Reg. No. 14622-014
                                      P.O. Box 879
                                      42 Patton Road
                                      Ayer, MA 01432

## CERTIFICATION OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing motion of Judicial Notice by depositing in the United States Mail a copy of same in an envelope with correct postage for delivery to:

>David A. Ring
>Assistant United States Attorney
>157 Church Street
>P.O. Box 1824
>New Haven, CT 06510

Dated:   This 12th day of June, 2005.

>Respectfully submitted,
>
>Patrick A. Triumph
>Defendant-appellant, pro-se