THE JURY'S VERDICT
TAX LOSS DETERMINATION
United States v. Triumph, CrNo. 3:02CR81

| Count # | Name of Taxpayer | Taxyear | $ (dollars) Tax Loss Amount |
|---|---|---|---|
| 5 | Angella and Sylvanius Downer | 1994 | 960.00 |
| 6 | Angella and Sylvanius Downer | 1995 | 960.00 |
| 7 | Angella Downer | 1996 | 219.00 |
| 8 | Sylvanius Downer | 1996 | 555.00 |
| 10 | Stephane and Alston Creary | 1994 | 1,384.00 |
| 11 | Stephane and Alston Creary | 1995 | 979.00 |
| 16 | Annette Shabazz | 1995 | 0.00 |
| 17 | Annette Shabazz | 1996 | 0.00 |
| 20 | Celestine Alston | 1993 | 760.00 |
| 32 | Vincent Collins | 1993 | 307.00 |
| | **TOTAL TAX LOSS AMOUNT** | | $6,124.00 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           :
                                    :
                                    :
        V.                          :    NO. 3:02CR81 (JBA)
                                    :
PATRICK A. TRIUMPH                  :
------------------------------------:

## VERDICT FORM WITH SPECIAL INTERROGATORIES
[JURY FINDINGS]

**COUNT FIVE (5):**

As to Count Five we find the defendant Patrick Triumph:

   _____ Not Guilty        ___X___ Guilty

If you found the defendant not gulty, then proceed to Count Six.

**If and only if** you find the defendant guilty of Count Five (5), what amount has the Government proved beyond a reasonable doubt is the **Tax Loss** attributable to Patrick Triumph's conduct as to this count?:   $ __960__

**If and only if** you find the defendant guilty of Count Five(5): Has the Government proved beyond a reasonable doubt that the defendant Patrick Triumph **willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice during the course of the IRS investigation** into the conduct underlying this count, and that the obstructive conduct related to this count?

   YES ___x___                        NO _____

**COUNT SIX (6):**

As to Count Six we find the defendant Patrick Triumph:

_____ Not Guilty          \_\_\_X\_\_\_ Guilty

If you found the defendant not guilty, then proceed to Count Seven.

**If and only if** you find the defendant guilty of Count Six (6), what amount has the Government proved beyond a reasonable doubt is the **Tax Loss** attributable to Patrick Triumph's conduct as to this count?:   $ \_\_960\_\_

**If and only if** you find the defendant guilty of Count Six (6): Has the Government proved beyond a reasonable doubt that the defendant Patrick Triumph **willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice during the course of the IRS investigation** into the conduct underlying this count, and that the obstructive conduct related to this count?

YES \_\_x\_\_                               NO _____

## COUNT SEVEN (7):

As to **Count Seven** we find the defendant Patrick Triumph:

_____ Not Guilty          \_\_\_X\_\_\_\_ Guilty

If you found the defendant not guilty, then proceed to Count Eight.

**If and only if** you find the defendant guilty to Count Seven (7), what amount has the Government proved beyond a reasonable doubt is the **Tax Loss** attributable to Patrick Triumph's conduct?:

$ \_\_219\_\_

**If and only if** you find the defendant guilty of Count Seven (7): Has the Government proved beyond a reasonable doubt that the defendant Patrick Triumph **willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice during the course of the IRS investigation** into the conduct underlying this count, and that obstructive conduct related to this count?

YES \_\_x\_\_          NO _____

**COUNt Eight (8):**

As to **Count Eight** we find the defendant Patrick Triumph:

_____ Not Guilty          \_\_\_x\_\_\_\_\_ Guilty

If you found the defendant not guilty, then proceed to Count Nine.

**If and only if** you find the defendant guilty to Count Eight (8), what amount has the Government proved beyond a reasonable doubt is the **Tax Loss** attributable to Patrick Triumph's conduct as to this count?: \_\_\_555\_\_\_

**If and only if** you find the defendant guilty of Count Eight (8): Has the Government proved beyond a reasonable doubt that the defendant Patrick Triumph **willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice during the course of the IRS investigation** into the conduct underlying this count, and that obstructive conduct related to this count?

