**United States v. Triumph,** CrNo. 3:02cr81;    Appeal No. 04-6400-cr

UNITED STATES SENTENCING GUIDELINES

*    Sentencing Calculation

| | |
|---|---|
| Base offense level for Aiding, Assisting, Procuring, Counseling, or Advising Tax Fraud, Section 2T1.4(a)(1)(A) | 6 |
| Enhancement for tax loss greater than $5,000, Section 2T4.1(D)    **[jury verdict was $6,121]** | +3 |
| Enhancement for the defendant was in the business of preparing or assisting in the preparation of tax returns, Section 2T1.4(b)(1)(B) | +2 |
| Enhancement for obstruction of justice, Section 3C1.1 | +2 |
| Final Offense Level:  (**\* Jury Findings**) | 13 |

---

**\*\*    Sentencing Calculation**

| | |
|---|---|
| Base offense level for Aiding, Assisting, Procuring, Counseling, or Advising Tax Fraud, Section 2T1.4(a)(1)(A) | 6 |
| Enhancement for Tax Loss greater than $23,500, Section 2T4.1(G), **[judicial findings was $37,002]** | +6 |
| Enhancement for the defendant was in the business of preparing or assisting in the preparation of tax returns, Section @T1.4(b)(1)(B) | +2 |
| Enhancement for obstruction of Justice, Section 3C1.1 | +2 |
| Final Offense Level:  (**\*\* Judicial Findings, not the jury**) | 16 |

U.S. v. TRIUMPH, CrNo. 3:02CR81                    Appeal No. 04-6400-CR

## UNCONSTITUTIONAL AMENDMENT

| COUNT | NAME OF TAXPAYER | DATE - ON OR ABOUT TAX RETURN OR AMENDED TAX RETURN FILED | INDICTMENT MARCH 21, 2002 FALSE AND FRAUDULENT ITEM(S) | SUPERSEDING INDICTMENT JULY 13, 2004 FALSE AND FRAUDULENT ITEM(S) WITH AMENDMENT TO OFFENSE(S) - | TAX YEAR/ STATUTE OF LIMITATION PURSUANT TO 26 U.S.C. SECTION 6531 |
|---|---|---|---|---|---|
| 5 | Angella & Sylvanius Downer | 12/30/96 | Child Care Expenses<br><br>Claimed False Child Care Provider | **CLAIMED MORE CHILD CARE EXPENSES THAN ENTITLED**<br><br>Claimed False Child Care Provider | 1994 Amended Tax Return |
| 6 | Angella & Sylvanius Downer | 12/30/96 | Child Care Expenses<br><br>Claimed False Child Care Provider | **CLAIMED MORE CHILD CARE EXPENSES THAN ENTITLED**<br><br>Claimed False Child Care Provider | 1995 Amended Tax Return<br><br>4/15/2003 |
| 7 | Angella Downer | 4/15/97 | Filing Status<br><br>Child Care Expenses<br><br>Claimed False Child Care Provider | **FILING STATUS** [omitted]<br><br>**CLAIMED MORE CHILS CARE EXPENSES THAN ENTITLED**<br><br>Claimed False Child Care Provider | 1996 Original Tax Return<br><br>4/15/2003 |

U.S. v. TRIUMPH, CrNo. 3:02CR81

## UNCONSTITUTIONAL AMENDMENT

Appeal No. 04-6400-CR

| COUNT | NAME OF TAXPAYER | DATE - ON OR ABOUT TAX RETURN OR AMENDED TAX RETURN FILED | INDICTMENT MARCH 21, 2002 FALSE AND FRAUDULENT ITEM(S) | SUPERSEDING INDICTMENT JULY 13, 2004 FALSE AND FRAUDULENT ITEM(S) -WITH AMENDMENT TO OFFENSE(S) - | TAX YEAR/ STATUTE OF LIMITATION PURSUANT TO 26 U.S.C. SECTION 6531 |
|---|---|---|---|---|---|
| | SYLVANIUS DOWNER | 4/15/97 | FILING STATUS<br>Child Care Expenses<br>Claimed False Child Care Provider | FILING STATUS [OMITTED]<br>**CLAIMED MORE CHILD CARE EXPENSES THAN ENTITLED**<br>Claimed False Child Care Provider | 1996 Original Tax Return<br>4/15/2003 |
| | VINCENT COLLINS | 1/14/97 | FILING STATUS<br>Claimed more itemized Deductions than entitled | **FILING STATUS [OMITTED]**<br>Claimed More Itemized Deductions than entitled | 1993 Amended Tax Return<br>4/15/2003 |

