```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

United States                    :
                                 :
v.                               :      No.  3:02cr81(JBA)
                                 :
Patrick Triumph                  :

### Endorsement Order

1. Defendant's Motion for Reconsideration of Release Pending Appeal [Doc. # 391], and Motion for Certificate of Probable Cause for Denial of Motion for Release Pending Appeal [Doc. # 420], and Emergency Motion for Immediate Release [Doc. # 431]  are DENIED. 18 U.S.C. § 3143(b) provides a court "shall order that a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal or a petition for a writ of certiorari, be detained, unless the judicial officer finds-

> (A) by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c) of this title; and
> (B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in--
> (i) reversal,
> (ii) an order for a new trial,
> (iii) a sentence that does not include a term of imprisonment, or
> (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.
>
> If the judicial officer makes such findings, such judicial

> officer shall order the release of the person in accordance with section 3142(b) or (c) of this title, except that in the circumstance described in subparagraph (B)(iv) of this paragraph, the judicial officer shall order the detention terminated at the expiration of the likely reduced sentence.

This Court has previously found that defendant posed a serious risk of flight, because he previously failed to appear for a court proceeding, having fled the country. Defendant therefore cannot satisfy subsection (A). In addition, there is no basis for finding that defendant's appeal will likely result in a new trial, a sentence that does not include a term of imprisonment, or a sentence that is less than the time already served, for the reasons discussed on the record of June 27, 2005, and in prior rulings.

2. Defendant's Motion to Correct Illegal Sentence [Doc. # 414] is DENIED, for the reasons set out on the record of June 27, 2005.

3. Defendant's Motion to Expedite Resentencing [Doc. # 429] is DENIED as moot.

4. The Government's Motion for Post-Crosby Proceedings on Remand [Doc. # 428] is GRANTED as set forth on the record of June 27, 2005.

5.  Defendant's Motion for Transcript of Grand Jury Minutes to Accompany Record of Appeal [Doc. # 417] is DENIED.  Defendant received grand jury transcripts of testifying witnesses prior to trial, and the record of proceedings before this Court are included in the record on appeal.  Defendant may pursue his claims on appeal.

6.  Defendant's Motion for Additional Transcript for record on Appeal [Doc. # 418] is DENIED.  Defendant fails to identify any issues on appeal related to the proceedings of April 1, 2002, February 4, 2003, July 30, 2004, or August 4, 2004.

6.  Defendant's Petition for Writ of Error Coram Nobis [Doc. # 419] is DENIED.  The Court construes this motion as a habeas corpus petition, which is governed in federal court by 28 U.S.C. § 2255.  This motion is denied, without prejudice to renew upon resolution of his direct appeal, for the reasons discussed in this Court's order of January 20, 2005 [Doc. # 393].

                      IT IS SO ORDERED.

                      _____/s/_____
                      Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut, this 27th day of June, 2005.**