UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL 18 A 02cr581 (JBA)

| | |
|---|---|
| United States of America<br>Plaintiff-Appellee,<br><br>vs<br><br>Patrick A. Triumph,<br>Defendant-Appellant | Case No. 3:02cr581 (JBA)<br>Appeal No. 04-6400-CR<br><br>**MOTION FOR TRANSCRIPT<br>OF GRAND JURY TRANSCRIPTS<br>TO ACCOMPANY RECORDS ON<br>APPEAL.** |

NOW COMES, the Defendant-Appellant. Patrick A. Triumph, pro-se, and respectfully moves this Honorable Court to have the Grand Jury Transcript of Grand Jury witnesses, Angella C. Thompson and Pekah Wallace, as well as the Copy of Affidavit from the Grand Jury's Witness Angella C. Thompson ( see Amended Affidavit of Angella C. Thompson); transferred as part of the Records on Appeal in this cause to the Second Circuit Court of Appeals.

> In support thereof, the defendant-appellant states as follows:
> 1. One of the principal questions raised on the motion to dismiss the Indictment and one of the principal issues to be presented to the Court of Appeals is based on the Affidavit of the Grand Jury witness Angella C. Thompson that she never testify to the Grand Jury at the time of the True Bill of the Indictment dated March 21, 2002. The Question to be presented to the Second Circuit is if in bringing and accussed to justice, the Government commits "deliberate, unnecessary and unreasonable" violations of that person's Fifth Amendment right to a Grand Jury Indictment, which are "outrageous and shocking to the conscience, " whether Due Process will not allow a Court to exercise Jurisdiction over that person?

-1-

2. The Defendant-Appellant request that the Docket Entries for the Date of March 21, 2002, the appointment of Assistant U.S. Attorney, David X. Sullivan be made clear in the submitted record on Appeal.

3. Accordingly, the transcript was, at the time of the trial, in the possession of the Assistant U.S. Attorney, S. David Vatti, and, to the best of the Defendant-Appellant's belief, is still in his possession and can be produced for filing as requested in this motion.

Respectfully submitted,

Dated: July 12, 2005

Patrick A. Triumph
Defendant-Appellant, pro-se