UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

FILED

2005 JUL 26  A 8: 23

United States of America,
Appellee.

vs.

Patrick A. Triumph,
Appellant.

Case No. US. 3:02cr81

Appeal No. 04-6400-CR

**MOTION FOR TRANSCRIPTS OF JURY SELECTION AND PRELIMINARY HEARING.**

**NOW COMES**, the Defendant-Appellant, Patrick A. Triumph, pro-se, and respectfully moves this Honorable Court to provide him with copies of the Transcripts of the Jury Selection and Preliminary Hearings of Both Trial Proceedings. Specifically, it is respectfully requested that this Court provide the Defendant-Appellant with advance approval of all costs attendant to the copying of the trial transcript. In support thereof, the Defendant-Appellant states the following:

> 1. On June 27th, 2005, the Defendant-Appellant's Motion For the said Transcripts of the Jury Selection and the Preliminary Hearing proceedings of the First and Second Trial proceedings were Denied by the District Court.
>
> 2. Prior to this Motion for said Transcript, the Defendant-Appellant was advised by the District Court Reporter, Falzarano Court Reporters, that the said Transcripts were not transcribed by the Falzarano Court Reporters and that the Official Court Reporter is Sharon Montini.
>
> 3. On or about June 30, 2005, the Defendant-Appellant request said Transcripts from Ms. Sharon Montini, Official Court Reporter under the Authority of Rule 10(b), of the Federal Rules of Appellate Procedure and the Criminal Justice Act pursuant to 18 U.S.C. Section 3006(A).
>
> 4. Previously, the District Court approved Appellant's request for costs incurred in obtaining the Trial and Sentencing Transcript, and Denied the Approval of this requested Transcript.
>
> 5. The Defendant-Appellant affirms that these Transcripts are necessary for the adequate and meaningful preparation of this Appeal. Moreso, in order to prepare the Statement

-1-

-2-

of Issues, Designations and the Brief, it is necessary that the Defendant-Appellant have the opportunity to first review these requested transcript.

**WHEREFORE,** this Honorable Court is respectfully urged to grant advance approval of the cost of these transcripts of the Jury Selection and the Preliminary Hearings of The First and Second Trial proceedings.

Respectfully submitted,

Dated: July 17, 2005

Patrick A. Triumph
Defendant-Appellant, pro-se