D. Conn.
02-cr-00081
Arterton, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 26th day of July two thousand and five,

Present:
    Hon. Jon O. Newman,
    Hon. Richard C. Wesley,
    Hon. Peter W. Hall,
        *Circuit Judges.*

---

United States of America,

        Plaintiff-Appellee,    05-2572-op

v.

Patrick Triumph,

        Defendant-Appellant.

---

Petitioner, *pro se*, petitions this Court for a writ of mandamus. Petitioner has also filed a motion for leave to proceed *in forma pauperis*. Upon due consideration, it is ORDERED that leave to proceed *in forma pauperis* is granted for the purpose of permitting this petition for a writ of mandamus to be filed. It is further ORDERED that the writ of mandamus is denied. Petitioner has not satisfied the requirements for the issuance of a writ of mandamus. *See In re Steinhardt Partners, L.P.*, 9 F.3d 230, 233 (2d Cir. 1993).

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK
JUL 26 2005

Certified: 7/27/05