UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

FILED
2005 AUG -5 P 1:07
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| United States of America,<br>Plaintiff-Appellee,<br><br>-vs-<br><br>Patrick A. Triumph,<br>Defendant-Appellant | Case No: N3:02Cr81<br><br>Appeals No. 04-6400-CR<br><br>**MOTION TO SUPPLEMENT<br>RECORD ON APPEAL AND<br>TO EXTEND TIME FOR<br>APPELLANT'S BRIEF** |

**NOW COMES** the Defendant-Appellant, Patrick A. Triumph, pro-se, and, pursuant to Rule 10 (e) of the Rules of Appellate Procedure, respectfully moves this Honorable Court for an Order directing the Clerk of the District Court to Supplement the Record on Appeal by filing with this Court the completed Transcripts of the Jury Selection and the Preliminary Hearing of both trial proceedings in this captioned case. The Defendant-Appellant further seeks to supplement the Record on Appeals with the Transcripts of the Resentencing Hearing conducted on June 27, 2005, the Presentencing Report (PSR), and the Defendant's Sentencing in connection with the Sentencing Hearing on December 16, 2004 and the Resentencing Memorandum conducted on June 27, 2005. Additionally, the Defendant-Appellant seeks to supplement the Record with the Government's Exhibits 21b; [Celestine Alston, 1994 Amended Return] and 32b; [Vincent Collins, 1993 Amended Return]. Also, the Defendant-Appellant seeks that the Record be supplemented with the Affidavit if the Grand Jury Witness,

Angella C. Thompson, as well as her testimony to the Grand Jury dated March 21. 2002. Further, the Defendant-Appellant seeks that the following Pre-Trial Motions be submitted as Supplement to the Record on Appeal.

1. Motion to Dismiss Indictment due to Prosecutorial Misconduct and Fraud in the Grand Jury Indictment.
2. Motion to Dismiss Indictment due to Selective and Vindictive Prosecution.
3. Motion to Dismiss due to Constructive Amendment to Grand Jury Indictment.
4. Motion to Dismiss Indictment due to Statute of Limitation.
5. Motion to Dismiss Indictment due to Double Jeopardy.
6. Motion to Dismiss Indictment due to Speedy Trial Violation.
7. Motion for Evidientiary Hearing into Prosecutorial Misconduct in the Grand Jury
8. Motion for the Recusal of the District Court Judge.
9. Motion for Mistrial due to Attorney-Client's Sixth Amendment violation.
10. Motion to Dismiss due to the Withholding of Excupatory Evidence.
11. The Copy of the Peremptory challenge in connection with the Jury Selection Proceedings.
12. Motion to Dismiss Indictment due to Perjured Testimony by the IRS Special Agent.
13. All Related Memorandum and Supplemental Memorandum in connection with the above Motions.

In addition, the Defendant-Appellant respectfully moves this Honorable Court to extent the time for the filing of the filing of his Brief on Appeal until Sixty (60) days following the filing of the complete record on appeal with this Court.

In suuport thereof, the Defendant-Appellant states as follows:

-2-

1. The Transcripts of the Jury Selection and the Preliminary Hearings in both Trial proceedings with which the Defendant-Appellant seeks to supplement the Record are essential for a full and fair review by this Court.

2. Each of these missing portions of the record are essential to a full and fair review of the proceedings and rulings below by this Court.

3. In order for Defendant-Appellant to complete his brief on appeal, it is necessary for him to review those Transcripts from the District Court, and the other requested motions as requested above.

4. Through the Denial by the District Court for the Transcripts of the Jury Selection and the Preliminary Hearing in both Trial Proceedings, it is therefore necessary that additional time be allowed to accomplish this.

5. Further, the record is voluminous, containing multiple motions and Transcript, making it necessary for the Defendant-Appellant to obtain additional time to perfect the appeal.

**WHEREFORE,** Defendant-Appellant respectfully moves this Honorable Court for an Order directing the Clerk of the District Court to supplement the Record on Appeal as requested above, and to extend the time for the filing of his Brief on Appeal until Sixty (60) days following the filing of the complete Record on Appeal with the Clerk of the Court of Appeals.

Respectfully submitted,

Dated: August 2, 2005

Patrick A. Triumph
Defendant-Appellant, pro-se

-3-