Patrick A. Triumph
Reg No. 14622-014
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

August 25, 2005

Kevin Rowe
Clerk of Court
U.S. District Court
141 Church St.
New Haven, CT 06510

RE: United States v. Triumph, Cr No. 3:02.CR.81(JBA)

Dear Mr. Rowe:

Pursuant to Rule 10(e) of the Federal Rules of Appellate Procedure, I respectfully request the inclusion of the "Motion for Recusal" filed in this court on or around December 15, 2004 in the docketed entry in the above-referenced case. The review of the docket entries to date reveals that this Motion for Recusal may have been inadvertently omitted in the due process of accurate reporting mandated under the responsibilities of the Clerk of the Court.

Accordingly, please provide me with an updated and corrected docket entry, as well as the necessary modification of the record on

Appeal in this cause.
I look forward to your timely compliance.
Respectfully,

*[signature]*

Patrick A. Tomasi
Defendant appellant, pro se

cc: File