```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

United States                    :
                                 :
v.                               :       No.  3:02cr81(JBA)
                                 :
Patrick Triumph                  :
```

**Endorsement Order**

1. Defendant's Motion For Transcript of Grand Jury Witnesses [Doc. # 439] is DENIED, for the reasons stated in this Court's June 27, 2005 order.  See [Doc. # 436] ¶ 5.

2. Defendant's motion to Correct Presentence Investigation Report [Doc. # 440] is DENIED, as untimely.  Defendant had ample opportunity to respond to the presentence report prior to sentencing.

3. Defendant's Motion for Transcripts of the Jury Selection and Preliminary Hearings of both trial proceedings [Doc. # 441] is directed to the Second Circuit Court of Appeals, and is denied without prejudice to renew at the Second Circuit.  Defendant's conclusory claim that transcripts of the jury selection and preliminary proceedings "are necessary for the adequate and meaningful preparation of [his] Appeal," [Doc. # 441] at 1, does not provide a basis for construing defendant's motion as one for reconsideration of the Court's earlier denial of transcripts.

4. Defendant's Motion to Correct Substituted Judgment on Remand [Doc. # 443] is DENIED.  Title 18 U.S.C. § 3583(d) requires that the Court impose, as an express condition of supervised release, that the defendant cooperate in the collection of a DNA sample from the defendant, and collection of such a sample is authorized by 42 U.S.C. § 14135a.  Defendant's constitutional challenges to his resentencing hearing lack merit.  The Government's position was made clear in its Motion for Post-Crosby proceedings on Remand [Doc. # 428], and defendant was given notice and a full opportunity to be heard.

5. Defendant's Motion to Supplement Record on Appeal and To Extend Time for Appellant's Brief [Doc. # 445] should be directed to the Second Circuit Court of Appeals, and denied without prejudice to renew before the Second Circuit. Defendant is requested to not file copies of his motions to the Second Circuit with this Court.

                              IT IS SO ORDERED.

                                  /s/

                            Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut, this 31st day of August, 2005.**