UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
    Plaintiff-Appellee,

    vs.

PATRICK A. TRIUMPH,
    Defendant-Appellant.

Case No. 3:02CR81(JBA)

Appeal No. 04-6400-cr

## MOTION FOR EXPENDITURE OF FUNDS FOR TRANSCRIPTS OF PRELIMINARY HEARING AND JURY SELECTION

**COMES NOW** the Defendant- Appellant, Patrick A. Triumph, pro-se, and respectfully moves this Honorable Court for authorization of the requisite funds for payment of the Transcripts of the Preliminary Hearing and the Jury Selection Proceedings in the above-captioned case.

Pursuant to the United States Court of Appeals, For the Second Circuit, Order dated December 20, 2005, the Appellant is instructed to as follows:

> "Appellant is also instructed to contact his prior attorneys to determine if they possess the transcripts at issue; if not, he may contact the court reporter in the district court to obtain the transcripts of any proceedings he has not already received. See 28 U.S.C. § 753(f); Fed.R.App.P. 10(b). If the court reporter refuses to provided, without payment of new fees, new copies of transcripts that were already produced and paid for, Appellant should request the district court to determine where the original copies were sent and, if the copies cannot be retrieved, whether the court reporter should be compensated for new transcripts, so that Appellant may receive them."

-1-

Accordingly, Appellant re-affirms as follows:

1. The Transcripts of the Preliminary Hearing and Jury Proceedings are necessary for a Meaningful, adequate and effective appeal.

2. Appellant is incarcerated and has no income or assets to obtain the Transcripts of the Preliminary Hearing and the Jury Selection Proceedings.

3. Appellant believes that he is entitled to these Transcripts of the Jury Selection and Preliminary Hearing at the Expense of the United States.

4. Appellant contends that without these Transcripts of the Preliminary Hearing and Jury Selection Proceedings he will be denied Procedural and Substantial Due Process to a meaningful, adequate effective appeal.

5. The Appellant has receive instructions from the United States Court of Appeals, for the Second Circuit to request this court ..."**whether the court reporter should be compensated for new transcripts, so that Appellant may receive them.**"

**WHEREFORE,** Appellant respectfully request the Transcripts of the Preliminary Hearing and the Jury Selection Proceedings, and for such other consideration that may be deem fair and proper in sub judice.

Dated: Oakdale, Louisiana

Respectfully submitted

Patrick A. Triumph
Defendant-Appellant, pro-se

## CERTIFICATION OF SERVICE

I, Patrick A. Triumph hereby certify that a true copy of the foregoing "Motion for Expenditure of Funds For Transcripts of the Preliminary Hearing and the Jury Selection Proceedings" was served via United States pre-paid Postage upon the following person:

>David A. Ring, Esq.
>Assistant U.S. Attorney
>United States Attorney's Office
>157 Church Street
>New Haven, CT 06510

Dated : Oakdale, Louisiana
December 30, 2005

_____
Patrick A. Triumph
Defendant-Appellant, pro-se
Federal Detention Center
Reg. No. 14622-014
Post Office Box 5010
Oakdale, LA 71463-5010