## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | **Crim. No. 3:02cr81 (JBA)** |
| | : | |
| PATRICK TRIUMPH | : | |

### Endorsement Order

Defendant's Motion for Expenditure of Funds for Transcripts of Preliminary Hearing and Jury Selection [Doc. # 449] is DENIED. Defendant was instructed by the Clerk of Court for the Second Circuit Court of Appeals to take certain steps to obtain copies of these transcripts, including contacting his prior attorneys, but his motion does not indicate whether he has taken any of these steps, or to what effect.

IT IS SO ORDERED.

/s/
_____
JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 26th day of January, 2006.**