UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 FEB 10  A 8: 12

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff-Appellee, ) | Case No. 3:02CR81(JBA) |
| ) | |
| ) | Appeal No. 04-6400-CR |
| vs. ) | |
| ) | |
| PATRICK A. TRIUMPH ) | |
|     Defendant-Appellant, ) | |

## MOTION FOR RECONSIDERATION OF MOTION FOR EXPENDITURE OF FUNDS FOR TRANSCRIPTS OF PRELIMINARY HEARING AND JURY SELECTION

    Defendant-Appellant respectfully moves this Honorable Court for Reconsideration of the Denial of the Motion for Expenditure of Funds for Transcripts of the Preliminary Hearing and Jury Selection Proceedings in the above Caption case.

    Defendant-Appellant now fully adheres to the insructions of the Clerk of Courts for the Second Circuit Court of Appeals and duly submits that all the necessary steps to obtain copies of these transcripts, including contacting all prior attorneys and stand-by attorney, were taken to obtain the Transcripts of the Preliminary Hearing and Jury Selection Proceedings.

    Moreso, Defendant-Appellant submits that he acted **pro se** during the entire trial proceedings, including the Jury Selection of the Second Trial Proceedings. Hence, Defendant-Appellant request for Expenditure of Transcript

is consistent with the instructions by the Second Circuit Court of Appeals.

Further Defendant-Appellant has contacted the Court Reporters, Ms Sharon Montini and Ms Falazzaro pursuant to **28 U.S.C. § 753(f);** **Fed.R.App.P. 10(b);** for these transcripts in accordance to the accordance to the Second Circuit Court of Appeals. The Court Reporters have failed to comply with these requests for said transcripts.

Defendant-Appellant affirms that without these Transcripts of the Preliminary Hearing and Jury Selection Proceedings he will be denied Procedural and Substantial Due Process to a Meaningful, Adequate and Effective Appeal.

**WHEREFORE,** Defendant-Appellant prays the this Honorable Court Grant this Expenditure of Funds to obtain the Transcripts of the Preliminary Hearing and the Jury Selection Proceedings, and for such other considerations that may be fair and just in sub judice.

Dated: January 30, 2006

Respectfully submitted

Patrick A. Triumph
Defendant-Appellant, pro-se

## CERTIFICATION OF SERVICE

I Patrick A. Triumph hereby certify that a True Copy of the Foregoing "Motion for Reconsideration of Motion for Expenditure of Funds For Transcripts of the Preliminary Hearing and Jury Selection Proceedings" was served via United States prepaid postage upon the following persons:

>David A. Ring
>Assistant U.S. Attorney
>United States Attorney's Office
>157 Church Street
>New Haven, CT 06510

Dated: Oakdale, Louisiana
       January 30, 2006

>Patrick A. Triumph
>Defenadant-Appellant, pro-se
>Federal Detention Center
>Post Office Box 5010
>Oakdale, LA 71463-5010