UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN, CONNECTICUT

FILED

2006 MAR -6  P 12: 38

UNITED STATES OF AMERICA,
Plaintiff-Appelle,

vs.

PATRICK A. TRIUMPH
Defendant-Appellant

Case No. 3:02cr81(JBA)

Appeal No. 04-6400-CR

## MOTION FOR DISCLOSURE OF APPOINTMENT DATES
## OF THE ASSISTANT UNITED STATES ATTORNEYS
## IN THE CRIMINAL DOCKET

**COMES NOW** the Defendant-Appellant ("Appellant") Patrick A. Triumph, pro-se, and respectfully request that this Honorable Court Disclosed the respective **Appointment Dates** of the **Assistant United States Attorneys, to wit, David X Sullivan; James I. Glasser; and Jon A. Danaher.**

Notably, the Appellant states that the Docket Entry of the Appointment dates of the above-named Assistant United States Attorneys were entered in the Criminal Docket prior to the referenced **Certified Criminal Docket** dated 2/10/2006, prepared by the Deputy Clerk, Ms Verna Jefferson. (See Attached Docket Sheet Entry No. 1).

Further, The Appellant states the the Record of this Criminal Case is absolutely and Pellucidly clear that the aboved-named Assistant United States Attorneys were appointed to the case on **March 21st, 2002,** hence, may have been inadvertently, and not intentionally, omitted in the preparation of this Certified Docket, Record on

Appeal, et al.

Appellant affirms that the Disclosure of the Correct Appointment Dates are sine qua non for the meaningful and just appeal currently being briefed in the Second Circuit Court of Appeals, and continued indisclosure of the Appointment dates of theses referenced AUSA to this case will arbitrary and capricously deny appellant of his fundamental substantive and due procedural Due Process and impugn on the fairness, integrity and pubic reputation of the Appellate Proceedings.

**WHEREFORE,** Appellant ex abundanti cautela prays that this Hnorable Court correctly disclosed the appointment dates of the Assistant United States Attorneys in the Docketed Record on Appeals.

Dated: February 24, 2006

Respectfully submitted,

Patrick A. Triumph
Defendant-Appellant, pro-se

APPEAL, CLOSED

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:02-cr-00081-JBA-ALL

Case title: USA v. Triumph

Date Filed: 04/01/2002

Assigned to: Judge Janet Bond Arterton
Referred to: Judge Joan G. Margolis

**Defendant**

**Patrick Triumph** (1)
*TERMINATED: 01/18/2005*
*also known as*
Sealed 3:02cr81
*TERMINATED: 01/18/2005*

represented by **Patrick Triumph**
Fed. #14622-014
State #313041
Federal Detention Center
PO Box 5010
Oakdale, LA 71463
PRO SE

**Katrena K. Engstrom**
Williams & Pattis
51 Elm St.
Ste. 409
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
Email: kengstrom@johnrwilliams.com
*TERMINATED: 10/21/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Norman A. Pattis**
649 Amity Rd., PO Box 280
Bethany, CT 06524
203-393-3017
Fax: 203-393-9745
Email: npattis@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Robert J. Percy**
Convicer & Percy

**Notice**

United States Court of Appeals

**Notice**

**USCA**                                   represented by **USCA**
                                            40 Foley Square
                                            New York, NY 10007
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**USA**                                     represented by **Christine L. Sciarrino**
                                            U.S. Attorney's Office-NH
                                            157 Church St., 23rd floor
                                            PO Box 1824
                                            New Haven, CT 06510
                                            203-821-3780
                                            Fax: 203-773-5373
                                            Email: Christine.Sciarrino@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **David A. Ring**
                                            U.S. Attorney's Office-HFD
                                            450 Main St. Room 328
                                            Hartford, CT 06103
                                            203-821-3700
                                            Fax: 203-821-3829
                                            Email: david.ring@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                         ✱  **David X. Sullivan**
                                            U.S. Attorney's Office-NH
                                            157 Church St., 23rd floor
                                            PO Box 1824
                                            New Haven, CT 06510
                                            203-821-3700
                                            Fax: 203-773-5376
                                            Email: David.Sullivan@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                         ✱  **James I. Glasser**

U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510
203-821-3700
Fax: 203-773-5378
Email: James.Glasser3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Danaher, III**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103
860-947-1101
Fax: 860-240-3291
Email: john.danaher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**S. Dave Vatti**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103
860-947-1101
Fax: 860-240-3291
Email: dave.vatti@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2002 | 1 | SEALED INDICTMENT returned in New Haven before JGM as to Patrick A Triumph (1) count(s) 1-38; assigned to Hartford rotation, bench warrant to iss (Ruocco, M.) (Entered: 03/21/2002) |
| 03/21/2002 | | Arrest WARRANT issued as to Patrick A. Triumph (Ruocco, M.) (Entered: 03/21/2002) |
| 04/01/2002 | | ARREST of Patrick Triumph (Blue,A.) (Entered: 04/02/2002) |
| 04/01/2002 | 2 | Initial presentment held as to Patrick Triumph Defendant informed of rights. (Blue,A.) (Entered: 04/02/2002) |
| 04/01/2002 | 3 | SCHEDULING ORDER as to Patrick Triumph setting Substantive Motions c 4/22/02 Government Response due by 4/29/02 Voir Dire Questions due by 4/ Proposed Jury Instructions due by 4/24/02 Jury Selection for 9:00 5/1/02 for 1 Triumph ( signed by Mag. Judge Thomas P. Smith ) (Blue,A.) (Entered: 04/02/2002) |

## CERTIFICATION OF SERVICE

I, Patrick A. Triumph, pro-se, hereby certify that a True copy of this foregoing "**Motion For Disclosure of the Appoinment Dates of the Assistant United States Attorneys in the Criminal Docket**" in the case No. CrNo.3:02Cr81 was served upon the following:

>David A. Ring
>Assistant United States Attorney
>U.S. Attorney's Office-NH
>157 Church St, 23 Floor
>P.O. Box 1824
>New Haven, CT 06510

Dated: February 24th, 2006

>Patrick A. Triumph
>Reg. No. 14622-014
>FDC Oakdale
>P.O. Box 5010
>Oakdale, LA 71463-5010