UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN, CONNECTICUT

FILED

2006 MAR -7 A 10: 51

UNITED STATES OF AMERICA,
    Plaintiff-Appellee,

vs.

PATRICK A. TRIUMPH,
    Defendant-Appellant.

Case No. U.S.3:02cr81(JBA)

Appeal No. 04-6400-CR

## AFFIDAVIT IN SUPPORT OF APPELLANT'S MOTION FOR RECONSIDERATION FOR EXPENDITURE OF FUNDS FOR TRANSCRIPTS OF THE PRELIMINARY HEARING AND JURY SELECTION PROCEEDINGS

I, Patrick A. Triumph, hereby state and affirm as follows:

1. I am the Defendant-Appellant in the above-referenced case.

2. I am presently incarcerated at the Federal Detention Center, Oakdale, Louisiana.

3. I am absolutely destitude and own no property of any kind whatsoever, nor are there any moneys or property due and owning to me from any person.

4. I was pro-se in the complete trial proceedings and continue to be pro-se in the pending Appeal in the Second Circuit United States Court of Appeals.

5. I was ordered by the Court of Appeals to contact the District Court for expenditure

of Funds for the Transcripts of the Preliminary Hearing and jury Selection Proceedings in this case.

6. The Transcripts of **complete Trial Proceedings,** including the Preliminary Hearing and the Jury Selection Proceedings are absolutely necessary for the adequate and meaningful appellate review of the judgement of conviction and sentence in this case.

7. I was granted an extension of time to **April 21st, 2006** in which to file the Appellant's brief and Appendix, and continued indiscretion of the District Court to approve the expediture of Funds for the Preliminary Hearing and Jury Selection Proceedings will substantially prejudice me in the appellate review and deny my fundamantal rights to fairness and Justice guaranteed by the Fifth and Sixth Amendments of the United States Constitution.

8. The Official Court Reporter, Sharon Montini, stated that <u>only</u> "upon receipt of a money order from [you] for the full amount of $1, 1115.86 for regular delivery, or $1,487.81 for expedited delivery, (which includes sales tax), or a copy of a motion granting for either or both of the hearing days, [I] will prepare the transcripts in the appropriate time frame. (see Letter dated February 22, 2006).

9. Further, Ms Delores A. Falzarano, Falzarano Court Reporters, stated in your reply letter dated February 1st, 2006, "please be advised not only did I not report the jury selection, but I have **never** worked with Judge Arterton. (see letter dated February 1st, 2006).

-2-

10. I believe that I am entitled to these Transcripts at the expense of the United States pursuant to the Criminal Justice Act 18 U.S.C. § 3006(A)

**WHEREFORE**, I pray that this Honorable Court the Appellant's Motion for Reconsideration of Funds for the Transcripts of the Preliminary Hearing and Jury Selection Proceedings in the Interest of Justice, fairness and integrity of the Criminal system of Jurisprudence.

Dated: February 28, 2006

Respectfully submitted,

Patrick A. Triumph
Defendant-Appellant, pro-se

### PENALTY OF PERJURY

I, Patrick A. Triumph, having been duly sworn in under the pains and penalty of perjury that the foregoing with the attached letters in support are true and Correct to the best of my knowledge. So help me God. Title 28 U.S.C § 1746

Dated: Oakdale, Louisiana
       February 28, 2006

Patrick A. Triumph

February 22, 2006

Patrick Triumph
Reg. No. 14622-014
Federal Detention Center
Post Office Box 5010
Oakdale, LA  71463-5010

Dear Mr. Triumph,

In response to your request for the transcripts of the preliminary hearing on 8/24/04 and the jury selection held on 8/4/04, I have not received a motion granting the preparation of the transcripts. Until I receive payment directly from you or an approval from the Court that the funds will be provided for the preparation of the transcripts, I am under no obligation to provide said transcripts.

The 8/24/04 transcript is approximately 79 pages and the 8/4/04 transcript is approximately 240 pages. The cost of preparing the transcript is $3.30 per page for ordinary delivery (within 30 days), and $4.40 per page for expedited delivery (within 7 days).

Upon receipt of a money order from you for the full amount of $1,115.86 for regular delivery, or $1,487.81 for expedited delivery, (which includes sales tax), or a copy of a motion granting your request for either or both of the hearing days, I will prepare the transcripts in the appropriate time frame.

Sincerely,

Sharon Montini, RMR

**Falzarano**
COURT REPORTERS                                117 North Saddle Ridge, West Simsbury, CT 06092 Tel. 860.651.0258 Fax 860.658.4341

February 1, 2006

Mr. Patrick A. Triumph
Reg No 14622-014
Federal Detention Center
PO Box 5010
Oakdale, LA 71463-5010

In re: USA v TRIUMPH

Dear Mr. Triumph:

    I am in receipt of your letter of December 28, 2005. You requested transcripts of the jury selection in the above-referenced case. Please be advised not only did I not report the jury selection, but I have never worked with Judge Arterton.

    You need to direct your inquiries to Judge Arterton's court reporter. Thank you.

Sincerely yours,

*Dolores A. Falzarano*

Dolores A. Falzarano

Court Reporter

## CERTIFICATION OF SERVICE

I. Patrick A. Triumph hereby certify that a True copy of the foreging Affidavit aws served via United States First Class pre-paid postage upon the following person(s):

>David A. Ring
>Assistant U.S. Attorney
>United States Attorney's Office
>157 Church Street, 23rd Floor
>P.O. Box 1824
>New Haven, CT 06510

Dated: Oakdale, Louisiana
      February 28th, 2006

>Patrick A. Triumph
>Defendant-Appellant, pro-se
>Reg. No. 14622-014
>FDC Oakdale
>P.O. Box 5010
>Oakdale, LA 71463-5010