UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN, CONNECTICUT

FILED

2006 MAR 20  A 9 18

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>vs.<br><br>PATRICK A. TRIUMPH,<br>    Defendant-Appellant. | CASE NO. 3:02CR81(JBA)<br><br>APPEAL NO. 04U6400-CR |

## MOTION FOR TRANSCRIPT OF GRAND JURY WITNESSES

## TO SUPPLEMENT RECORDS ON APPEAL

NOW COMES, the Defendant-Appellant, Patrick A. Triumph, pro-se, and respectfully moves this Honorable Court to Submit the Transcript of the Grand Jury Witnesses, namely, **Angella Thompson and Pekah Wallace** who testify in the Grand Jury Proceedings in the above-captioned case, to the Court of Appeals.

In support thereof, Appellant states as follows:

1. One of the principal questions raised on the motion for the **Dismissal of the Indictment** was the "Appellant" Substantial and Procedural Rights to a Proper Grand Jury Indictment guaranteed by the Fifth Amendment of the United States Constitution was Flagrantly violated based on Affidavits from the Grand Jury Witnesses. It is the understanding of the Appellant that it is proper and necessary under such circumstances to have the transcript of the Testimony forwarded to the Clerk of the Court of Appeals in order that the Court of Appeals

-1-

may, if it chooses, examine the Transcript for the purpose of ascertaining its contents, while at the same time preserving its secrecy, if such secrecy has not been destroyed.

2. The Transcripts was, at the time of Trial, in the presence of the Assistant United States Attorney, **S.Dave Vatti,** and, to the best of the Defendant-Appellant's belief, is still in his possession and can be produced for filing as requested in this motion.

**WHEREFORE,** the Defendant-Appellant respectfully request that this Honorable Court issue an Order that the United States Attorney filed with the Clerk of this Court the transcript of the testimony of Grand Jury Witnesses, **Angella Thompson** and **Pekah Wallace,** taken before the Grand Jury, and further Order that the Clerk of this Court file said transcript and forward it, to the Clerk of the Court of Appeals at Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, to supplement the Record on Appeals in this cause sent to that court upon appeal.

Respectfully submitted

Dated: March 6th, 2006
      Oakdale, Louisiana

_____
Patrick A. Triumph
Defendant-Appellant, pro-se

## CERTIFICATION OF SERVICE

I. Patrick A. Triumph hereby certify that a true copy of the foregoing **Motion For Transcript of Grand Jury Witnesses to Supplement Records on Appeal** was served upon the following person(s):

> David A. Ring
> Assistant United States Attorney
> United States Attorney's Office-NH
> 157 Church Street, 23rd floor
> Post Office Box 1824
> New Haven, CT 06510

Dated: Oakdale, Louisiana
       March 6th, 2006

*[signature]*

Patrick A. Triumph
Defendant-Appellant, pro-se
Federal Detention Center
Reg. No. 14622-014
P.O. Box 5010
Oakdale, LA 71463-5010