UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN, CONNECTICUT

FILED

2006 MAR 20 A 9: 18

UNITED STATES OF AMERICA,
    Plaintiff-Appellee,

vs.

PATRICK A. TRIUMPH,
    Defendant-Appellant.

CASE NO. 3:02CR81(JBA)

APPEAL NO. 04-6400-CR

## MOTION FOR EXPEDITED RULING ON MOTION FOR EXPENDITURE OF FUNDS FOR TRANSCRIPTS OF PRELIMINARY HEARING AND JURY SELECTION PROCEEDINGS

COMES NOW the Defendant-Appellant, Patrick A. Triumph, pro-se, respectfully request that this Honorable Court render an **Expedited Ruling** on the Pending Motion for Reconsideration for Expenditure of Funds For Transcripts of the Preliminary Hearing and Jury Selection Proceedings, pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure; Title 28 U.S.C. § 753; 18 U.S.C. § 3006(A) of the Criminal Justice Act; and the Second Circuit, United States Court of Appeals Order, dated December 22, 2005.

Appellant futher respectfully request that this Honorable Court authorize Expenditure of Funds for the **Expedited Production** of said Transcripts in order for him to timely submit the Appellant's Brief and Appendix due on or before **April 21, 2006.**

WHEREFORE, for all of the reasons stated in the prior Motions, to wit: **Motion for Expenditure of Funds for Transcripts of the Jury Selection and Preliminary Hearing Proceedings; Motion for Reconsideration of Denial of Motion for Transcripts; and the Affivadit in Support of Motion for Reconsideration,** the Appellant prays that this Honorable Court issue an Order to Grant the Expenditure of Funds for Transcripts of the Jury Selection and Preliminary Hearing Proceedings, and for any other such consideration that may be in the interest of Justice and fundamental fairness.

Respectfully submitted,

Dated: March 6th, 2006

Patrick A. Triumph
Defendant-Appellant, pro-se

### CERTIFICATION OF SERVICE

I, Patrick A. Triumph hereby certify that a true copy of this foregoing "Motion" was served upon the following person(s):

David A. Ring
Assistant United States Attorney
United States Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

Dated: Oakdale, Louisiana
       March 6th, 2006

Patrick A. Triumph
Defendant-Appellant, pro-se
FDC Oakdale
Reg. No. 14622-014
P.O. Box 5010
Oakdale, LA 71463-5010