UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | **Crim. No. 3:02cr81 (JBA)** |
| : | |
| **PATRICK TRIUMPH** : | |

### Endorsement Order [451, 453, 455, 456]

Defendant's Motion for Reconsideration of Motion for Expenditure of Funds for Transcripts of Preliminary Hearing and Jury Selection [Doc. # 451], and Motion for Expedited Ruling [Doc. # 456] are DENIED. Defendant has not identified any issue on appeal relevant to the preliminary hearing or jury selection.

Defendant's Motion for Transcript of Grand Jury Witnesses to Supplement Records on Appeal [Doc. # 455] is DENIED. Defendant received grand jury transcripts of testifying witnesses, including Angella Thompson and Pekah Wallace, prior to trial.

Defendant's Motion for Disclosure of Appointment Dates of the Assistant United States Attorneys in the Criminal Docket [Doc. # 453] is DENIED because the District Court docket sheet adequately indicates that the appearances of Attorneys Sullivan, Glasser and Danaher were entered on 3/21/02.

IT IS SO ORDERED.

/s/
_____
JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 19th day of April, 2006.**