**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

2006 APR 27 P 2: 15

DCCT/NHCT
02 cr 81
Arterton

Date: 4/11/06
Docket Number: 04-6400-cr
Short Title: USA v. Triumph
DC Docket Number: 02-cr-81
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Arterton

## MOTION INFORMATION FORM

Movant: Patrick A. Triumph, Appellant

UNITED STATES COURT OF APPEALS
FILED
APR 21 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

|                                    | Yes | No |
|------------------------------------|-----|-----|
| Consent sought from adversary(ies)? | /_/ | /_/ |
| Consent obtained from adversary(ies)? | /_/ | /_/ |
| Is oral argument desired?          | /_/ | /_/ |

### ORDER

Before: Hon. Ralph K. Winter, *Circuit Judge*

IT IS HEREBY ORDERED the motion by *pro se* appellant to hold case in abeyance pending receipt of transcripts of jury selection, preliminary hearing, arraignment proceedings, and legal material in the custody of the Department of Homeland Security is GRANTED for 30 days.

APR 21 2006
Date

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

CERTIFIED: APR 24 2006