UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | **Crim. No. 3:02cr81 (JBA)** |
| : | |
| **PATRICK TRIUMPH** : | |

### Endorsement Order [459]

Defendant's Motion for Reconsideration of Motion for Expenditure of Funds for Transcripts of Preliminary Hearing and Jury Selection [Doc. # 459] is GRANTED now that defendant has set out the issues on appeal to which these transcripts may be relevant. The court reporter is directed to prepare transcripts of jury selection 8/4/04 and the pretrial conference 8/24/04 forthwith.

                                       IT IS SO ORDERED.

                                       /s/

                                     _____
                                     JANET BOND ARTERTON, U.S.D.J.

**Dated at New Haven, Connecticut, this 4th day of May, 2006.**