CTDC-NHCT
02-cr-81
Arterton

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

**Thomas Asreen**
ACTING CLERK



| | |
|---|---|
| Date: | 4/24/07 |
| Docket Number: | 04-6400-cr |
| Short Title: | USA v. Triumph |
| DC Docket Number: | 02-cr-81 |
| DC: | CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Janet Arterton |

## MOTION INFORMATION FORM

Movant:

| | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | /__/ | /__/ |
| Consent obtained from adversary(ies)? | /__/ | /__/ |
| Is oral argument desired? | /__/ | /__/ |

FILED 2007 MAY -4 P 1:49

### ORDER

Before: Hon. Robert D. Sack, *Circuit Judge*

IT IS HEREBY ORDERED that the motion for a stay of deportation is referred to a three-judge panel for disposition. A temporary stay is GRANTED pending disposition of the motion by the panel.

APR 26 2007
Date

FOR THE COURT:
THOMAS W. ASREEN, Acting Clerk
by
Tracy W. Young
Motions Staff Attorney

— A TRUE COPY —
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

CERTIFIED: 4/27/07

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

**Thomas Asreen**
ACTING CLERK

Date:                4/24/07
Docket Number:       04-6400-cr
Short Title:         USA v. Triumph
DC Docket Number:    02-cr-81
DC:                  CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Janet Arterton



## MOTION INFORMATION FORM

Movant:

|                                    | Yes    | No     |
|------------------------------------|--------|--------|
| Consent sought from adversary(ies)? | /__/  | /__/  |
| Consent obtained from adversary(ies)? | /__/  | /__/  |
| Is oral argument desired?          | /__/  | /__/  |

### ORDER

Before: Hon. Robert D. Sack, *Circuit Judge*

IT IS HEREBY ORDERED that the motion for a stay of deportation is referred to a three-judge panel for disposition. A temporary stay is GRANTED pending disposition of the motion by the panel.

APR 26 2007
Date



FOR THE COURT:
THOMAS W. ASREEN, Acting Clerk
by
Tracy W. Young
Motions Staff Attorney

THE CERTIFICATE (X) ORDER ( ) NOTICE
( ) STATEMENT OF COSTS,
HAS BEEN RECEIVED.

CC:_____    DATE:_____