UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 04-6400-cr

Caption [use short title]

Motion for: permission to file pro se applications for Rehearing En Banc

UNITED STATES OF AMERICA

Appellee,

Set forth below precise, complete statement of relief sought:

Permission to file pro se applications for Rehearing En Banc

PATRICK A. TRIUMPH,

Defendant-Appellant.

*[Stamp: UNITED STATES COURT OF APPEALS FILED MAR 28 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

MOVING PARTY: Patrick A. Triumph
   X   Appellant/Defendant

OPPOSING PARTY: United States of America

MOVING ATTORNEY: James M. Branden
[name of attorney, with firm, address, etc.]
551 Fifth Avenue, Suite 1922, New York, NY, 10176
212-286-0173
Email: jamesmbranden@aol.com

OPPOSING ATTORNEY [Name]: David A. Ring, Esq.
[name of attorney, with firm, address, etc.]
United States Attorney's Office, D. Ct.
157 Church St., New Haven, CT 06510
203-821-3700

Court-Judge/Agency appealed from: Hon. Janet Bond Arterton, USDJ, D.Ct.

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought       X No
B. been obtained    X No

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?

Has this relief been previously sought in this Court?

Is oral argument requested?     X No
(requests for oral argument will not necessarily be granted)

Requested return date and explanation of emergency:

Requested return date: April 4, 2008

Has argument date of appeal been set? X No
If yes, enter date

Signature of Moving Attorney:
_[signature]_ Date: 3/27/08
JAMES M. BRANDEN

Has service been effected?   X Yes
[Attach proof of service]

*[Stamp: 2008 APR 18 P 1:2 U.S. DISTRICT COURT NEW HAVEN, CT FILED]*

## ORDER

Before: Hon. Richard J. Cardamone, Hon. Sonia Sotomayor, Hon. Reena Raggi, *Circuit Judges*

IT IS HEREBY ORDERED that the motion for leave to file a *pro se* Petition for Rehearing *en banc* and to recall the mandate is GRANTED.

*[Stamp: UNITED STATES COURT OF APPEALS FILED APR 15 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
by _[signature]_
Judy Pisnanont, Motions Staff Attorney