YES \_\_\_x\_\_\_                    NO _____

**COUNT TEN (10).**

As to **Count Ten** we find the defendant Patrick Triumph:

_____ Not Guilty          __X__ Guilty

If you found the defendant not guilty, then proceed to Count Eleven.

**If and only if** you find the defendant guilty to Count Ten (10), what amount has the Government proved beyond a reasonable doubt is the **Tax Loss** attributable to Patrick Triumph's Conduct as to this Count?: __1384__


**COUNT ELEVEN (11):**

As to **Count Eleven** we find the defendant Patrick Triumph:

_____ Not Guilty          __X__ Guilty

If you found the defendant not guilty, then proceed to Count Twelve.

**If and only if** you find the defendant guilty to Count Eleven (11), what amount has the Government proved beyond a reasonable doubt is the **Tax Loss** attributable to Patrick Triumph's Conduct as to this count?: __976__

## COUNT SIXTEEN (16):

As to **Count Sixteen** we find the defendant Patrick Triumph:

_____ Not Guilty          __X__ Guilty

If you found the defendant not guilty, then proceed to Count Seventeen.

**If and only if** you find the defendant guilty to Count Sixteen (16), what amount has the Government proved beyond a reasonable doubt is the **Tax Loss** attributable to Patrick Triumph's Conduct as to this Count?: __0__

**If and only if** you find the defendant guilty of Count Sixteen (16): Has the Government proved beyond a reasonable doubt that the defendant Patrick Triumph **willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice during the course of the IRS investigation** into the conduct underlying this count, and the obstructive conduct related to this count?

YES _____                                    NO __X__

**COUNT SEVENTEEN (17):**

As to **Count Seventeen** we find the defendant Patrick Triumph:

_____ Not Guilty          **X** Guilty

If you found the defendant not guilty, then proceed to Count Eighteen.

**If and only if** you find the defendant guilty to Count Seventeen (17), what amount has the Government proved beyond a reasonable doubt is the **Tax Loss** attributable to Patrick Triumph's Conduct as to this Count?: **0**

**If and only if** you find the defendant guilty of Count Seventeen (17): Has the Government proved beyond a reasonable doubt that the defendant Patrick Triumph **willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice during the course of the IRS investigation** into the conduct underlying this count, and the obstructive conduct related to this count?

YES _____          NO **X**

## COUNT TWENTY (20):

As to **Count Twenty** we find the defendant Patrick Triumph:

_____ Not Guilty        \_\_**X**\_\_ Guilty

If you found the defendant not guilty, then proceed to Count Twenty-one.

**If and only if** you find the defendant guilty to Count Twenty (20), what amount has the Government proved beyond a reasonable doubt is the **Tax Loss** attributable to Patrick Triumph's Conduct as to this Count?: \_\_760\_\_


## COUNT THIRTY-TWO (32):

As to **Count Thirty-Two** we find the defendant Patrick Triumph:

_____ Not Guilty        \_\_**X**\_\_ Guilty

If you found the defendant not guilty, then proceed to Count Thirty-three.

**If and only if** you find the defendant guilty to Count Thirty-two (32), what amount has the Government proved beyond a reasonable doubt is the **Tax Loss** attributable to Patrick Triumph's Conduct as to this count?: \_\_307\_\_

**SPECIAL CONDITION ON COUNTS 1, AND 3-38:**

If and only if you found the defendant guilty of any of Counts One, and Three through Thirty-Eight of the Indictment, please answer the following:

Has the Government proved beyond a reasonable doubt that the defendant Patrick Triumph was in the business of preparing or assisting in the preparation of tax returns?

    YES __X__                 NO _____

**COUNT THIRTY-NINE (39):** [Obstruction of Justice] 26 U.S.C. Sec. 7212

As to **Count Thirty-nine** we find the defendant Patrick Triumph:

    __X__ Not Guilty             _____ Guilty

So say we all, dated at **New Haven, Connecticut** this __20th__ day of September, 2004 at __3:20__ o'clock __p.m.__

                                          _____-S-_____
                                          Signature of Foreperson