U.S. v. TRIUMPH, CrNo. 3:02CR81                                    Appeal No. 04-6400-CR

| COUNT | NAME OF TAXPAYER | DATE - ON OR ABOUT TAX RETURN OR AMENDED TAX RETURN FILED | INDICTMENT MARCH 21, 2002 FALSE AND FRAUDULENT ITEM(S) | SUPERSEDING INDICTMENT JULY 13, 2004 FALSE AND FRAUDULENT ITEM(S) -WITH AMENDMENT TO OFFENSE(S) - UNCONSTITUTIONAL AMENDMENT | TAX YEAR/ TAX LOSS |
|---|---|---|---|---|---|
| 5 | Angella & Sylvanius Downer | 12/30/96 | Child Care Expenses Claimed False Child Care Provider | **CLAIMED MORE CHILD CARE EXPENSES THAN ENTITLED** Claimed False Child Care Provider | 1994 Amended Tax Return $960.00 |
| 6 | Angella & Sylvanius Downer | 12/30/96 | Child Care Expenses Claimed False Child Care Provider | **CLAIMED MORE CHILD CARE EXPENSES THAN ENTITLED** Claimed False Child Care Provider | 1995 Amended Tax Return $960.00 |
| 7 | Angella Downer | 4/15/97 | Filing Status Child Care Expenses Claimed False Child Care Provider | **FILING STATUS** [omitted] **CLAIMED MORE CHILS CARE EXPENSES THAN ENTITLED** Claimed False Child Care Provider | 1996 Original Tax Return $219.00 |

U.S v. TRIUMPH, CrNo. 3:02CR81

**UNCONSTITUTIONAL AMENDMENT**

Appeal No. 04-6400-CR

| COUNT | NAME OF TAXPAYER | DATE - ON OR ABOUT TAX RETURN OR AMENDED TAX RETURN FILED | INDICTMENT MARCH 21, 2002 FALSE AND FRAUDULENT ITEM(S) | SUPERSEDING INDICTMENT JULY 13, 2004 FALSE AND FRAUDULENT ITEM(S) -WITH AMENDMENT TO OFFENSE(S) - | TAX YEAR/ TAX LOSS |
|---|---|---|---|---|---|
| 8 | SYLVANIUS DOWNER | 4/15/97 | FILING STATUS<br><br>Child Care Expenses<br><br>Claimed False Child Care Provider | FILING STATUS [OMITTED]<br><br>**CLAIMED MORE CHILD CARE EXPENSES THAN ENTITLED**<br><br>Claimed False Child Care Provider | 1996 Original Tax Return<br><br>~~$960.00~~<br><br>$555.00 |
| 12 | VINCENT COLLINS | 1/14/97 | FILING STATUS<br><br>Claimed more itemized Deductions than entitled | **FILING STATUS [OMITTED]**<br><br>Claimed More Itemized Deductions than entitled | 1993 Amended Tax Return<br><br>$307.00 |

v. Triumph, CrNo. 3:02Cr81    DOUBLE JEOPARDY    APPEAL No. 04-6400-CR

## SUPERSEDING INDICTMENT

| COUNT | NAME OF TAXPAYER | DATE-ON OR ABOUT TAX RETURN OR AMENDED TAX RETURNED FILED | VIOLATION | VIOLATION SPECIAL FINDINGS |
|---|---|---|---|---|
| 5 | Angella & Sylvanius Downer | 12/30/96 | **VIOLATION COUNT 39.** [Obstuction of Justice] **Title 26 U.S.C. Section 7212(a)** In or about March 1998, in the District of Connecticut, the defendant, **Patrick A. Triumph,** did corruptly obstruct and impede, and endeavor to obstruct and impede the due administration of the Internal Revenue Service, and officers and employees thereof acting in their official capacity, in connection with that agency's efforts to investigate his preparation of individual tax returns and amended tax returns by advising, persuading and instructing a third party, **Pekah Wallace,** to provide false and misleading information to the Internal Revenue Investigators. All in violation of Title 26, United States Code, Section 7212(a). | **VIOLATION SPECIAL FINDINGS** [Obstruction of Justice] **U.S.S.G Sec. 3C1.1** With respect to Counts 5 through 8 and 16 through 17 of the Superseding indictment, the defendant, **Patrick A. Triumph,** did willfully obstruct and impede and attempt to obstruct and impede the administration of justice during the course of the Internal Revenue Service (IRS) investigation of him by instructing **Angella Downer, Sylvanius Downer, Annette Shabazz and Pekah Wallace** to provide false documents and information to IRS investigators. |

U.S. v. Triumph, CrNo. 3:02Cr81          APPEAL No. 04-6400-CR

DOUBLE JEOPARDY

SUPERSEDING INDICTMENT

| COUNT | NAME OF TAXPAYER | DATE-ON OR ABOUT TAX RETURN OR AMENDED TAX RETURNED FILED | VIOLATION | VIOLATION SPECIAL FINDINGS |
|-------|------------------|----------------------------------------------------------|-----------|----------------------------|
| 6 | Angella & Sylvanius Downer | 12/30/96 | VIOLATION COUNT 39. [Obstruction of Justice] Title 26 U.S.C. Section 7212(a) | [Obstruction of Justice] U.S.S.G Sec. 3C1.1 |

VIOLATION COUNT 39.

In or about March 1998, in the District of Connecticut, the defendant, Patrick A. Triumph, did corruptly obstruct and impede, and endeavor to obstruct and impede the due administration of the Internal Revenue Service, and officers and employees thereof acting in their official capacity, in connection with that agency's efforts to investigate his preparation of individual tax returns and amended tax returns by advising, persuading and instructing a third party, Pekah Wallace, to provide false and misleading information to the Internal Revenue Investigators.

All in violation of Title 26, United States Code, Section 7212(a)

VIOLATION SPECIAL FINDINGS

With respect to Counts 5 through 8 and 16 through 17 of the Superseding indictment, the defendant, Patrick A. Triumph, did willfully obstruct and impede and attempt to obstruct and impede the administration of justice during the course of the Internal Revenue Service (IRS) investigation of him by instructing Angella Downer, Sylvanius Downer, Annette Shabazz and Pekah Wallace to provide false documents and information to IRS investigators.

U.S. v. Triumph, CrNo. 3:02Cr81        APPEAL No. 04-6400-CR

DOUBLE JEOPARDY

SUPERSEDING INDICTMENT

| COUNT | NAME OF TAXPAYER | DATE-ON OR ABOUT TAX RETURN OR AMENDED TAX RETURNED FILED | VIOLATION | VIOLATION SPECIAL FINDINGS |
|---|---|---|---|---|
| 7 | Angella Downer | 4/15/97 | **COUNT 39.** [Obstuction of Justice] Title 26 U.S.C. Section 7212(a)<br><br>In or about March 1998, in the District of Connecticut, the defendant, **Patrick A. Triumph**, did corruptly obstruct and impede, and endeavor to obstruct and impede the due administration of the Internal Revenue Service, and officers and employees thereof acting in their official capacity, in connection with that agency's efforts to investigate his preparation of individual tax returns and amended tax returns by advising, persuading and instructing a third party, **Pekah Wallace**, to provide false and misleading information to the Internal Revenue Investigators.<br><br>All in violation of Title 26, United States Code, Section 7212(a) | [Obstruction of Justice] U.S.S.G Sec. 3C1.1<br><br>With respect to Counts 5 through 8 and 16 through 17 of the Superseding indictment, the defendant, **Patrick A. Triumph**, did willfully obstruct and impede and attempt to obstruct and impede the administration of justice during the course of the Internal Revenue Service (IRS) investigation of him by instructing **Angella Downer, Sylvanius Downer, Annette Shabazz and Pekah Wallace** to provide false documents and information to IRS investigators. |

U.S. v. Triumph, CrNo. 3:02Cr81          APPEAL No. 04-6400-CR

**DOUBLE JEOPARDY**

**SUPERSEDING INDICTMENT**

| COUNT | NAME OF TAXPAYER | DATE-ON OR ABOUT TAX RETURN OR AMENDED TAX RETURNED FILED | VIOLATION | VIOLATION SPECIAL FINDINGS |
|-------|------------------|-----------------------------------------------------------|-----------|----------------------------|
| 8 | Sylvanius Downer | 4/15/97 | **VIOLATION COUNT 39.** [Obstruction of Justice] **Title 26 U.S.C. Section 7212(a)** In or about March 1998, in the District of Connecticut, the defendant, **Patrick A. Triumph**, did corruptly obstruct and impede, and endeavor to obstruct and impede the due administration of the Internal Revenue Service, and officers and employees thereof acting in their official capacity, in connection with that agency's efforts to investigate his preparation of individual tax returns and amended tax return by advising, persuading and instructing a third party, **Pekah Wallace**, to provide false and misleading information to the Internal Revenue Investigators. All in violation of Title 26, United States Code, Section 7212(a) | **VIOLATION** [Obstruction of Justice] **U.S.S.G Sec. 3C1.1** With respect to Counts 5 through 8 and 16 through 17 of the Superseding indictment, the defendant, **Patrick A. Triumph**, did wilfully obstruct and impede and attempt to obstruct and impede the administration of justice during the course of the Internal Revenue Service (IRS) investigation of him by instructing **Angella Downer, Sylvanius Downer, Annette Shabazz** and **Pekah Wallace** to provide false documents and information to IRS investigators. |

U.S. v. Triumph, CrNo. 3:02cr81

[SPECIAL FINDINGS]

CONSTRUCTIVE AMENDMENT

SUPERSEDING INDICTMENT

APPEAL No. 04-6400-CR

[OBSTRUCTION OF JUSTICE]

| COUNT | NAME OF TAXPAYER | DATE-ON OR ABOUT TAX RETURN OR AMENDED TAX RETURNED FILED | VIOLATION | VIOLATION |
|---|---|---|---|---|
| 5 | Angella & Sylvanius Downer | 12/30/96 | **COUNT 39.** [Obstruction of Justice] Title 26 U.S.C. Sec. 7212(a)<br><br>In or about March 1998, in the District of Connecticut, the defendant, **Patrick A. Triumph**, did corruptly obstruct and impede, and endeavor to obstruct and impede the due administration of the Internal Revenue Service, and officers and employees thereof acting in their official capacity, in connection with that agency's efforts to investigate his preparation of individual tax returns and amended tax returns by advising, persuading and instructing a third party, <u>**Pekah Wallace**, to provide false and misleading information to the Internal Revenue Investigators.</u><br><br>All in violation of Title 26, United States Code, Section 7212(a) | **SPECIAL FINDINGS** [Obstruction of Justice] U.S.S.G Sec.3C1.1<br><br>With respect to Counts 5 through 8 and 16 through 17 of the Superseding indictment, **Patrick A. Triumph**, did willfully obstruct and impede the administration of justice during the course of the internal Revenue Service (IRS) investigation of him by instructing Angella Downer, Sylvanius Downer, Annette Shabazz and [**Pekah Wallace**] to provide false documents and information to IRS investigators.<br><br>- <u>DELETED</u> - <u>"PEKAH WALLACE"</u> |

U.S. v. Triumph, CrNo. 3:02Cr81

[SPECIAL FINDINGS]

APPEAL No, 04-6400-CR

[OBSTRUCTION OF JUSTICE]

| COUNT | NAME OF TAXPAYER | DATE-ON OR ABOUT TAX RETURN OR AMENDED TAX RETURNED FILED | **CONSTRUCTIVE AMENDMENT** SUPERSEDING INDICTMENT | VIOLATION SPECIAL FINDINGS |
|---|---|---|---|---|
| 6 | Angella & Sylvanius Downer | 12/30/96 | VIOLATION COUNT 39. [Obstruction of Justice] Title 26 U.S.C. Section 7212(a) | VIOLATION SPECIAL FINDINGS [Obstruction of Justice] U.S.S.G Sec.3C1.1 |
| | | | In or about March 1998, in the District of Connecticut, the defendant, **Patrick A. Triumph**, did corruptly obstruct and impede, and endeavor to obstruct and impede the due administration of the Internal Revenue Service, and officers and employees thereof acting in their official capacity, in connection with that agency's efforts to investigate his preparation of individual tax returns and amended tax returns by advising, persuading and instructing a third party, **Pekah Wallace**, to provide false and misleading information to the Internal Revenue Investigators. All in violation of Title 26, United States Code, Section 7212(a) | With respect to Counts 5 through 8 and 16 through 17 of the Superseding indictment, **Patrick A. Triumph**, did willfully obstruct and impede the administration of justice during the course of the internal Revenue Service (IRS) investigation of him by instructing Angella Downer, Sylvanius Downer, Annette Shabazz and [Pekah Wallace] to provide false documents and information to IRS investigators. - DELETED - "PEKAH WALLACE" |

U.S. v. Triumph, CrNo. 3:02Cr81

| COUNT | NAME OF TAXPAYER | DATE-ON OR ABOUT TAX RETURN OR AMENDED TAX RETURNED FILED | SUPERSEDING INDICTMENT | CONSTRUCTIVE AMENDMENT | APPEAL No. 04-6400-CR [OBSTRUCTION OF JUSTICE] |
|---|---|---|---|---|---|
| 7 | Angella Downer | 4/15/97 | **VIOLATION** **COUNT 39.** [Obstruction of Justice] Title 26 U.S.C. Section 7212(a) | **VIOLATION** **SPECIAL FINDINGS** [Obstruction of Justice] U.S.S.G Sec.3C1.1 | **VIOLATION** **SPECIAL FINDINGS** [Obstruction of Justice] U.S.S.G Sec.3C1.1 |

[SPECIAL FINDINGS]

**SUPERSEDING INDICTMENT column:**

In or about March 1998, in the District of Connecticut, the defendant, **Patrick A. Triumph**, did corruptly obstruct and impede, and endeavor to obstruct and impede the due administration of the Internal Revenue Service, and officers and employees thereof acting in their official capacity, in connection with that agency's efforts to investigate his preparation of individual tax returns and amended tax returns by advising, persuading and instructing a third party, **Pekah Wallace**, to provide false and misleading information to the Internal Revenue Investigators.

All in violation of Title 26, United States Code, Section 7212(a)

**CONSTRUCTIVE AMENDMENT column:**

With respect to Counts 5 through **8** and **16** through **17** of the Superseding indictment, **Patrick A. Triumph**, did willfully obstruct and impede the administration of justice during the course of the Internal Revenue Service (IRS) investigation of him by instructing Angella Downer, Sylvanius Downer, Annette Shabazz and **[Pekah Wallace]** to provide false documents and information to IRS investigators.

– DELETED –
"PEKAH WALLACE"

U.S. v. Triumph, CrNo. 3:02Cr81    APPEAL No, 04-6400-CR

[SPECIAL FINDINGS]

CONSTRUCTIVE AMENDMENT

SUPERSEDING INDICTMENT

[OBSTRUCTION OF JUSTICE]

| COUNT | NAME OF TAXPAYER | DATE-ON OR ABOUT TAX RETURN OR AMENDED TAX RETURNED FILED | VIOLATION | VIOLATION SPECIAL FINDINGS |
|---|---|---|---|---|
| 8 | Sylvanius Downer | 4/15/97 | **VIOLATION** **COUNT 39.** [Obstruction of Justice] **Title 26 U.S.C. Section 7212(a)** <br><br> In or about March 1998, in the District of Connecticut, the defendant, **Patrick A. Triumph**, did corruptly obstruct and impede, and endeavor to obstruct and impede the due administration of the Internal Revenue Service, and officers and employees thereof acting in their official capacity, in connection with that agency's efforts to investigate his preparation of individual tax returns and amended tax returns by advising, persuading and instructing a third party, <u>**Pekah Wallace**</u>, to provide false <u>and misleading information to the Internal Revenue Investigators.</u> <br><br> All in violation of Title 26, United States Code, Section 7212(a) | **VIOLATION** **SPECIAL FINDINGS** [Obstruction of Justice] **U.S.S.G Sec.3C1.1** <br><br> With respect to Counts 5 through 8 and **16** through **17** of the Superseding indictment, **Patrick A. Triumph**, did willfully obstruct and impede the due administration of justice during the course of the Internal Revenue Service (IRS) investigation of him by instructing Angella Downer, Sylvanius Downer, Annette Shabazz and <u>**[Pekah Wallace]**</u> to provide false documents and <u>provide false information to IRS investigators.</u> <br><br> <u>- DELETED -</u> <u>**"PEKAH WALLACE"**</u> |

## COUNT FORTY

10.    Paragraphs 1-5 of this Superseding Indictment are incorporated herein.

11.    On or about July 10, 2002 and July 17, 2002, in the District of Connecticut, the defendant, **PATRICK A. TRIUMPH**, having been charged with thirty-eight counts of violating Title 26, United States Code, Section 7206(2), each a felony, and having been granted pre-trial release, pursuant to Chapter 207 of Title 18, United States Code, in connection with said criminal charges for appearance in the United States District Court for the District of Connecticut in New Haven, Connecticut on July 10, 2002 and July 17, 2002 in Case No. 3:02CR81(JBA) entitled *United States of America v. Patrick A. Triumph*, did knowingly and wilfully fail to appear as required.

All in violation of Title 18, United States Code, Section 3146(a)(1).

## ADDITIONAL ALLEGATIONS REQUIRING SPECIAL FINDINGS

12.    The conduct of the defendant, **PATRICK A. TRIUMPH**, as set forth in Counts 1-38 of this Superseding Indictment resulted in a tax loss greater than $40,000.00.

13.    With respect to Counts 1-38 of this Superseding Indictment, the defendant, PATRICK A . TRIUMPH, was in the business of preparing tax returns.

14.    With respect to Counts 5 through 8 and 16 through 17 of this

12

Superseding Indictment, the defendant, **PATRICK A. TRIUMPH**, did willfully obstruct and impede and attempt to obstruct and impede the administration of justice during the course of the Internal Revenue Service (IRS) investigation of him by instructing Angella Downer, Sylvanius Downer, Annette Shabazz and Pekah Wallace to provide false documents and information to IRS investigators.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
RONALD S. APTER
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

_____
S. DAVE VATTI
ASSISTANT UNITED STATES ATTORNEY

13

UNITED STATES v. TRIUMPH

Case No. 3:02CR81 (JBA)

Appeal No. 04-6400-CR

26 U.S.C. Section
7206(2)

MATERIALITY

| COUNT | NAME OF TAXPAYER | TAX YEAR | DATE - ON or ABOUT TAX RETURN or AMENDED TAX RETURN FILED | FALSE AND FRADULENT ITEM | CHILD CARE EXPENSES -TAX LOSS- |
|---|---|---|---|---|---|
| 16 | ANNETTE SHABAZZ | 1995 AMENDED Tax Return | 1/6/97 | CLAIMED FALSE CHILD CARE PROVIDER | CORRECT - $0 - |
| 17 | ANNETTE SHABAZZ | 1996 Original Tax Return | 4/15/97 | CLAIMED FALSE CHILD CARE PROVIDER | CORRECT - $0 - |

Angella C. Thompson
Amended Affidavit of Witness

December 30, 2004

This Affidavit is made in reference to my Grand jury Testimony in the case of United States vs. Patrick Triumph, CRNO.3:02CR81(JBA). I have amended it for clarity.

- My name is Angella C. Thompson
- My date of birth is July 7, 1974
- I reside at 12 Kent Lane Bloomfield CT 06002, and 436 Jefferson Avenue Brooklyn, NY 11221, I have dual residency.
- I was the owner and accountant of Tri Tax Professionals for the period of January 1998 to March 2002.
- I have worked in association with Patrick Triumph of Tri Tax Accounting services during the period of April 1997, to March 2002.
- I was also the Business owner of the Wharf Management Group for the period of November 2001 to April 2003.
- I was subpoena as a witness to testify to a Grand Jury proceeding in the indictment of Patrick A. Triumph
- The date of my testimony was not March 19th, 2002.
- I do recall the date of my Grand jury testimony to have been on March 26th, 2002
- The date of my recollection was a day that I have associated with my best friend Carl Craig's birthday which is March 26th. As a result of my testimony, I was not able to participate in any of his Birthday festivities.
- The date of my recollection was also approximately 3 weeks after my Electronic Filing capacities were interrupted, on March 2, 2002.
- I do state that I would not have testified on March 19, 2002.

The statements made in this affidavit are made willingly and voluntary without any promises or threats. I swear under penalty of perjury under the United States Laws that my statements are true and correct. (28U.S.C.Section1746; 18U.S.C. Section 1621)

Signed,

*January 12, 05*

*Angella C. Thompson*    *Nelle Mickailova*

Angella C. Thompson

NELLIE MICKAILOVA
Notary Public, State of New York
No. 07MI6...
Qualified in Kings County
My Commission Expires 06 06 2006

**CORNELL**

Cornell Companies, Inc.
People Changing People

June 21, 2005

Honorable Judge Janet Bond-Arterton
United States District Judge
District of Connecticut
United States Courthouse
141 Church Street
New Haven, CT 06510

RE:  **Triumph, Patrick (Pro-Se)**

Dear Honorable Judge Janet Bond-Arterton:

Please be advised that detainee Patrick Triumph, #14622-014, was originally received at the Donald W. Wyatt Detention Facility on July 29, 2003. He is being held for the United States Marshals Service- Connecticut District on income tax charges. He was transferred from this facility on February 2, 2005 to the Federal Bureau of Prisons. He was recently transferred back to the facility on June 15, 2005.

During his detention at this facility, Mr. Triumph has maintained a positive attitude and adjustment. He has remained infraction free. Mr. Triumph has actively participated in the programs that the facility has offered the detainee population. Mr. Triumph participated in the Men and Violence program conducted at the facility by the Rhode Island College Psychology Department. He also participated in the Alcoholics Anonymous and Narcotics Anonymous programs. Mr. Triumph was very active in the educational department by taking the following courses; Spanish, Chemistry, Biology, Literature classes, U.S. History, Typing, Essay Writing, and Vocational Training. He has been utilized as a tutor in the Economics educational classes. Mr. Triumph was hired in the Detainee Work Program as a law library clerk. He received good evaluations from the staff in charge of his work performance. He attends Christian religious services on a weekly basis. Upon his return back to the facility he is actively pursuing participation in programs.

Mr. Triumph has attempted to improve himself by his active participation in the programs provided to the detainees at this facility. He has maintained a positive attitude in his pursuit of improving himself.

If you should have any questions, please feel free to contact my office at (401) 729-1190 at extension 154.

Sincerely,

James M. O'Gara
Case Manager

Cornell Companies, Inc. • Donald W. Wyatt Detention Facility • 950 High Street • Central Falls, Rhode Island 02863
401-729-1190 • Fax 401-729-1194 • www.cornellcompanies.com